Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-NC |
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE OF MATTHEW S. WARREN** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

Defendant Discord Inc. hereby notifies the Court and the parties to this action that Matthew S. Warren of Warren Kash Warren LLP, an attorney admitted to practice before this Court, appears as counsel for defendant Discord Inc. in this matter. Please serve all pleadings, correspondence, and other materials on Mr. Warren at the above address.

Date:   February 29, 2024                    Respectfully submitted,

                                             /s/ Matthew S. Warren
                                             Matthew S. Warren (State Bar No. 230565)
                                             WARREN KASH WARREN LLP
                                             2261 Market Street, No. 606
                                             San Francisco, California, 94114
                                             +1 (415) 895-2940
                                             +1 (415) 895-2964 facsimile
                                             24-703@cases.warrenlex.com

                                             *Attorney for Defendant Discord Inc.*