Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>   Defendant. | Case No. 5:24-cv-00703-NC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Under Civil L.R. 6-1(a), plaintiff Display Technologies, LLC and defendant Discord Inc. hereby stipulate and agree that Discord's time to answer or otherwise respond to the Complaint is extended to March 29, 2024.  This change will not alter the date of any event or deadline already fixed by the Court.

Date:  February 29, 2024

Respectfully submitted,

/s/ Randall Garteiser
Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas, 75702
+1 (903) 705-7420
rgarteiser@ghiplaw.com
chonea@ghiplaw.com

*Attorneys for Plaintiff Display Technologies, LLC*

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-703@cases.warrenlex.com

*Attorneys for Defendant Discord Inc.*

**SIGNATURE ATTESTATION**

Under Civil L.R. 5-1(h)(3), I attest that all electronic signatories to the foregoing document have concurred in this filing.

_____
Matthew S. Warren

Case No. 5:24-cv-00703-NC
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT