Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-PCP |
| Plaintiff, | **ANSWER AND DEFENSES OF DEFENDANT DISCORD INC.** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

Defendant Discord Inc. ("Discord") hereby responds to the complaint of Plaintiff Display Technologies, LLC ("Display Technologies") with the following Answer and Affirmative Defenses. To the extent not explicitly admitted in the following numbered paragraphs, which correspond to the numbered paragraphs in the complaint, Discord denies the allegations and characterizations in the complaint.

## **PARTIES**

1.      Discord lacks the knowledge or information sufficient to either admit or deny the allegations in this paragraph, and therefore denies them.

2.      Discord admits that its headquarters are at 444 De Haro Street, San Francisco, California, 94107.

//

3.      Discord admits that venue for this action is proper in this District.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent a response is required, Discord denies them, and specifically denies that it has committed acts of infringement in this District or any other district.

## **PATENT FAMILY**

4.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

5.      Discord admits that the face of the '723 Patent indicates that the '723 Patent claims priority to a Continuation-in-Part of U.S. application Serial No. 11/999,570, filed on Dec. 7, 2007.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

6.      To the extent the allegations in this paragraph purport to describe or quote information from a website or document, Discord states that the website or document is the best source of its full content and context.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

7.      To the extent the allegations in this paragraph purport to describe or quote information from a website or document, Discord states that the website or document is the best source of its full content and context.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

8.      To the extent the allegations in this paragraph purport to describe or quote information from a website or document, Discord states that the website or document is the best source of its full content and context.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

**COUNT I (INFRINGEMENT OF UNITED STATES PATENT NO. 9,300,723)**

9.      Discord repeats and incorporates by reference, as if fully set forth herein, its answers to the allegations set forth above.

10.      This paragraph is nonsensical.  To the extent that Discord understands this paragraph, its allegations consist of argument and legal conclusions to which no response is required.  To the extent this paragraph includes any allegations to which a response is required, Discord denies them.

11.      Discord admits that plaintiff asserts claims under the patent laws of the United States, Title 35 U.S.C. §§ 271, *et. seq*.  Discord denies any remaining allegations in this paragraph.

12.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

13.      To the extent the allegations in this paragraph purport to describe or quote information from a website or document, Discord states that the website or document is the best source of its full content and context.  Any remaining allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

14.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

15.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

16.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

17.      The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

18.     The allegations in this paragraph set forth arguments and legal conclusions to which no response is required.  To the extent this paragraph includes any other allegations to which a response is required, Discord denies them.

19.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

**<u>COUNT II (INFRINGEMENT OF UNITED STATES PATENT NO. 8,671,195)</u>**

20.     Discord repeats and incorporates by reference, as if fully set forth herein, its answers to the allegations set forth above.

21.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

22.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

23.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

24.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

25.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

26.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them.

//

27.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

28.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

29.     The allegations in this paragraph set forth arguments and legal conclusions to which no response is required.  To the extent this paragraph includes any other allegations to which a response is required, Discord denies them.

30.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

31.     The allegations in this paragraph consist of argument and legal conclusions to which no response is required, but to the extent this paragraph includes any allegations to which a response is required, Discord denies them, and specifically denies that it has committed any acts of infringement.

## <u>RESPONSE TO PLAINTIFF'S DEMAND FOR JURY TRIAL</u>

No response is required to Display Technologies's demand for trial by jury.  Discord separately requests a trial by jury on all issues so triable.

## <u>RESPONSE TO PLAINTIFF'S PRAYER FOR RELIEF</u>

Discord denies the underlying allegations of plaintiff's requests for relief against Discord, and denies that Display Technologies is entitled to any of the relief it requests.  Discord requests that the Court deny all relief to plaintiff, enter judgment in favor of Discord, and award Discord its attorneys' fees as the prevailing party in the action.

## <u>DISCORD'S DEFENSES</u>

Discord asserts the following defenses in response to the allegations, including defenses set forth at 35 U.S.C. § 282, undertaking the burden of proof only as to those defenses deemed affirmative defenses by law.  In addition to the defenses described below, Discord reserves all rights to allege additional defenses that become known through the course of discovery.

