Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-PCP |
| Plaintiff, | **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING BY DEFENDANT DISCORD INC.** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

I, Francesca M. S. Germinario, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Kash Warren LLP, counsel for defendant Discord Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of Patent Asset Management, LLC's Annual Report to the Division of Corporations of the State of Florida, dated April 27, 2023.

3. Attached as Exhibit 2 is a true and correct copy of Display Technologies, LLC's Texas Franchise Tax Public Information Report, dated May 12, 2023.

4. Attached as Exhibit 3 is a true and correct copy of Display Technologies, LLC's Certificate of Formation, dated May 11, 2015.

5. Attached as Exhibit 4 is a true and correct copy of Docket No. 22-3 in *Display Technologies, LLC v. Mocacare Corp.*, No. 22-219 (N.D. Cal.), dated July 14, 2022.

6. Attached as Exhibit 5 is a true and correct copy of Docket No. 13-1 in *Rothschild Broadcast Distribution Systems, LLC v. WizIQ, Inc.*, No. 21-10694 (D. Mass.), dated September 20, 2021.

7. Attached as Exhibit 6 is a true and correct copy of Docket No. 10-2 in *Scanning Technologies Innovations LLC v. Pegasus U.S.A. LLC*, No. 22-1157 (D.N.J.), dated November 17, 2022.

8. Attached as Exhibit 7 is a true and correct copy of Matthew Inventions, LLC's Annual Report, dated April 27, 2023.

9. Attached as Exhibit 8 is a true and correct copy of Ariel Inventions, LLC's Annual Report, dated April 27, 2023.

10. Attached as Exhibit 9 is a true and correct copy of Reagan Inventions, L.L.C.'s Annual Report, dated April 27, 2023.

11. Attached as Exhibit 10 is a true and correct copy of Rothschild Broadcast Distribution Systems, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

12. Attached as Exhibit 11 is a true and correct copy of Symbology Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 10, 2019.

13. Attached as Exhibit 12 is a true and correct copy of Rothschild Connected Devices Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

14. Attached as Exhibit 13 is a true and correct copy of Location Based Services, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

15. Attached as Exhibit 14 is a true and correct copy of Rothschild Patent Imaging LLC's Texas Franchise Tax Public Information Report, dated May 14, 2018.

16. Attached as Exhibit 15 is a true and correct copy of Digital Verification Systems, LLC's Texas Franchise Tax Public Information Report, dated May 4, 2022.

17. Attached as Exhibit 16 is a true and correct copy of Coding Technologies, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

//

18. Attached as Exhibit 17 is a true and correct copy of Electronics Receipts Delivery Systems LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

19. Attached as Exhibit 18 is a true and correct copy of Product Association Technologies, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

20. Attached as Exhibit 19 is a true and correct copy of Rothschild Digital Confirmation, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

21. Attached as Exhibit 20 is a true and correct copy of Geographic Location Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

22. Attached as Exhibit 21 is a true and correct copy of RFID Technology Innovations, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

23. Attached as Exhibit 22 is a true and correct copy of Rothschild Biometrics Systems, LLC's Texas Franchise Tax Public Information Report, dated May 9, 2019.

24. Attached as Exhibit 23 is a true and correct copy of Rothschild Storage Retrieval Innovations, LLC's Annual Report, dated April 29, 2015.

25. Attached as Exhibit 24 is a true and correct copy of Rothschild Digital Media Innovations, LLC's Annual Report, dated April 30, 2019.

26. Attached as Exhibit 25 is a true and correct copy of Rothschild Trust Holdings, L.L.C.'s Annual Report, dated April 30, 2019.

27. Attached as Exhibit 26 is a true and correct copy of Rothschild Location Technologies LLC's Texas Franchise Tax Public Information Report, dated May 14, 2018.

28. Attached as Exhibit 27 is a true and correct copy of Docket No. 78 in *Rothschild Mobile Imaging Innovations LLC v. Bank of America Corporation*, No. 14-1142 (D. Del.), dated September 28, 2016.

29. Attached as Exhibit 28 is a true and correct copy of Docket No. 31-4 in *Digital Verification Systems, LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated December 9, 2022.

