# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Rothschild Broadcast Distribution Systems, LLC | § § § | |
| Plaintiff, | § § | Case No: 4:21-cv-10694 |
| vs. | § § | PATENT CASE |
| WizIQ, Inc | § § § | |
| Defendant. | § § | |
| _____ | § | |

### AFFIDAVIT OF JAY JOHNSON

COUNTY OF ___Dallas___  )
)
STATE OF ___Texas___  )

Jay Johnson, lead attorney for Plaintiff, Rothschild Broadcast Distribution Systems, LLC, being duly sworn, deposes and states as follows:

1.      My name is Jay Johnson. I am the lead attorney for Rothschild Broadcast Distribution Systems, LLC ("RBDS"). As such, I have knowledge regarding the statements made herein.

2.      I am a competent person.

3.      On April 26, 2021, RBDS filed a complaint against WizIQ, Inc ("Defendant") alleging infringement of U.S. Patent No. 8,856,221 ("the '221 Patent"). *See*, Exhibit A, Complaint.

4.      To date, Defendant has not responded to the complaint.

5.      On August 20, 2021, a clerk's entry of default as to liability was entered in favor of RBDS.

6.      The defaulting party is not an infant or incompetent.

7.      The Servicemembers Civil Relief Act (50 U.S.C. App. §§ 3901 et seq) does not apply.

8.      In evaluating damages for patent infringement several factors must be examined including, but not limited to:

        a.   The Defendant's usage of the technology that the subject patent covers, and

        b.   The Defendant's revenue derived from that usage.

9.      Without the benefit of discovery from the Defendant but based on research and belief including the attached preliminary claim chart and evidence of use, RBDS believes that Defendant has relied upon and utilized the technology embodied in the '221 Patent for a substantial portion of Defendant's business. *See*, **Exhibit B, Claim Chart.**

10.     Based on revenue figures stated on Zoominfo.com, Defendant's annual revenue is $44 Million. *See*, **Exhibit C, ZoomInfo screengrab.**

**11.**     Upon information and belief, per Defendant's YouTube video demonstrating its NextGen solution, Defendant has been using its technology covered by the '221 Patent since at least November 18, 2017. *See*, **Exhibit D, YouTube screengrab.**

12.     Without the benefit of discovery and based on information and belief including **Exhibits A through D**, RBDS believes that Defendant has relied upon and utilized the technology embodied in the '221 Patent for a substantial portion of Defendant's business.

13.     It is generally well known and accepted that average royalty rates for patent licensing range from 3 to 6 percent of gross sales. Moreover, these rates are consistent with the information that the Plaintiff has been aware of for many years.

14.     Plaintiff acknowledges that several factors could reduce the damages amount, including the percentage of the accused technology as compared to Defendant's entire product base, as well as the fact that Plaintiff has been licensing the asserted patent(s) to other parties.

15.     Based at least on the foregoing, RBDS believes that a reasonable royalty in this case can be calculated as follows:

    a.  Defendant utilizing the technology embodied in the '221 Patent to produce 25% of its revenue. That revenue is 11 Million U.S.D. per year.

    b.  Defendant should be assessed a conservative 3% royalty on its usage.

    c.  Defendant's use of the covered technology has existed for at least 4 years. ***See*, Exhibit D, YouTube screengrab.**

    d.  Based on the above factors, RBDS calculates a reasonable royalty of 1.32 Million U.S.D. solely for past infringement over the last 4 years.

    e.  Attorney's fees and costs in this case is $10,000.00 U.S.D.

    f.  Thus, reasonable royalty as calculated above is 1.32 Million U.S.D. plus $10,000.00 [attorney's fees and costs], equaling 1.33 Million U.S.D.

16.     Alternatively, RBDS has previously licensed the '221 Patent with one-time payments ranging from $6,000.00 U.S.D. to $40,000.00 U.S.D., in exchange for a license for the life of the '221 Patent.

17.     In sum, RBDS believes that the appropriate measure of damages should be $1.33 Million U.S.D, but no less than $40,000.00 U.S.D.

