# EXHIBIT 24

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000106984

**Entity Name:** ROTHSCHILD DIGITAL MEDIA INNOVATIONS, LLC

**FILED**
**Apr 30, 2019**
**Secretary of State**
**2382878342CC**

**Current Principal Place of Business:**

401 EAST LAS OLAS BLVD
#1400
FORT LAUDERDALE, FL 33138

**Current Mailing Address:**

401 EAST LAS OLAS BLVD
#1400
FORT LAUDERDALE, FL 33138 US

**FEI Number:** APPLIED FOR

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ROTHSCHILD, LEIGH
401 EAST LAS OLAS BLVD
#1400
FORT LAUDERDALE, FL 33138 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: LEIGH M ROTHSCHILD                                            04/30/2019
            Electronic Signature of Registered Agent                      Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGING DIRECTOR |
| Name | ROTHSCHILD, LEIGH M |
| Address | 401 EAST LAS OLAS BLVD #1400 |
| City-State-Zip: | FORT LAUDERDALE FL 33138 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LEIGH ROTHSCHILD                            MANAGING DIRECTOR    04/30/2019
           Electronic Signature of Signing Authorized Person(s) Detail     Date