# EXHIBIT 41

Jill F. Kopeikin (State Bar No. 160792)
Valerie M. Wagner (State Bar No. 173146)
GCA LAW PARTNERS LLP
2570 W. El Camino Real, Suite 510
Mountain View, CA 94040
Tel: (650) 428-3900
Fax: (650) 428-3901
jkopeikin@gcalaw.com
vwagner@gcalaw.com

Attorneys for Plaintiff
ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROTHSCHILD STORAGE RETRIEVAL INNOVATIONS, LLC,**<br><br>*Plaintiff,*<br><br>**SONY MOBILE COMMUNICATIONS (USA) INC.,**<br><br>*Defendant.* | Case No. 3:15-cv-00234-EDL<br><br>**LEIGH M. ROTHSCHILD'S DECLARATION IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT SONY MOBILE COMMUNICATIONS (USA) INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

I, Leigh M. Rothschild, declare as follows:

1. My name is Leigh M. Rothschild. I am over eighteen years of age and am competent to testify about the matters in this Declaration. Except where stated, I have personal knowledge of all matters set forth herein.

2. I am the Managing Director of Rothschild Storage Retrieval Innovations, LLC. This Declaration is submitted in support of Plaintiff's Response in Opposition to Defendant Sony Mobile Communications (USA) Inc.'s Motion to Stay Pending *Inter Partes* Review.

3. I filed my first patent application more than 30 years ago, and have since been issued more than 75 patents, including multiple patents related to mobile imaging technologies.

4. I individually developed U.S. Patent No. 8,437,797 (the "'797 patent") without the aid of internal staff, employees, and outside funding. I personally funded the research and development of the '797 patent.

5. I have personally invested over seven years of my time and money in the prosecution, licensing, and/or litigation of the '797 patent.

6. My patents are my single most important asset to all the businesses I own. Royalties from patents and licensing of my technology is the main financial means by which I expect to provide for my family.

I declare under penalty of perjury that the foregoing is true and correct this 6th day of April, 2015, in Bay Harbor Islands, Florida.

_____
Leigh M. Rothschild