# EXHIBIT 45

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


DIGITAL VERIFICATION

SYSTEMS, LLC,

        Plaintiff,

   v.                   No. 5:22-cv-00686-JWH-SP

ENCYRO, INC.,

        Defendant.


ZOOM DEPOSITION OF LEIGH ROTHSCHILD

VOLUME 1 - PAGES 1-130

WEDNESDAY, OCTOBER 12, 2022

NORTH MIAMI, FLORIDA


Reported by:   Marilynn Hoover, RPR

              California CSR No. 8841

1

1   BE IT REMEMBERED THAT, pursuant to the Federal

2 Rules of Civil Procedure, the Zoom video deposition of

3 LEIGH ROTHSCHILD was taken before Marilynn Hoover,

4 California CSR No. 8841; on Wednesday, October 12,

5 2022, commencing at the hour of 1:06 p.m.; the witness

6 testifying from North Miami, Florida.

7

8       APPEARANCES

9 PALAVAN & MOORE, PLLC

10  BY MR. SHEA PALAVAN

11  5353 West Alabama Street, Suite 303

12  Houston, Texas 77056

13  Telephone:  832-800-4133

14  E-mail:  Shea@palavan.com

15  On behalf of Plaintiff

16

17 LAMKIN IP DEFENSE

18  BY MS. RACHAEL D. LAMKIN

19  One Harbor Drive, Suite 300

20  Sausalito, California 94965

21  Telephone:  916-747-6091

22  E-mail:  RDL@lamkinipdefense.com

23  On behalf of Defendant

24

25 ALSO PRESENT:  Sugouri Batra, in-house counsel

2

```
                    EXAMINATION INDEX

                                                      PAGE

Examination by Ms. Lamkin                                5



                        *   *   *



                     EXHIBIT INDEX

EXHIBIT NO.   DESCRIPTION                              PAGE
```

| EXHIBIT NO. | DESCRIPTION | PAGE |
| --- | --- | --- |
| Exhibit 1 | U.S. Patent No. 9,054,860 | 15 |
| Exhibit 2 | USPTO patent assignments | 34 |
| Exhibit 3 | Patent assignments | 36 |
| Exhibit 4 | 2009 LLC annual report | 36 |
| Exhibit 5 | Patent assignment | 39 |
| Exhibit 6 | Patent assignment | 40 |
| Exhibit 7 | Texas franchise tax public information report | 43 |
| Exhibit 8 | Patent Asset Management team | 45 |
| Exhibit 11 | 2021 Florida limited liability company annual report for Patent Asset Management | 67 |
| Exhibit 12 | 2021 Florida limited liability company annual report for Matthew Inventions | 70 |
| Exhibit 13 | Appeal brief | 74 |
| Exhibit 14 | Excel file:  Rothschild cases | 73 |

3

```
 1              EXHIBIT INDEX (CONT.)

 2   EXHIBIT NO.  DESCRIPTION                          PAGE

 3   Exhibit 18   Certificate of formation of

 4                Rothschild Connected Devices

 5                Innovations LLC                      80

 6   Exhibit 19   Texas secretary of state document

 7                in re Rothschild Connected Devices

 8                Innovations LLC                      82

 9   Exhibit 20   Declaration of Leigh Rothschild     83

10   Exhibit 21   Motion for order to show cause      87

11   Exhibit 22   Report and recommendation           87

12   Exhibit 23   Complaint for patent infringement   98

13   Exhibit 24   Texas secretary of state document

14                in re Rothschild Digital

15                Confirmation LLC                    100

16   Exhibit 25   11/01/2021 letter                   102

17   Exhibit 26   11/01/2021 letter                   104

18   Exhibit 27   2021 Florida limited liability

19                company annual report for LMR

20                Inventions LLC                       41

21   Exhibit 28   Plaintiff's objections and responses

22                to defendant's first set of written

23                discovery                           120

24   Exhibit 29   Affidavit of Leigh Rothschild      121

25   Exhibit 30   Initial infringement chart         124
```

