# EXHIBIT 49



MCNEELY, HARE & WAR LLP
INTELLECTUAL PROPERTY LAW

Renita S. Rathinam, Esq.
Rathinam@miplaw.com
Direct Dial: 1.202.253.4903

February 15, 2023

**Via USPS Priority Mail**
Discord Inc.
444 De Haro Street #200
San Francisco, CA 94107

RE: *Potential Infringing Use of the Symbology Patents & Negotiation Offer (FRE 408)*

Dear Discord Inc.:

By way of introduction, I represent Symbology Innovations, LLC ("Symbology"), a Texas company located at 1 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 3330 in connection with its intellectual property portfolio. This letter is written with regard to U.S. Patent Numbers 7,992,773, 8,424,752, 8,651,369, and 8,936,190 (collectively referenced herein as "Symbology Patents"). These Symbology Patents comprise claims related to, *inter alia*, the functional application of QR codes in various mobile device-augmented marketing strategies, including a user obtaining information from a server based on a decoded string from a QR code.

The inventor, Leigh Rothschild, has been issued over a hundred and twenty-five patents on his inventions and is an early creator, leader, and inventor of processes tying Symbology technologies, such as bar codes and QR codes, to the Internet. He has also served as an advisor to two U.S. presidents. While his inventions have been incredibly successful, and now over 10 years after their initial patent filings, the Symbology innovations he pioneered may now seem ubiquitous due to their widespread use, this does not negate the patents or my client's rights as the owner of these patents to their exclusive use and control. As the holder of Mr. Rothschild's patents, Symbology is entitled to reasonable royalties for the unauthorized use of the inventions as covered by the claims of the referenced patents.

We believe that your use of QR codes, which takes end-users who scan your provided QR codes to https://discordapp.com/ra/aE0HED5w9B4Q_PZ2zfy4NRPqeaHdsAPddKKHMyxAmQc, is covered by the Symbology Patents. Symbology has investigated Discord Inc:'s ("Discord") present operations based on publicly available information and has made initial discoveries, as detailed in the enclosed preliminary chart exemplifying Discord's potential infringement. It appears that your current use of QR code technologies may constitute infringement of one or more of the Symbology Patents under one or more subsections of 35 USC § 271. Accordingly, due to this apparent unauthorized use of the technology of the Symbology Patents, Discord may be required to pay considerable legal expenses if we are unable to resolve this matter at this

Discord Inc.
Page 2 of 2

stage. Further, prior to such a resolution, Symbology kindly requests that Discord promptly discontinue the noted potentially infringing activities.

Discord has a responsibility to ensure that it has secured all necessary patent rights to utilize the technology described. At present, Symbology prefers not to initiate litigation when it can be avoided. And it would be prudent to seek an amicable resolution to avoid unnecessary legal expenses on the part of all parties. As such, we would like to discuss with Discord a licensing opportunity, whereby Discord can continue its uses of QR code technology, as claimed in the Symbology Patents. Using specifically tailored instruments such as licensing agreements, Symbology has entered into non-litigious settlements with numerous other companies, including other companies similarly situated to Discord. In view of Symbology's rights as the holder of the Symbology Patents, including the right to reasonable royalties for use of the inventions therein, many of these companies have found licensing Symbology's patents to be a favorable option.

By way of this invitation, Symbology looks forward to engaging in an amicable discussion regarding a non-litigious business solution mutually benefitting both parties. If your company is genuinely interested in entering into a dialogue regarding the Symbology Patents, please contact me via my direct dial or email above within twenty-one (21) days of receipt of this letter. I will be pleased to discuss the option of a reasonable and affordable arrangement for Discord's continued, but authorized, use that will not disrupt its business, current operations, and/or future accessibility to the technology of the Symbology Patents.

Should we not hear from you by then, we will attempt to reach out again. If Discord ultimately fails to respond, we shall consider our interpretation of Discord's activity, as demonstrated in the attached claim chart, to be correct and Symbology reserves the right to escalate this claim if otherwise ignored. If you feel that our interpretation of Discord's present activities is incorrect, or if you believe that Discord is already otherwise authorized to utilize the technology of the Symbology Patents, please inform us of same, and we will gladly welcome such a discussion. Please note that this attempt to reach an amicable solution does not constitute a waiver of any rights my client has to the Symbology Patents.

Finally, if Discord requires additional time to prepare for such discussions, please do not hesitate to contact me.

Sincerely,

Renita S. Rathinam, Esq.
Enclosures: as stated

FRE 408 Communication

| Infringement Claim Chart for U.S. Pat. No. 8424752 vs Discord Inc. ("Defendant") |
|---|
| For purposes of this Claim Chart, "Defendant" includes Discord Inc., its employees, agents, customers, patrons, and others encouraged to use the technology. |

| Claim 1 | Evidence |
|---|---|
| 1. A method comprising: | Defendant provides symbology (i.e., a QR code), associated with a website of Discord.<br><br><br><br>Source: Image of Defendant provided QR Code. |

FRE 408 Communication



Source: Screenshots taken from the portable electronic device, hereinafter a "Smartphone".

FRE 408 Communication

| a)capturing a digital image using a digital image capturing device that is part of a portable electronic device; | Defendant uses or induces the use of a camera (digital image capturing device) on a Smartphone that captures the digital image.  |
| | Source: Screenshot taken from Smartphone. |

FRE 408 Communication

| b) detecting Symbology associated with an object within the digital image using a portable electronic device; | Defendant uses or induces the use of a Smartphone to detect symbology (i.e., QR code) associated with the website of Discord.<br><br><br><br>Source: Screenshot taken from Smartphone. |
| --- | --- |

FRE 408 Communication

| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes or induces the decoding of, the QR code pattern to obtain a decode string (i.e., hyperlink) using the camera application residing in the Smartphone.<br><br><br><br>Source: Screenshot taken from Smartphone. |
| --- | --- |

FRE 408 Communication

| d) sending the decode string to a remote server for processing; | Defendant sends or induces the sending of the decoded string to a remote server for processing. Specifically, the Smartphone sends the information associated with the QR code to a Discord server.  |
| | Source: Screenshot taken from Smartphone. |

FRE 408 Communication

| e) receiving information about the object from the remote server wherein the information is based on the decode string of the object; | After Defendant, or one induced by Defendant, clicks on the hyperlink that is obtained by scanning the QR code associated with Discord, the Smartphone receives the information and navigates directly to the website of Discord.<br><br><br><br>Source: Screenshot taken from Smartphone. |
| --- | --- |

7

FRE 408 Communication

| | |
|---|---|
| f) displaying the information on a display device associated with the portable electronic device. | Defendant sends or induces the sending of the decoded string to a remote server (in this case, a Discord server) for processing. The information is received, and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone. |