# EXHIBIT 51



Renita S. Rathinam<br>
Rathinam@miplaw.com<br>
Direct Dial: 1.202.253.4903

May 30, 2023

**VIA EMAIL**
Matthew J. Hawkinson
mhawkinson@hycounsel.com
Hawkinson Yang
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067

<u>RE: Invitation for Discussion of Mutually Beneficial Business Solution (FRE 408)</u>

Dear Mr. Hawkinson:

I write further to our correspondence of February 15 and May 4, 2023 concerning U.S. Patent Nos. 7,992,773, 8,424,752, 8,651,369, and 8,936,190 owned by Symbology Innovations, LLC (hereinafter collectively referred to as "the Symbology patents"). We appreciate you resending Discord's response of April 12th. Preliminarily, as you may well know, patents duly issued by the USPTO are presumed valid. We note that the Symbology patents, having been so issued, have been asserted multiple times and indeed remain valid and enforceable to date. We also note that appropriate business solutions have been reached with numerous parties, including Fortune 500 companies and smaller entities, alike.

As for your particular assertions of invalidity and unpatentability under one or more of 35 U.S.C. §§101, 102, and/or 103, we respectfully disagree. The analyses set forth in your April 12 letter appear to be flawed and unsubstantiated. With respect to your 102 and/or 103 assertions based on Denso Wave, Chang and Yach references, we again refer you to our letter of February 15th and accompanying preliminary claim chart exemplifying Discord's potential infringement. The Symbology patents are directed to the inventive subject matter as claimed in each of said patents. Subject to basic principles of claim interpretation, the references you mention have essentially no bearing on the Symbology patent claims. None of these references alone or in combination is sufficient to arrive at Claim 1 of the '752 patent, let alone the remaining inventions subject of each of the claims of the referenced Symbology patents.

As for Discord's patent ineligibility assertions, we likewise disagree. Again, each of the Symbology patents has been duly issued by the USPTO and remains valid and enforceable. The *Alice* analysis as set forth in your letter appears to be grounded in a truncated view of Claim 1 of the '752 patent and does not account for each of the other claims of the Symbology patents.

  We find your current invalidity/unpatentability positioning to be without merit and such positions can only be established through an adjudicative process, if that is your client's desired route. Accordingly, Symbology does not consider this matter resolved but does continue to remain willing to discuss resolution scenarios with Discord. This includes by way of licensing and/or other appropriate business solutions. Please let us know within 21 days of receipt of this letter whether Discord wishes to discuss further, or alternatively agrees to discontinue the activities identified in our February 15th letter.

Sincerely,

Renita S. Rathinam