# EXHIBIT 52

# Hawkinson Yang

1801 Century Park East, Ste. 2400
Los Angeles, California 90067
(213) 634-0370 main
(213) 260-9305 fax

Matthew J. Hawkinson
mhawkinson@hycounsel.com
(213) 634-0369 direct

June 20, 2023

*Via email*

Renita S. Rathinam
rathinam@miplaw.com
McNeely, Hare & War, LLP
5335 Wisconsin Ave, N.W. Suite 440
Washington, DC 20015

Re:     *Symbology Patent Assertion and Licensing Offer Letter*

Dear Ms. Rathinam:

      We write in response to your letter dated May 30, 2023 regarding Symbology Innovations, LLC's ("Symbology") allegations as to Discord, Inc.'s ("Discord") alleged use of certain intellectual property assets purportedly owned by Symbology: specifically, U.S. Patent Nos. 7,992,773, 8,424,752, 8,651,369, and 8,936,190 (the "Asserted Patents").

      Your May 30, 2023 letter unfortunately does not respond substantively to the invalidity or ineligibility positions raised in our letter dated April 12, 2023, or the charts attached thereto. For example, you state that "[t]he analyses set forth in your April 12 letter appear to be flawed and unsubstantiated," but do not point to any specific flaws or explain why our positions are unsubstantiated. Similarly, you state that "[s]ubject to basic principles of claim interpretation, the references you mention have essentially no bearing on the Symbology patent claims." However, you do not explain how you have applied said "basic principles of claim construction" to arrive at claim constructions for the claims of the Asserted Patents, or how you applied those claim constructions to reach your conclusions regarding the prior art references in question. With regard to ineligibility, you state only that our analysis is "grounded in a truncated view of Claim 1" without further explanation. Instead of providing a response on the merits, your letter simply references the abstract principle that duly issued patents are "presumed valid." These conclusory, blanket assertions do not provide us with anything to meaningfully evaluate.

      If you would like to provide a substantive response to our letter, or a concrete licensing proposal, we would be happy to consider it.

Renita S. Rathinam
June 20, 2023
Page 2

Yours truly,

Matthew Hawkinson
Partner
Hawkinson Yang LLP