### FIRST DEFENSE
*(No Infringement)*

Discord does not infringe and has not infringed—directly, indirectly, literally, or under the doctrine of equivalents—any asserted claim of the patents asserted in this action.

### SECOND DEFENSE
*(Invalidity)*

Each asserted claim of the patents asserted in this action is invalid or unenforceable or both, for failure to comply with one or more requirements of the patent laws of the United States, including but not limited to 35 U.S.C. § 101 *et seq.*, *e.g.*, §§ 102, 103, and 112, or for otherwise being in violation of Title 35 of the United States Code.

### THIRD DEFENSE
*(Prosecution History Estoppel)*

Plaintiff is estopped from construing or interpreting any asserted claim of the patents asserted in this action in a manner that contradicts or conflicts with any representations made by or on behalf of the applicants in any proceedings before the United States Patent and Trademark Office, including without limitation any cancellation, limitation, or abandonment of claims, admissions, arguments, or amendments.

### FOURTH DEFENSE
*(License and Exhaustion)*

Plaintiff's claims are barred or limited to the extent that any allegedly infringing products or services are supplied, directly or indirectly, to Discord by any entities having express or implied licenses to any asserted claim of the patents asserted in this action, or by Discord to any entities having express or implied licenses to those patents, or under the doctrine of patent exhaustion.

### FIFTH DEFENSE
*(Limitation on Damages and Costs)*

Plaintiff's claims and damages are barred or limited by the requirements of the patent laws of the United States, including but not limited to 35 U.S.C. §§ 286, 287, or otherwise under Title 35 of the United States Code.

## SIXTH DEFENSE
*(Lack of Standing)*

Plaintiff lacks standing to bring this suit to the extent that plaintiff or its predecessors-in-interest lacked sufficient chain of title to the asserted patents, and to the extent that plaintiff lacks the ability to exclude or lacks substantial rights to the asserted patents.

## SEVENTH DEFENSE
*(Equitable Defenses)*

Plaintiff's claims are barred or limited under principles of equity, including but not limited to prosecution laches, delay, waiver, implied waiver, acquiescence, estoppel, and unclean hands.

## EIGHTH DEFENSE
*(No Willful Infringement)*

Plaintiff is not entitled to a finding of willful infringement under 35 U.S.C. § 284.

## NINTH DEFENSE
*(Plaintiff Cannot Show Exceptional Case)*

Plaintiff is not entitled to a finding that this case is exceptional under 35 U.S.C. § 285, or an award of attorneys' fees through other means including without limitation the Court's inherent power.

## TENTH DEFENSE
*(Ensnarement)*

Plaintiff's claims for infringement are barred by the doctrine of ensnarement.

## ELEVENTH DEFENSE
*(Failure to State a Claim)*

The complaint fails to state a claim upon which relief can be granted.

## TWELFTH DEFENSE
*(Substantial Non-Infringing Uses)*

Any allegedly infringing products or services have substantial uses that plaintiff's allegations admit do not infringe and do not induce or contribute to any infringement of any asserted claim of the patents asserted in this action.

*//*

**RESERVATION OF RIGHTS**

Discord reserves all defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the patent laws of the United States and any other defenses, at law or in equity, which may now exist or in the future be available based on discovery.  Discord may amend should it learn of additional defenses.

**REQUEST FOR RELIEF**

WHEREFORE, Discord respectfully requests that the Court:

(A)     Enter judgment that Discord does not infringe any claims of U.S. Patent Nos. 9,300,723 and 8,671,195 literally or under the doctrine of equivalents;

(B)     Enter judgment that U.S. Patent Nos. 9,300,723 and 8,671,195 are invalid;

(C)     Declare that this case is exceptional under 35 U.S.C. § 285; and

(D)     Award Discord its costs, disbursements, attorneys' fees, and such further and additional relief as the Court deems appropriate.

Date:   March 29, 2024

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-703@cases.warrenlex.com

*Attorneys for Defendant Discord Inc.*