30. Attached as Exhibit 29 is a true and correct copy of Docket No. 12-1 in *Scanning Technologies Innovations LLC v. Smartosc US LLC*, No. 19-1002 (W.D. Wash.), dated April 22, 2020.

//

31. Attached as Exhibit 30 is a true and correct copy of Docket No. 10-2 in *Scanning Technologies Innovations LLC v. Pegasus U.S.A., LLC*, No. 22-1157 (D.N.J.), dated November 17, 2022.

32. Attached as Exhibit 31 is a true and correct copy of Docket No. 17-1 in *Display Technologies, LLC v. Aston Martin, LLC*, No. 20-258 (D. Del.), dated December 11, 2020.

33. Attached as Exhibit 32 is a true and correct copy of Docket No. 7-2 in *Rothschild Patent Imaging, LLC v. H&M System Software, Inc.*, No. 22-1161 (D.N.J.), dated November 10, 2022.

34. Attached as Exhibit 33 is a true and correct copy of Docket No. 18-1 in *Digital Verification Systems, LLC v. Taigle, LLC*, No. 21-809 (C.D. Cal.), dated August 25, 2021.

35. Attached as Exhibit 34 is a true and correct copy of Docket No. 60-3 in *Rothschild Connected Devices Innovations, LLC v. Guardian Protection Services, Inc.*, No. 15-1431 (E.D. Tex.), dated February 8, 2016.

36. Attached as Exhibit 35 is a true and correct copy of Docket No. 27-1 in *Rothchild Storage Retrieval Innovations, LLC. v. HTC Corporation*, No. 15-373 (N.D. Cal.), dated December 5, 2014.

37. Attached as Exhibit 36 is a true and correct copy of Docket No. 20-1 in *Rothschild Digital Media Innovations, LLC v. Sony Computer Entertainment America LLC*, No. 14-3928 (N.D. Cal.), dated August 4, 2014.

38. Attached as Exhibit 37 is a true and correct copy of Docket No. 45-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co.*, No. 14-22653 (S.D. Fla.), dated December 22, 2014.

39. Attached as Exhibit 38 is a true and correct copy of Docket No. 45-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co.*, No. 15-539 (N.D. Cal.), dated December 22, 2014.

40. Attached as Exhibit 39 is a true and correct copy of Docket No. 36-1 in *Rothschild Storage Retrieval Innovations, LLC v. LG Electronics Inc.*, No. 15-2500 (N.D. Cal), dated December 8, 2014.

//

//

41. Attached as Exhibit 40 is a true and correct copy of Docket No. 48-1 in *Rothchild Storage Retrieval Innovations, LLC. v. HTC Corporation*, No. 15-373 (N.D. Cal.), dated March 27, 2015.

42. Attached as Exhibit 41 is a true and correct copy of Docket No. 66-1 in *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (USA) Inc.*, No. 15-234 (N.D. Cal.), dated April 6, 2015.

43. Attached as Exhibit 42 is a true and correct copy of Docket No. 75-1 in *Rothschild Storage Retrieval Innovations, LLC v. Samsung Electronics Co.*, No. 15-539 (N.D. Cal.), dated April 16, 2015.

44. Attached as Exhibit 43 is a true and correct copy of Docket No. 66-1 in *Rothchild Storage Retrieval Innovations, LLC, v. Apple Inc.*, No. 15-541 (N.D. Cal.), dated April 2, 2015.

45. Attached as Exhibit 44 is a true and correct copy of Docket No. 1 in *Symbology Innovations, LLC v. Lego Systems, Inc.*, No. 17-1641 (D. Conn.), dated January 3, 2017.

46. Attached as Exhibit 45 is a true and correct copy of Docket No. 26-6 in *Digital Verification Systems, LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated November 18, 2022, including annotations in original.

47. Attached as Exhibit 46 is a true and correct copy of Docket No. 38-2 in *Digital Verification Systems, LLC v. Encyro, Inc.*, No. 22-686 (C.D. Cal.), dated January 4, 2023, including annotations in original.