Jay Johnson

Sworn to and subscribed before me, by means of ✓ physical presence or ___ online notarization, this 16th day of September 2021, by Jay Johnson

NOTARY PUBLIC/STATE OF Texas

JEANNINE C. JIRAL
Notary Public, State of Texas
Comm. Expires 10-04-2024
Notary ID 10590336

# EXHIBIT A

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ROTHSCHILD BROADCAST
DISTRIBUTION SYSTEMS, LLC,

  Plaintiff,

v.

WIZIQ, INC.,

  Defendant.

CIVIL ACTION NO. 21-10694

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff" or "Rothschild Broadcast Distribution Systems") files this complaint against WizIQ, Inc. ("WizIQ") for infringement of U.S. Patent No. 8,856,221 (hereinafter the "`221 Patent") and alleges as follows:

## PARTIES

1.      Plaintiff is a Texas limited liability company with an office at 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2.      On information and belief, Defendant is a Delaware corporation, with a place of business at #2 On the Common, Royalston, MA 01368.  On information and belief, Defendant may be served through its agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808, or its agent, Christopher Dawson, at #2 On the Common, Royalston, MA 01368.

## JURISDICTION AND VENUE

3.      This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4.      Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5.      On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6.      Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7.      Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

## BACKGROUND

8.      On October 7, 2014, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `221 Patent, entitled "System and Method for Storing Broadcast Content in a Cloud-Based Computing Environment" after the USPTO completed a full and fair examination. The '221 Patent is attached as Exhibit A.

9.      Rothschild Broadcast Distribution Systems is currently the owner of the `221 Patent.

10.     Rothschild Broadcast Distribution Systems possesses all rights of recovery under the `221 Patent, including the exclusive right to recover for past, present and future infringement.

11.     The `221 Patent contains thirteen claims including two independent claims (claims 1 and 7) and eleven dependent claims.

## COUNT ONE
## (Infringement of United States Patent No. 8,856,221)

12.     Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 11, the same as if set forth herein.

13.     This cause of action arises under the patent laws of the United States and, in particular under 35 U.S.C. §§ 271, *et seq*.

14.     Defendant has knowledge of its infringement of the `221 Patent, at least as of the service of the present complaint.

15.     The '221 Patent teaches a method and apparatus for media content storage and delivery. '221 Patent, Abstract.  Among other things, the claimed system includes a server, which has a receiver in communication with a processor. *Id*. The receiver receives a request message. *Id*. The request message includes media data indicating requested media content and a consumer device identifier corresponding to a consumer device. *Id*. The processor determines whether the consumer device identifier corresponds to a registered consumer device. *Id*. If the processor determines that the consumer device identifier corresponds to the registered consumer device, then the processor determines whether the request message is one of a storage request message and a content request message. *Id*. If the request message is the storage request message, then the processor is further configured to determine whether the requested media content is available for storage. *Id*. If the request message is the content request message, then the processor initiates delivery of the requested media content to the consumer device. *Id*.

16.     The present invention solves problems that existed with then-existing media delivery systems. One problem with prior delivery systems is that the customer was charged according to the expenses of the provider rather than the usage of the customer. '221 Patent, 1:31-57. Customers were not charged based on the amount of programming delivered or the amount or

duration of the customer's storage of media. *Id*. Another such problem, more generally, is that customers were not billed and services were not provided, in a way that was tailored to the customer's needs and usage. *Id*., 2:3-13.

17. A number of aspects of the invention(s) embodied in the '221 Patent overcome the problems with the prior art. For example, the inventive system includes a processor in communication with a receiver. *Id*., 2:23-34. The processor determines media content characteristics that correspond to the media content to be stored. *Id*. The processor determines a length of time to store the media content based on the media data and determines a cost amount based at least in part on the determined media content characteristics and length of time to store the media content. *Id*. As another example, the system makes a determination that media content is available for download. *Id*., 2:64-3:2. A determination is made that content is not stored. Download of the media content is initiated. Id. The media content is received and the received media content is stored. *Id*.

18. The '221 Patent is directed to computerized technologies to provide users with tailored media delivery systems and tailored billing for such systems. Among other things, the '221 Patent claims include sending and receiving of request messages indicating requested media content and including a device identifier corresponding to a consumer device. A determination is made whether the identifier corresponds to the device. A determination is also made as to whether the request is for delivery or storage. The media data in the request includes time data that indicates a length of time for storage. A processor is configured to determine whether requested media exists and whether there are any restrictions associated with delivery or storage of the requested media.