4

```
 1     WEDNESDAY, OCTOBER 12, 2022; NORTH MIAMI, FLORIDA

 2                    LEIGH ROTHSCHILD,

 3     called as a witness, being duly sworn on oath, was

 4     examined and did testify as follows:

 5                THE STENOGRAPHIC REPORTER:  Thank you.  You      13:06

 6     may begin.                                                 13:06

 7                          EXAMINATION                           13:06

 8     BY MS. LAMKIN:                                             13:06

 9         Q.   Good morning, and afternoon, Mr. Rothschild.     13:06

10         A.   Thank you.                                        13:06

11         Q.   My name is Rachael Lamkin and I represent        13:06

12     the defendant in this action.                              13:06

13              I see you have two attorneys with you here       13:06

14     today; is that correct?                                    13:06

15         A.   Yes.                                              13:06

16         Q.   Okay.  Mr. Palavan is your outside counsel;      13:06

17     correct?                                                   13:06

18         A.   That is correct.                                  13:06

19         Q.   Okay.  And Ms. Batra, can you please state       13:06

20     her role for the record.                                   13:06

21         A.   Yes.  She is general counsel to the company.     13:06

22         Q.   "The company" being plaintiff, what I will       13:06

23     call DVS for your deposition.  Is that okay?               13:06

24         A.   Yes.  She's general counsel to the               13:06

25     plaintiff.                                                 13:06
```

5

```
1      A.   It is.                                    13:24

2      Q.   Is this the patent that you reviewed on your   13:24

3  Zoom call with your counsel, Mr. Palavan and         13:24

4  Ms. Batra?                                           13:24

5      A.   It is.                                    13:24

6      Q.   If you could please turn to the column 1 of   13:24

7  the '860 patent, Mr. Rothschild.                     13:24

8           Mr. Rothschild, who drafted --             13:25

9      A.   Excuse me, Ms. Lamkin.  I need time to get    13:25

10 there.  I'm not quite there.  Thank you.             13:25

11     Q.   Um-hum.                                     13:25

12     A.   I'm there now, Ms. Lamkin.                  13:25

13     Q.   Mr. Rothschild, who drafted column 1 of the   13:25

14 '860 patent?                                         13:25

15     A.   The draft was done by patent prosecution    13:25

16 counsel.                                             13:25

17     Q.   Did you review column 1 of the '860 patent   13:25

18 during prosecution?                                  13:25

19     A.   I do not recall with specificity.          13:25

20          I would point out, I would add to that     13:25

21 answer, if I may, Ms. Lamkin:  That was many, many   13:25

22 years ago, I believe 2008, so -- I believe, so many   13:25

23 years ago.  More than ten?  Yes, 2008.  I'm looking at   13:25

24 the patent to get that date.  So that is, by my      13:25

25 calculations, approximately 14 years ago.            13:26
```