48. Attached as Exhibit 47 is a true and correct copy of Docket No. 42-1 in *Rothschild Storage Retrieval Innovations, LLC v. Sony Mobile Communications (USA) Inc.*, No. 15-234 (N.D. Cal.), dated December 5, 2014.

49. Attached as Exhibit 48 is a true and correct copy of Docket No. 21-1 in *Symbology Innovations, LLC v. Lego Systems*, Inc., No. 17-86 (E.D. Va.), dated April 17, 2017.

50. Attached as Exhibit 49 is a true and correct copy of a letter dated February 15, 2023, from Renita Rathinam to Discord Inc.

51. Attached as Exhibit 50 is a true and correct copy of a letter dated April 12, 2023, from Matthew Hawkinson to Renita Rathinam, including its enclosures.

52. Attached as Exhibit 51 is a true and correct copy of a letter dated May 30, 2023, from Renita Rathinam to Matthew Hawkinson.

53. Attached as Exhibit 52 is a true and correct copy of a letter dated June 20, 2023, from Matthew Hawkinson to Renita Rathinam.

54. Attached as Exhibit 53 is a true and correct copy of a letter dated July 7, 2023, from Renita Rathinam to Matthew Hawkinson, including its enclosure.

55. Attached as Exhibit 54 is a true and correct copy of an email dated October 5, 2023, from Renita Rathinam to Matthew Hawkinson, including its attachment.

56. Attached as Exhibit 55 is a true and correct copy of an email dated November 3, 2023, from Renita Rathinam to Matthew Warren.

57. Attached as Exhibit 56 is a true and correct copy of a letter dated November 17, 2023, from Matthew Warren to Renita Rathinam.

58. Attached as Exhibit 57 is a true and correct copy of a letter dated November 28, 2023, from Renita Rathinam to Matthew Warren, including its enclosure.

59. Attached as Exhibit 58 is a true and correct copy of a letter dated December 15, 2023, from Matthew Warren to Renita Rathinam, including its enclosure.

60. Attached as Exhibit 59 is a true and correct copy of an email dated January 5, 2024, from Renita Rathinam to Matthew Warren, including its attachments.

61. Attached as Exhibit 60 is a true and correct copy of an email dated January 11, 2024, from Matthew Warren to Renita Rathinam.

62. Attached as Exhibit 61 is a true and correct copy of an email dated January 24, 2024, from Randall Garteiser to Matthew Warren, including its attachment.

63. Attached as Exhibit 62 is a true and correct copy of an email dated January 24, 2024, from Randall Garteiser to Matthew Warren, including its attachment.

64. Attached as Exhibit 63 is a true and correct copy of an email dated January 25, 2024, from Randall Garteiser to Matthew Warren.

65. Attached as Exhibit 64 is a true and correct copy of an email dated March 12, 2024, from Randall Garteiser to Matthew Warren, including its attachment.

66. Attached as Exhibit 65 is a true and correct copy of an email dated January 26, 2024, from Matthew Warren to Randall Garteiser, including its attachment.

67. Attached as Exhibit 66 is a true and correct copy of an email dated January 29, 2024, from Randall Garteiser to Matthew Warren, including its attachment.

68. Attached as Exhibit 67 is a true and correct copy of an email dated January 31, 2024, from Matthew Warren to Randall Garteiser, including its attachments.

69. Attached as Exhibit 68 is a true and correct copy of an email dated February 8, 2024, from Randall Garteiser to Matthew Warren.

70. Attached as Exhibit 69 is a true and correct copy of Docket No. 1-1 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated July 7, 2023.

71. Attached as Exhibit 70 is a true and correct copy of Docket No. 38 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated January 16, 2024.

72. Attached as Exhibit 71 is a true and correct copy of Docket No. 18 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated September 18, 2023.

73. Attached as Exhibit 72 is a true and correct copy of https://blog.hansenpartnership.com/wp-uploads/ 2020/09/GNOME_final_agreement_5-20_with_ schedules.pdf, accessed on March 28, 2024.

74. Attached as Exhibit 73 is a true and correct copy of the web page https://blog.hansenpartnership.com/lessons-from-the-gnome-patent-troll-incident/, accessed on March 28, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 29, 2024, in San Francisco, California.

_____
Francesca M. S. Germinario