19.     The system(s) and methods of the '221 Patent include software and hardware that do not operate in a conventional manner.  For example, the software is tailored to provide functionality to perform recited steps and the processor is configured (and/or programmed) to provide functionality recited throughout the claims of the '221 Patent.

20.     The '221 Patent solves problems with the art that are rooted in computer technology and that are associated with electronic transmission, loading, and storage of location information, as well as automatic provisioning of route guidance. The '221 Patent claims do not merely recite the performance of some business practice known from the pre-Internet world along with the requirement to perform it on the Internet.

21.     The improvements of the '221 Patent and the features recited in the claims in the '221 Patent provide improvements to conventional hardware and software systems and methods.  The improvements render the claimed invention of the '221 Patent non-generic in view of conventional components.

22.     The improvements of the '221 Patent and the features recitations in the claims of the '221 Patent are not those that would be well-understood, routine or conventional to one of ordinary skill in the art at the time of the invention.

23.     Accordingly, Defendant has infringed, and continues to infringe, the `221 Patent in violation of 35 U.S.C. § 271.  Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 7, of the '221 Patent by making, using, importing, selling, and/or offering for media content storage and delivery systems and services covered by one or more claims of the '221 Patent.

24.     Defendant sells, offers to sell, and/or uses media content storage and delivery systems and services, including, without limitation, the WizIQ video conferencing platform, any associated

hardware, software and apps, as well as any similar products ("Product"), which infringe at least Claim 7 of the '221 Patent.

25.     The Product practices a method of storing (e.g., cloud storage) media content (e.g., conference recording) and delivering requested media content (streaming video conferencing, recorded videos, chats, texts, etc.) to a consumer device (e.g., mobile device with WizIQ app or software). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.wiziq.com/lms-software/

An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning.

Source: https://www.wiziq.com/lms-software/

WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features – including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning.

Source: https://www.wiziq.com/about-us/

**Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

26.     The Product necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the Product must have infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the Product). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.wiziq.com/wiziq-nextgen/

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning.

Source: https://www.wiziq.com/lms-software/

WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features – including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning.

Source: https://www.wiziq.com/about-us/



## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

WizIQ

Sign in

Email

Next                              New User? Sign up

Source: https://www.wiziq.com/sign-in/

27.     The Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access the Product's services). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

28.     The Product provides for both media downloads and/or storage, and media streaming. After a successful login, the Product necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



Source: https://www.wiziq.com/sign-in/

- **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

## Server-side recording

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

9.      The Product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage. The Product must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage in order to prevent data errors that would result from attempting to store content that is not available for storage (e.g., the product must verify a user's ability to store media content is limited to a certain amount of time). If any media content is streamed using a third party platform then it will be automatically stored in that particular platform. Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.



## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/



- **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

30.     If a customer requests content (e.g., live streaming of media content), then a processor within the Product necessarily initiates delivery of the content to the customer's device. The Product will initiate delivery of the requested media content to the consumer device (e.g., stream media content

feed to a smartphone or tablet etc.) if the request message is a content request message (e.g., request for live streaming). Certain aspects of these elements are illustrated in the screen shots below and/or in screen shots provided in connection with other allegations herein.



Source: https://www.wiziq.com/wiziq-nextgen/

> • **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

31.     The media data includes date and time information to identify conference start and stop times, as well as meeting length.  Time data may also indicate a length of time to store the requested media content (e.g. a user is allowed to store media content for a retention period configured by the user per their subscription level). Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

- **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/



Source: https://www.wiziq.com/pricing/

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features



Source: https://www.wizig.com/pricing/

32.     The Product must first determine whether the requested media content exists prior to initiating delivery in order to prevent data errors that would result from attempting to transmit media content that does not exist (e.g., the product must verify that a particular requested data is stored in the cloud). Also, a user can view the history of media content and the processor can identify the existence of that particular media content.  Certain aspects of these elements are illustrated in the screenshots below and/or in those provided in connection with other allegations herein.

> An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning.

Source: https://www.wiziq.com/lms-software/

> WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features – including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning.