18

1  Q.   You did review this patent with your counsel   13:26

2  and last night; correct?   13:26

3  A.   We looked at the patent last night,   13:26

4  Ms. Lamkin.  We -- We reviewed the patent last night.   13:26

5  Q.   And you also reviewed the patent on your own   13:26

6  last night?   13:26

7  A.   Yes.   13:26

8  Q.   Okay.  Mr. Rothschild, how would you explain   13:26

9  what a module generating assembly in the '860 patent   13:26

10  is to a jury?   13:26

11  A.   I would have to look, Ms. Lamkin -- Well, I   13:26

12  would answer by telling you that -- I'm sorry.  Could   13:26

13  you repeat the term again, Ms. Lamkin.  I'd appreciate   13:26

14  that.   13:26

15  Q.   Module generating assembly.   13:26

16  A.   I would say that a module generating   13:26

17  assembly is what it says in the specification of the   13:26

18  9,054,860 patent.   13:26

19  Q.   Yes, sir.  I'm asking, in your words, how   13:27

20  you would explain that term to a jury.   13:27

21  A.   I would explain it to the jury that it is   13:27

22  what it says in the specification as published in the   13:27

23  9,054,860 patent.   13:27

24  Q.   So you have -- Other than how a module   13:27

25  generating assembly is in the patent, you have no   13:27

19

```
 1   other -- Strike that.                              13:27

 2        You will solely rely upon the patent's        13:27

 3   description for module generating assembly in this  13:27

 4   litigation?                                         13:27

 5        A.   Could you rephrase the question, please, or  13:27

 6   repeat the question.                                13:27

 7        Q.   You will solely rely on the '860 patent's  13:27

 8   description of a module generating assembly in this  13:27

 9   litigation?                                         13:28

10        A.   I will answer your question by saying:  What  13:28

11   is -- What is that module?  That the module is what it  13:28

12   says it is in the patent specification of the       13:28

13   9,054,860 patent, the asserted patent, the patent used  13:28

14   in the complaint, filed in the complaint.           13:28

15        Q.   Sir, my question is this:  My client is  13:28

16   entitled to know how you, as the named inventor, would  13:28

17   describe a module generating assembly to the jury.  13:28

18        You understand that?                           13:28

19        A.   I'm not an attorney, Ms. Lamkin, so I don't  13:28

20   know what your client is entitled to or not.  I     13:28

21   honestly don't.  So my counsel may know, you may know,  13:28

22   but I don't have any idea what your client is entitled  13:28

23   to.                                                 13:28

24        I will tell you that the specification         13:28

25   speaks to all kinds of terminology, and I would tell  13:28
```