Source: https://www.wiziq.com/about-us/

> ## Integrated library
>
> Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

33.   After the processor determines whether the requested media content is available, it determines whether there are restrictions associated with the requested media content (e.g., user access restrictions, etc.). Certain aspects of these elements are illustrated in the screenshots below and/or those provided in connection with other allegations herein.



Source: https://www.wiziq.com/wiziq-nextgen/

> • **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

**Integrated library**

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

**Server-side recording**

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

34.  Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

35.  Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

36.     The `221 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

37.     A copy of the '221 Patent, titled "System and Method for Storing Broadcast Content in a Cloud-based Computing Environment," is attached hereto as Exhibit A.

38.     By engaging in the conduct described herein, Defendant has injured Plaintiff and is liable for infringement of the `221 Patent, pursuant to 35 U.S.C. § 271.

39.   Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `221 Patent, without license or authorization.

40.     As a result of Defendant's infringement of the `221 Patent, injured Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

41.     Plaintiff is in compliance with 35 U.S.C. § 287.

42.     As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `221 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

43.     Rothschild Broadcast Distribution Systems, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a)   Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b)   Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from

further infringement of United States Patent No. 8,856,221 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c) Award Plaintiff damages resulting from Defendants infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 26, 2021

Respectfully submitted,
Attorneys for Plaintiff
Rothschild Broadcast Distribution Systems

/s/ Brendan M. Shortell
Brendan M. Shortell (BBO# 675851)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: 617.720.0091
Facsimile: 617.720.6307
shortell@lambertpatentlaw.com

# EXHIBIT B

*Privileged & Confidential*
*Attorney Work Product*

| Infringement Claim Chart for U.S. Pat. No. US8856221vs. WizIQ ("Defendant") |
|---|

| Claims | Evidence |
|---|---|
| 7. A method for storing media content and delivering requested media content to a consumer device, the method comprising: | The defendant's product WizIQ practices a method of storing (e.g. storage within the app) media content (e.g. class videos and any downloadable material provided by teachers etc.) and delivering requested media content to a consumer device.<br><br>Launch online courses with WizIQ LMS software within minutes<br>Create, deliver and sell courses seamlessly from your self-branded cloud LMS<br>Start free trial<br><br>Source: https://www.wiziq.com/lms-software/<br><br>An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning.<br><br>Source: https://www.wiziq.com/lms-software/<br><br>WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features – including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning.<br><br>Source: https://www.wiziq.com/about-us/ |

*Privileged & Confidential*
*Attorney Work Product*

**Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

*Privileged & Confidential*
*Attorney Work Product*

| a) receiving a request message including media data indicating requested media content and a consumer device identifier corresponding to the consumer device; | The WizIQ necessarily includes a receiver configured to receive a request message including data indicating requested media content (e.g., the WizIQ must have the infrastructure to receive a request to store recorded media content or to stream recorded media content on a smartphone; additionally, the request message must contain data that identifies the content to be stored or streamed) and a consumer device identifier corresponding to a consumer device (e.g., the user credentials are used to access the contents of the WizIQ).<br><br><br><br>Source: https://www.wiziq.com/wiziq-nextgen/ |

*Privileged & Confidential*
*Attorney Work Product*

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning.

Source: https://www.wiziq.com/lms-software/

WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features – including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning.

Source: https://www.wiziq.com/about-us/

*Privileged & Confidential*
*Attorney Work Product*

## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/



Source: https://www.wiziq.com/sign-in/

*Privileged & Confidential*
*Attorney Work Product*

| b) determining whether the consumer device identifier corresponds to a registered consumer device; and | The defendant's Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access WizIQ services). |
|---|---|

WizIQ also comes with Android and native iOS mobile apps are known as WizIQXT to let the interested learners access eContent on the go. They can log in using their smartphones or other Internet-enabled devices, check notifications, and attend classes to enjoy a self-paced learning approach.

- Supports mobile-led learning for easy course access
- **Custom branding** for your online courses delivered via apps

Source: https://helpiewp.com/wiziq/



Source: https://www.wiziq.com/sign-in/

*Privileged & Confidential*
*Attorney Work Product*

| c) if it is determined that the consumer device identifier corresponds to the registered consumer device, then: | The defendant's Product necessarily determines whether the consumer device identifier corresponds to the registered consumer device (e.g., a user must be a registered user to access WizIQ services). |
|---|---|

WizIQ also comes with Android and native iOS mobile apps are known as WizIQXT to let the interested learners access eContent on the go. They can log in using their smartphones or other Internet-enabled devices, check notifications, and attend classes to enjoy a self-paced learning approach.