20

 1    line 46.                                          14:00

 2         Q.   I want to be perfectly clear that what I'm    14:00

 3    asking for is not where in the specification the term   14:00

 4    "module generating assembly" is mentioned.        14:00

 5              What I'm asking for specifically is:  Where   14:00

 6    in the specification is the teaching or the       14:00

 7    description that corresponds to the claim limitation   14:00

 8    I've read into the record at column 9, lines 9    14:00

 9    through 11?                                        14:01

10              That's the only thing I want, is:  Where in   14:01

11    the specification is the teaching that corresponds to   14:01

12    the limitation at column 9, lines 9 through 11?   14:01

13         A.   Great.  Great.  I would tell you, in answer   14:01

14    to your question, that I find information -- I don't   14:01

15    know whether -- what the term -- not being an attorney   14:01

16    or a patent attorney, what the term "teaching" means;   14:01

17    but I find information on module generating assembly   14:01

18    in column 1, line 46, where it says -- and I will read   14:01

19    slowly.                                            14:01

20         Q.   It's okay, Mr. Rothschild.  It's okay.  You   14:01

21    don't have to read into the record.               14:01

22              If you'll just give me the citations.   14:01

23    Column 1, starting at which line?                 14:01

24         A.   Line 45 to 48 -- to 49.                 14:01

25         Q.   Okay.  And can you please provide any other   14:02

                                                        28

1    citations to the specification that describe the          14:02

2    limitation disclosed at column 9, lines 9 through 11?     14:02

3         A.   Yes.  I find the term "module generating        14:02

4    assembly" in line -- approximately line column 2,         14:02

5    line 17 through 24.                                       14:02

6         Q.   Great.  Others?                                 14:02

7         A.   I find the term "module generating assembly"    14:02

8    in column 3, line 46 to 55.                               14:02

9         Q.   Thank you.  Any others?                         14:03

10        A.   I find the term "module generating assembly"    14:03

11   in the specification of the '860 patent in column 5,      14:03

12   line -- approximately line 5 through line 15 -- I'm       14:03

13   sorry -- line 14.                                         14:03

14        Q.   Thank you, sir.  Any others?                    14:03

15        A.   I find the term "module generating assembly"    14:03

16   in column 5 of the '860 patent, in line 22 --             14:03

17   approximately line 22 to line 26.                         14:03

18        Q.   Thank you.  Others?                             14:03

19        A.   I find the term "module generating assembly"    14:03

20   in the '860 patent -- asserted patent, in column 5,       14:04

21   line 30 through line 35.                                  14:04

22        Q.   Thank you.  Any others?                         14:04

23        A.   I find the term "module generating assembly"    14:04

24   in the '860 patent in line, approximately, 53 --          14:04

25   column 5, line 53 through line approximately 60 --        14:04

29

```
 1    fifty -- correcting that to line 59.              14:04

 2         Q.   Thank you, Mr. Rothschild.             14:04

 3              And any other discussions of citation --   14:04

 4    Sorry.   Strike that.                            14:04

 5              Any other discussions in the specification   14:04

 6    of the '860 patent for the limitation disclosed at   14:04

 7    column 9, lines 9 through 11?                     14:04

 8         A.   Ms. Lamkin, I can't say with specificity if   14:05

 9    there's any others; but those are ones that I noted   14:05

10    when I reviewed the patent a few minutes ago during   14:05

11    our break, that are contained within the          14:05

12    specifications.   To be clear, there may be others.   14:05

13         Q.   Okay.   Please take your time, sir.   I need   14:05

14    you to highlight all of them.   Take it -- This is why   14:05

15    we're here:   You're the named inventor on this patent   14:05

16    and we need to understand it.                     14:05

17              So I need to know, in your opinion, all   14:05

18    discussions in the specification for the limitation at   14:05

19    column 9, lines 9 through 11.                     14:05

20         A.   Those are the ones, Ms. Lamkin, that I've --   14:05

21    that I have found.                               14:05

22         Q.   Okay.   Thank you.   And in the citations that   14:05

23    you have just provided, can you find any discussion of   14:05

24    the specific language -- not just the term "module   14:05

25    generating assembly," but the specific language --   14:05
```

30

```
 1   appearing in the limitation at column 9, lines 9        14:05

 2   through 11?                                             14:06

 3        A.   I would believe the answer -- Strike that.   14:06

 4        The answer would be that the teaching or          14:06

 5   that the wording is as contained in the specification. 14:06

 6        Q.   I'm sorry.  I don't understand.  I don't     14:06

 7   understand that.                                        14:06

 8        MR. PALAVAN:  One second.  One second.            14:06

 9        Leigh, can you just move your camera to your      14:06

10   right.  You keep leaning to the right, so if you could 14:06

11   just move it to the right.                              14:06

12        THE WITNESS:  I'm leaning to the right,           14:06

13   Mr. Palavan, because I'm looking at the patent.        14:06

14        MR. PALAVAN:  Yeah, that's what I'm saying.       14:06

15   So can you just shift your thing to the right?  Yeah,  14:06

16   there you go.  Perfect.                                14:06

17        THE WITNESS:  Does that help?                     14:06

18        MR. PALAVAN:  Yeah.  That way, Ms. Hoover is      14:06

19   not having to go like this in following you.           14:06

20        THE WITNESS:  Perfect.  Happy to                  14:06

21   accommodate.                                            14:06

22        Could you rephrase the question.  Could you       14:06

23   restate the question, Ms. Lamkin.                       14:06

24        Q.   BY MS. LAMKIN:  I'm asking you to explain    14:06

25   your response to the question.                          14:06
```

31

```
 1          Ms. Hoover, can you reread his response.      14:06

 2               (Record read.)                           14:06

 3          THE WITNESS:  I'm asking Ms. Lamkin to        14:07

 4    repeat the question, not my answer, Ms. Hoover and  14:07

 5    Ms. Lamkin.                                          14:07

 6          MS. LAMKIN:  Okay.  I'll do it.               14:07

 7     Q.    BY MS. LAMKIN:  In the citations that you    14:07

 8    just provided, please point out any discussion of the  14:07

 9    specific language in column 9, lines 9 through 11.  14:07

10     A.   My answer would be that the wording in the    14:07

11    specifications speaks for itself.  I have no        14:07

12    interpretation to provide.                          14:07

13     Q.   I'm not asking for interpretation, sir.  I'm  14:07

14    asking you to point to a specific discussion of the 14:07

15    language in column 9, lines 9 through 11, in the    14:07

16    citations you've provided.                          14:07

17     A.   My answer would be that the wording in the    14:07

18    specification speaks for itself.                    14:07

19     Q.   And can you point to any language in the      14:07

20    specification that discusses "a module generating   14:08

21    assembly structured to receive at least one         14:08

22    verification data element corresponding to the at   14:08

23    least one entity"?                                  14:08

24     A.   My answer would be, as I repeat it again,     14:08

25    Ms. Lamkin -- I'll repeat it again -- that the wording  14:08
```