- Supports mobile-led learning for easy course access
- **Custom branding** for your online courses delivered via apps

Source: https://helpiewp.com/wiziq/



Source: https://www.wiziq.com/sign-in/

*Privileged & Confidential*
*Attorney Work Product*

| d) determining, whether the request message is one of a storage request message and a content request message; and | The Product provides for both media downloads and/or storage, and media streaming. As per the information available, after successful login, it necessarily determines whether the request received from a customer is a request for storage (e.g., recording or storing content) or content (e.g., streaming of media content).<br><br><br><br>Source: https://www.wiziq.com/sign-in/<br><br>• **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.<br><br>Source: https://www.wiziq.com/virtual-classroom/ |

*Privileged & Confidential*
*Attorney Work Product*

## Server-side recording

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

Privileged & Confidential
Attorney Work Product

| e) if the request message is the storage request message, then determining whether the requested media content is available for storage; and | The product verifies that media content identified in the media data of the storage request message (e.g., request to record content) is available for storage to prevent data errors that would result from attempting to store content that is not available for storage. It must verify that the media content (e.g. specific recording) identified in the media data of the storage request message is available for storage to prevent data errors that would result from attempting to store content that is not available for storage (e.g. the product must verify a user's ability to store video is limited to a certain amount of memory usage based upon their subscription, thus media content may not be available for storage if a user is already above their memory limit or if he hasn't subscribed to any service). |
|---|---|

### Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

- **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.

Source: https://www.wiziq.com/virtual-classroom/

*Privileged & Confidential*
*Attorney Work Product*

## Server-side recording

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

*Privileged & Confidential*
*Attorney Work Product*

| f) if the request message is the content request message, then initiating delivery of the requested media content to the consumer device; | If a customer requests content (e.g., streaming of media content), then the product necessarily initiates delivery of the content to the customer's device. It will initiate delivery of the requested media content to the consumer device (e.g. streaming of media content feed to a smartphone or tablet etc.).  Source: https://www.wiziq.com/wiziq-nextgen/ <br><br> • **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works. <br><br> Source: https://www.wiziq.com/virtual-classroom/ |

*Privileged & Confidential*
*Attorney Work Product*

## Server-side recording

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

*Privileged & Confidential*
*Attorney Work Product*

| | |
|---|---|
| g) wherein the media data includes time data that indicates a length of time to store the requested media content; and | The media data includes time data that indicates a length of time to store the requested media content (e.g. a user can store media content till the end of their current pay period (i.e. last day of their annual subscription) when they cancel their membership).<br><br>• **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. <u>With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time.</u> That's how WizIQ works.<br><br>Source: https://www.wiziq.com/virtual-classroom/<br><br><br><br>Source: https://www.wiziq.com/pricing/<br><br>Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.<br><br>Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features |

*Privileged & Confidential*
*Attorney Work Product*



Source: https://www.wiziq.com/pricing/

15

*Privileged & Confidential*
*Attorney Work Product*

| h) the first processor is further configured to determine whether the requested media content exists; and | The product must determine whether the requested media content exists before initiating delivery to prevent data errors that would result from attempting to transmit media content that does not exist (e.g. the product must verify that a particular requested data is stored within the app). |
|---|---|
| | An LMS Software (such as WizIQ's) can be cloud-based, thereby reducing setup, installation and maintenance costs, efforts, and time. A learning management system lets you manage all aspects of instruction and learning including course creation, course management, live classes, test and assessments, analytics, eCommerce, as well as mobile learning. |
| | Source: https://www.wiziq.com/lms-software/ |
| | WizIQ is an easy way to teach and train online. It's a cloud-based learning delivery platform with a suite of integrated features − including virtual classroom, course management, content authoring, video streaming, tests and assessments, insights and analytics and mobile learning. |
| | Source: https://www.wiziq.com/about-us/ |
| | Integrated library<br><br>Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes. |
| | Source: https://www.wiziq.com/virtual-classroom/ |