32

1    Q.  Is that an accurate statement in your          16:26

2  declaration?                                          16:26

3    A.  Yes.                                            16:26

4    Q.  Just read it into the record:  "I have more    16:26

5  than 20 years of experience involving claim          16:26

6  construction and claim charts in connection with     16:26

7  patent litigation.  I also personally analyzed the   16:27

8  claims and the claim constructions in this case prior 16:27

9  to the filing of the lawsuit," unquote.              16:27

10    That statement's accurate, Mr. Rothschild?        16:27

11    A.  I believe it's accurate as to this case, as   16:27

12  to the --                                            16:27

13    Q.  Do you -- Please, sir.                         16:27

14    A.  I believe it's accurate -- Thank you.  I      16:27

15  believe it's accurate as to this case, in the case of 16:27

16  -- and accurate as to this patent, 8,788,090.        16:27

17    Q.  Okay.  And then the next page, let me know    16:27

18  when you've read that.                               16:27

19    A.  I've completed reading it, Ms. Lamkin.        16:28

20    Q.  Okay.  Is there anything in this declaration  16:28

21  that you -- that is inaccurate, to the best of your  16:28

22  recollection?                                        16:28

23    A.  There is not, to the best of my              16:28

24  recollection.                                        16:28

25    Q.  Okay.  Do you recall in the RCDI matter that  16:28

84

1    the District Court ultimately awarded attorneys' fees    16:28

2    against RCDI?    16:28

3         A.   I recall that in the -- in this matter, the    16:28

4    District Court did not award attorneys' fees against    16:28

5    RCDI.  Your statement is not correct.    16:29

6         What happened, to the best of my    16:29

7    recollection, is the court denied attorneys' fees.    16:29

8    The other side appealed, to the best of my knowledge,    16:29

9    to the federal circuit.  The circuit came back and    16:29

10   contradicted or disagreed with the federal district    16:29

11   judge and told the district judge -- told the district    16:29

12   judge to award attorneys' fees.  And, at that point,    16:29

13   the attorneys -- I'm sorry -- the federal district    16:29

14   judge followed the circuit's recommendation and    16:29

15   awarded attorneys' fees against the plaintiff,    16:29

16   Rothschild Connected Device Innovation.    16:29

17        Q.   And then when the District Court awarded    16:29

18   attorneys' fees against RCDI, did RCDI pay the    16:29

19   attorneys' fees?    16:29

20        A.   RCDI attempted to negotiate to pay the    16:29

21   attorneys' fees with the plaintiff.  The plaintiff did    16:30

22   not accept, to the best of my knowledge -- I'm sorry.    16:30

23   The defendant.  Excuse me.  The defendant did not    16:30

24   accept our offer to pay.    16:30

25        RCDI was prepared to pay attorneys' fees in    16:30

85

```
 1    some amount, and was negotiating back and forth for        16:30

 2    lower amounts, which was agreed to at some point by         16:30

 3    the defendant.  But a solution -- We were in               16:30

 4    negotiations, continual negotiations.  A settlement         16:30

 5    was never reached.  RCDI never refused to pay              16:30

 6    attorneys' fees at any point, to the best of my            16:30

 7    knowledge.  That was done by my general counsel, at        16:30

 8    the time, in the negotiation process.                      16:30

 9            So your statement about refusing to pay            16:31

10    attorneys' fees, or didn't pay them, is not correct,       16:31

11    Ms. Lamkin.                                                 16:31

12            MS. LAMKIN:  I'm going mark as Exhibits 21         16:31

13    and 22 --                                                   16:31

14            THE WITNESS:  I'd also point out for the           16:31