*Privileged & Confidential*
*Attorney Work Product*

| i) if the processor determines that the requested media content exists, the processor is further configured to determine whether the requested media content is available and whether there are restrictions associated with the requested media content that prevent the requested media content from being delivered to the consumer device. | After the processor determines if the requested media content is available, then it determines whether there are any restrictions associated with the requested media content (e.g., subscription level, etc.).<br><br><br><br>Source: https://www.wiziq.com/wiziq-nextgen/<br><br>• **Cloud-based:** This is an off-premise option, known as SaaS – Software as a Service. It is hosted in the cloud, and you practically don't need anything on-site other than a basic computing device and an internet connection. The customizations can be done only by your service provider. With the cloud-based option, you can go live within minutes after you purchase your subscription. It works like any rented service and can be started, stopped and scaled at any time. That's how WizIQ works.<br><br>Source: https://www.wiziq.com/virtual-classroom/ |

*Privileged & Confidential*
*Attorney Work Product*

## Integrated library

Upload, organize and store your content in the cloud and access it from anywhere at anytime. The integrated library supports all types of files, saving the hassle of transferring and carrying data. Upload **text, audio, video, PPT, and HTML** files in different formats (PDF, DOC, DOCX, XLS, XLSX, PPT, PPTX, WAV, WMA, MP3, MOV, AVG, MPEG, WMV, MP4, JPEG, GIF, PNG). The **cloud storage** saves the hassle of transferring and carrying data. It's easy to search for content and share it with your audience. Also, once a content resource is uploaded to the library, you can reuse it for different classes.

Source: https://www.wiziq.com/virtual-classroom/

## Server-side recording

The **automated server-side recording** (SSR) works in the background when a class is streaming live. The recording is captured directly on our server, which means it doesn't consume your device computing resources. As no upload happens from your and your attendees' devices, delivering and attending classes on devices with low-end CPUs is possible. The recording is available in your Library in **MP4 format** within minutes of the end of your session. Because the live session is captured on our servers, internet speed of attendees does not impact the recording quality. **Multi-bitrate (MBR)** streaming adapts live streaming to an attendee's internet bandwidth and CPU capacity – hence very little buffering even on low-end connections. While SD (640p) recording is a default feature, **HD (720p)** and **full-HD (1080p) video recording** capabilities are available in the Enterprise plan.

Source: https://www.wiziq.com/virtual-classroom/

18

*Privileged & Confidential*
*Attorney Work Product*

Performs real-time audio and video recording in the background when instructors are livestreaming their classes. This feature enables the instructors to create a recording of all the activities they perform on the WizIQ VC screen. The recordings are available in the MP4 format within the Library area of the instructors. Further, the instructors can share the recordings with their learners or save them for future use. By default, all recordings are available in SD (640p); HD (720p) and full-HD (1080p) video recording capabilities are available in the Enterprise pricing plan.

Source: https://help.wiziq.com/portal/en/kb/articles/live-class-scheduling-and-it-s-features

# EXHIBIT C



zoominfo    Leads by Industry    Top Companies    Pricing    Solutions    Our Data    About Us    Sign Up

Overview    Competitors    Org Chart    Company Insights

Search for a contact or company    🔍    Advanced Search



WizIQ
education.online

# WizIQ

📧 View Email Formats for WizIQ

## Description

WizIQ was founded in 2007, and is based in North Carolina. WizIQ provides online learning and training for a variety of topics.... Read More

📍 **Headquarters:** 91 Springboard, Building Number-145, Sector 44 Road, Sector 44,, Haryana, India

📞 **Phone:** +91 99108 40661

🌐 **Website:** www.wiziq.com

👥 **Employees:** 300

💲 **Revenue:** $44 Million

Update Company | View contact profiles from WizIQ

SIC Code 82,824    NAICS Code 6243,624310    Show More

**Popular Searches:**

WizIQ Inc    WIZIQ    WizIQ Inc.    WizIQ.com    WizIQ , Inc.