15    record, for your further knowledge, Ms. Lamkin, that a     16:31

16    judgment was never obtained, to the best of my            16:31

17    knowledge, against the company.                            16:31

18            The court was in fact inquiring, the federal       16:31

19    district court, why the -- why the defendant did not       16:31

20    go for a judgment in this matter, and the defendant        16:31

21    said at this point they didn't want a judgment.  It        16:31

22    might have been because there was negotiations ongoing     16:31

23    and that the matter was supposed to be settled between     16:31

24    the parties -- which is what the court, I believe,         16:32

25    from my point of view, was hoping for.                    16:32
```

86

```
 1        A.    Correct.                                    16:33

 2        Q.    Okay.  Exhibit 21 goes on to say at         16:34

 3   paragraph 2:  "As part of the fee submission, ADS      16:34

 4   requested that this court hold Mr. Rothschild jointly  16:34

 5   and severally liable with RCDI."                       16:34

 6            Quote:  "So as not to require further         16:34

 7   unnecessary litigation, ADS seeks the award of fees    16:34

 8   and expenses to be entered jointly and severally       16:34

 9   against the entity RCDI and its sole member, Leigh M.  16:34

10   Rothschild, as the two are one in the same."           16:34

11            Does that refresh your recollection that ADS  16:34

12   tried to name you as a party in this matter,           16:34

13   Mr. Rothschild?                                         16:34

14        A.    That's correct.                             16:34

15        Q.    And then in paragraph 3 of Exhibit 21, it   16:34

16   says:  "On November 8th, 2017, the court ordered the   16:34

17   fee order."                                             16:35

18            Quote:  "It is ordered that Rothschild        16:35

19   Connected Devices Innovations ('Rothschild') shall pay 16:35

20   ADS attorneys' fees and costs."                         16:35

21            Again, is that consistent with your           16:35

22   recollection that ADS -- that RCDI was ordered to pay  16:35

23   attorneys' fees and costs in this matter?              16:35

24        A.    That's correct.                             16:35

25        Q.    In paragraph 4, it says:  "This court       16:35
```

88

```
 1   and five dollars as its assets?                      16:36

 2       A.   I do not recall that.  I do not know if      16:37

 3   that's correct.                                       16:37

 4       Q.   Okay.  Do you have any reason to doubt that  16:37

 5   representation by RCDI at the time?                   16:37

 6       A.   I have every reason to doubt it, because I   16:37

 7   don't have any knowledge of it.                       16:37

 8       Q.   Okay.  "As of the date of this motion, RCDI  16:37

 9   has failed to comply with the fee order, as RCDI has  16:37

10   neither paid the amount directed to be paid ... nor   16:37

11   has RCDI made any notification to this court."        16:37

12            Is that consistent with your recollection of 16:37

13   the matter, sir?                                      16:37

14       A.   It is not consistent, in the fact that I     16:37

15   testified earlier that negotiations were ongoing,     16:37

16   where we made several offers to pay from our general  16:37

17   counsel at the time to the company.  Numerous         16:37

18   discussions, in my memory, were held and negotiations 16:37

19   went back and forth in terms of payment, right until  16:38

20   the case ended.                                       16:38

21       Q.   Do you have any recollection of RCDI ever    16:38

22   paying to ADS the ordered fee award?                  16:38

23       A.   I do not.                                    16:38

24       Q.   Turn to Exhibit 22.                          16:38

25       A.   But I would add to the statement that a      16:38
```