Training    Education    Business Services General    Business Services

## Top Competitors of WizIQ

| 1 | 2 | 3 |
|---|---|---|
| Udacity | MasterClass | SkillShare |
| 320    $67 Million | 250    $128 Million | 470    $80 Million |

| 4 | 5 | 6 |
|---|---|---|

### View Employees

**Nupendra Arora**
Manager, Business Development
📞 Phone  📧 Email

**Pankaj Bharti**
Senior Sales Manager
📞 Phone  📧 Email

**Gitanjali Maggo**
Manager
📞 Phone  📧 Email

**Harry Anthony**
Business Development Manager
📞 Phone  📧 Email

**Irshad Mir**
Business Development Manager
📞 Phone  📧 Email

**Rishi Sengupta**
Vice President, Sales (India)
📞 Phone  📧 Email

**Moin Uddin**
Manager
📞 Phone  📧 Email

**Nitika Ambardar**
Customer-Success Manager
📞 Phone  📧 Email



Leads by Industry | Top Companies | Pricing | Solutions | Our Data | About Us | Sign Up

**zoominfo**

Overview | Competitors | Org Chart | Company Insights

Search for a contact or company | Advanced Search

## WizIQ's Org-Chart



Phone    Email

**Rishi Sengupta**
Vice President, Sales (India)
Phone | Email

**Ravindra Gupta**
Vice President, Finance & Accounts
Phone | Email

Phone | Email

Phone | Email

See Full Org-Chart

## WizIQ Company Metrics



| Company Insights | Employee Growth Rate |
|---|---|

### Funding

| Funding Date | Round | Amount | Investors |
|---|---|---|---|
| Jan 23, 2013 | Series B | <$5M | Kaizen / Bertelsmann |

See More

**<$5M**
Total Funding Amount

**<$5M**
Most Recent Funding Amount

**1**
Number of Funding Rounds

## WizIQ's Tech Stack

| Google Analytics | WordPress | Facebook SDK | Google Universal Analytics | Cloudflare CDN | Glob... |
|---|---|---|---|---|---|
| By | By | By | By | By | B... |
| Google | Automattic | Facebook | Google | Cloudflare | GMO Inter... |

See more technologies

## Frequently Asked Questions regarding WizIQ

**Where are WizIQ's headquarters?**

WizIQ's headquarters are in 91 Springboard, Building Number-145, Sector 44 Road, Sector 44,, Haryana, India

**What is WizIQ's phone number?**

WizIQ's phone number is +91 99108 40661

**What is WizIQ's official website?**

WizIQ's official website is www.wiziq.com

**What is WizIQ's Revenue?**

WizIQ's revenue is $44 Million

**What is WizIQ's SIC code?**

WizIQ's SIC: 82,824

Overview      Competitors      Org Chart      Company Insights        | Search for a contact or company    🔍 |   Advanced Search

WizIQ has 300 employees

**What is WizIQ's industry?**

WizIQ is in the industry of: Training, Education, Business Services
General

**Who are WizIQ's main competitors?**

WizIQ's main competitors are: Udacity, MasterClass, SkillShare, Udemy

**What is WizIQ's tech stack?**

The technologies that are used by WizIQ are: Google Analytics,
WordPress, Facebook SDK, Google Universal Analytics

See more information about WizIQ

## Browse ZoomInfo's Directories

| Find Contacts | Find Companies |
|---|---|

Boston  |  New York City  |  Houston  |  Chicago  |  Los Angeles  |  Atlanta

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| POPULAR FEATURES | COMPANY | B2B DATABASE | MORE RESOURCES | |
|---|---|---|---|---|
| Sales Solutions | About Us | Our Data | ZoomInfo Videos | Free Trial |
| Marketing Solutions | Our Leadership | Data Transparency | Newsroom | |
| Company Contact Search | Investor Relations | Update Your Company | Engineering Blog | Login |
| Buyer Intent Data | FAQs | Claim Profile | COVID-19 Newsfeed | 866.904.9666 |
| CRM Lead Enrichment | Careers | Browse Directories | Recipes for Success | |
| | Contact Us | People Search | Privacy Center | |
| | | Company Search | | |

Z    zoominfo

Leads by
Industry

Top
Companies

Pricing

Solutions

Our
Data

About
Us

Sign Up

Overview    Competitors    Org Chart    Company Insights

Search for a contact or company    🔍    Advanced Search

# EXHIBIT D