90

```
 1    judgment was never entered in this matter, as I        16:38
 2    testified to earlier, that the court was asking why    16:38
 3    the plaintiff was -- why the defendant, excuse me, was 16:38
 4    not seeking a judgment.  No answer, to my knowledge,   16:38
 5    was given.  And I again repeat for the record that     16:38
 6    negotiations were ongoing, where offers were made to   16:38
 7    pay this amount from RCDI to the defendant.            16:38
 8         Q.   Mr. Rothschild, I've personally reviewed the 16:38
 9    docket.  I don't see any evidence of that.            16:38
10         Do you think you can produce that evidence,       16:38
11    sometime after this deposition, for my review?        16:38
12         A.   Many years ago.  I have no knowledge whether 16:38
13    it would be evidence or not.  The person that was the  16:38
14    general counsel at the time no longer works for us and 16:39
15    hasn't for many, many years.  He would hold those      16:39
16    records, if there were any records.  What happened to  16:39
17    them, I don't know.  I've never seen anything in that  16:39
18    regard.  But I am testifying hereto that there were    16:39
19    numerous conversations that were held, as reported to  16:39
20    me by counsel, to pay.                                 16:39
21         Q.   Looking now at Exhibit 22, an order dated     16:39
22    August 13th, 2019.                                     16:39
23         Do you understand, sir, that a report and         16:39
24    recommendation is an order from the court?             16:39
25         A.   I'm sorry.  Say again.                       16:39
```

91

1    I do know that the court specifically told,    16:43

2    as I previously testified, that I would not be brought    16:43

3    into the case until service was effectuated and a    16:43

4    hearing would be held on the matter to determine the    16:43

5    merits of bringing me in.  And --    16:43

6    Q.    And --    16:43

7    A.    Excuse me.  And I believe the record    16:44

8    supports that.    16:44

9    Q.    Did either RCDI or you personally ever pay    16:44

10    any portion of the court order awarding attorneys'    16:44

11    fees in this matter?    16:44

12    A.    I repeat my testimony that no payment was    16:44

13    made for RCDI, and that ongoing negotiations were    16:44

14    being held to effectuate payment, but a judgment was    16:44

15    never filed by the court, even though the court was    16:44

16    wondering if they were going to seek a judgment.    16:44

17    I also repeat my testimony -- I also state    16:44

18    for the record that I was never asked by the court to    16:44

19    pay anything; that the court was -- the court was    16:44

20    asking for me to be served, to decide whether they    16:44

21    were to bring me into the case.    16:44

22    Q.    Mr. Rothschild, you have a right, and I'm --    16:44

23    I'm perfectly happy to let you explain your answer,    16:44

24    but I first need an answer.    16:44

25    So it's a yes-or-no question, and then,    16:44

95

```
 1    please, you have a right to explain yourself.        16:45

 2           Did RCDI ever pay any attorneys' fees         16:45

 3    pursuant to the order ordering attorneys' fees to be  16:45

 4    paid?                                                 16:45

 5        A.   No, we did not.                              16:45

 6        Q.   Okay.  And did you personally ever pay any   16:45

 7    attorneys' fees based on the order from the court     16:45

 8    ordering that attorneys' fees be paid?                16:45

 9        A.   No.  And to explain, as you said you would   16:45

10    currently allow me to explain:  I was never ordered by 16:45

11    the court to pay anything to RC -- from RCDI or pay    16:45

12    anything to -- I'm sorry.  I was never ordered by the  16:45

13    court, me personally, to pay any sum of money to the   16:45

14    defendant.                                            16:45

15        Q.   And your recollection is that's because you  16:45

16    were not properly served; right?                      16:45

17        A.   My recollection would be that I was not      16:45

18    properly served, and the court had stated that I would 16:45

19    need to be properly served and that the court would    16:45

20    have a hearing to determine the merit of bringing me   16:45

21    into the case.                                        16:46

22        Q.   You could have paid the money; right?  You   16:46

23    knew the court ordered attorneys' fees paid, and       16:46

24    either you or RCDI could have paid the money; right?   16:46

25        A.   Absolutely incorrect.                        16:46
```

96

1   Q.   Why not?                                          16:46

2   A.   As far as me paying the money, I had no          16:46

3   obligation, as I just said, to pay any money.  It     16:46

4   would be absolutely not the case that I had any       16:46

5   obligation, any legal obligation, at that point, to   16:46

6   pay.  And as I've testified -- So that's the answer to 16:46

7   the second question, as to why I didn't pay.  I had no 16:46

8   legal obligation to pay.                              16:46

9        Your first question, I believe, Ms. Lamkin,     16:46

10  is why RCDI did not pay.  As I've testified to now    16:46

11  numerous times today, RCDI was in negotiation with the 16:46

12  defendant as to effectuate a payment settlement.      16:46

13  Q.   The court issued an order ordering RCDI to       16:46

14  pay attorneys' fees; correct?                         16:46

15  A.   I believe so.                                    16:46

16  Q.   And RCDI did not honor that order; correct?      16:47

17  A.   I don't know if the order was not honored.       16:47

18  That would be a legal determination.  But I will tell 16:47

19  you, and I've testified and I will testify again, that 16:47

20  the company RCDI was in negotiation to pay to the     16:47

21  defendant an amount of money that would satisfy them  16:47

22  in this matter.                                       16:47

23       MS. LAMKIN:  I'm going to mark Exhibit 23        16:47

24  the complaint from case number 1:19-cv-01109,         16:47

25  Rothschild Digital Confirmation v. CompanyCam.        16:48

97

<pre>
 1              (Exhibit 23 marked.)                16:48

 2      Q.   BY MS. LAMKIN:  Have you ever seen      16:48

 3   Exhibit 23 before, Mr. Rothschild?  And I'm happy to  16:48

 4   flip through it if that would help you.          16:48

 5      A.   Well, Ms. Lamkin, for the record, I'm only  16:48

 6   seeing the first two sentences after the title page,  16:48

 7   "plaintiff ... through its undersigned attorneys" --  16:48

 8   and now you're scrolling.                       16:48

 9      Q.   Correct.  Would you like me to scroll   16:48

10   through the document for you, sir?              16:48

11      A.   Yes, I would.  Yep.                     16:48

12      Q.   Okay.  I'll just do it page by page, and you  16:48

13   tell me when you're ready for the next page.    16:48

14      A.   Ms. Lamkin, are you asking me to read each  16:48

15   page, or you just want me to kind of quickly scroll  16:48

16   through it?                                      16:48

17      Q.   I'm sure not, sir.  I'm just -- Whatever you  16:48

18   need to tell -- to ascertain whether or not you've  16:48

19   seen this document before.                      16:48

20      A.   I don't recollect with specificity whether  16:48

21   I've seen the document before.                  16:48

22      Q.   Okay.  In general, do you review the    16:49

23   complaints before they're filed?               16:49

24         Let me ask that a better way, sir.  That's a  16:49

25   terrible question.                              16:49
</pre>

98

1    A.   Sometimes I do, sometimes I don't.  I will      16:49

2    tell you that I rely upon my attorneys to file a     16:49

3    correct complaint.                                   16:49

4    Q.   Do you recall this case, RDC v. CompanyCam?     16:49

5    A.   There is a recollection but not with            16:49

6    specificity.                                         16:49

7    Q.   What do you remember about this case?           16:49

8    A.   I remember that you were counsel, I believe,    16:49

9    for the defendant.                                   16:49

10   Q.   Do you remember anything else?                  16:49

11   A.   I remember that a settlement was achieved,      16:49

12   no money was paid by either side; that counsel -- my 16:49

13   counsel negotiated with you, Ms. Lamkin, and I guess 16:49

14   on behalf of the client --                           16:49

15   Q.   Wait, wait.  Don't -- If you're about to --     16:49

16   Don't say any of the terms on the record, because it's 16:49

17   a separate matter.                                   16:49

18   A.   Hmm.  Settlement was achieved --               16:49

19   Q.   Okay.  Fine.                                     16:50

20   A.   -- to the full satisfaction of all action.      16:50

21   Q.   I'm going to move to strike that.  It's a       16:50

22   confidential, unrelated matter; so let's just not have 16:50

23   that on the record, please, sir.                     16:50

24        Do you recall which entity or persons are       16:50

25   the manager, or were the manager, of RDC?            16:50

99