# EXHIBIT 54


## Re: Symbology _ Discord (FRE 408)
1 message

**rathinam miplaw.com** &lt;rathinam@miplaw.com&gt;  Thu, Oct 5, 2023 at 9:17 AM
To: Matthew Hawkinson &lt;mhawkinson@hycounsel.com&gt;
Cc: David Yang &lt;dyang@hycounsel.com&gt;, Kevin Goldman &lt;kgoldman@hycounsel.com&gt;, Bill Hare &lt;bill@miplaw.com&gt;

Matt -

Further to our 9/27 call, please see the attached listing of patents that could be included in the license. Note there are currently no other portfolio patents identified that would apply to what we understand to be Discord's current product offering. If you advise that we can move forward, we would of course update the licensor information and our 7/7 proposed Exhibit B, as appropriate.

Looking forward to having your thoughts on the above. You also mentioned last week that you might have some redlines to our original proposal for consideration.  Kindly send those along as well.

In terms of broader alternative arrangements along the lines of those we discussed last week (a global license to the 100+ patent portfolio; a license to the 100+ portfolio and future patents into perpetuity; a CNS Discord or its affiliates for 5 years on any patent held during that period), we ask that you confirm that Discord is genuinely of interest at this time.  We can set up a call to discuss quotes.


Best regards,
Renita



> On 09/25/2023 4:07 PM EDT Matthew Hawkinson &lt;mhawkinson@hycounsel.com&gt; wrote:
>
>
> Hi Renita,
>
> 4pm ET on 9/27 works.
>
> The best number to reach me on is 415-860-9269.
>
> Thanks,
>
> --Matt
>
> ---
>
> **From:** Renita Rathinam &lt;rathinam@miplaw.com&gt;
> **Sent:** Friday, September 22, 2023 11:36 AM
> **To:** Matthew Hawkinson &lt;mhawkinson@hycounsel.com&gt;
> **Cc:** David Yang &lt;dyang@hycounsel.com&gt;; Kevin Goldman &lt;kgoldman@hycounsel.com&gt;; Bill Hare &lt;bill@miplaw.com&gt;
> **Subject:** Re: Symbology _ Discord (FRE 408)
>
> Hi Matt - Let's plan on 4pm ET 9/27.  Can you provide the best number for reaching you?
>
> Renita
>
> On Sep 22, 2023, at 1:36 PM, Matthew Hawkinson &lt;mhawkinson@hycounsel.com&gt; wrote:

Hi Renita,

This week somehow got away from me. Can we do next Tuesday (9/26) at 1pm ET or Wednesday (9/27) somewhere between 1pm ET and 4pm ET?

Thanks!

--Matt

---

**From:** Renita Rathinam <rathinam@miplaw.com>
**Sent:** Friday, September 15, 2023 7:11 AM
**To:** Matthew Hawkinson <mhawkinson@hycounsel.com>
**Cc:** David Yang <dyang@hycounsel.com>; Kevin Goldman <kgoldman@hycounsel.com>; Bill Hare <bill@miplaw.com>
**Subject:** Re: Symbology _ Discord (FRE 408)

Hello Matt-

How about Wednesday (9/20) at 3pm ET or Tuesday (9/19) 4pm ET?

On Sep 12, 2023, at 12:36 PM, Matthew Hawkinson <mhawkinson@hycounsel.com> wrote:

Hi Renita,

Apologies for the delay in getting back to you. Can we set up some time later this week or early next to chat?

Thanks,

--Matt

---

**From:** Renita Rathinam <rathinam@miplaw.com>
**Sent:** Monday, August 28, 2023 10:14 AM
**To:** Matthew Hawkinson <mhawkinson@hycounsel.com>
**Cc:** David Yang <dyang@hycounsel.com>; Kevin Goldman <kgoldman@hycounsel.com>; 'Bill Hare' <bill@miplaw.com>
**Subject:** RE: Symbology _ Discord (FRE 408)

Dear Matt,

We have not received a response to Symbology's July 7 proposal.  Please kindly advise as to when we can expect one.  We look forward to hearing your thoughts and are available to discuss.

Best regards,

Renita

**Renita S. Rathinam**

5335 Wisconsin Ave, NW | Suite 440 | Washington, DC 20015

12 Roszel Road | Suite C104 | Princeton, NJ 08540

Tel (202) 253-4903 | Fax (202) 478-1813 | Email | Web | Directions

---

**From:** Renita Rathinam <rathinam@miplaw.com>
**Sent:** Friday, July 7, 2023 3:51 PM
**To:** 'Matthew Hawkinson' <mhawkinson@hycounsel.com>
**Cc:** 'David Yang' <dyang@hycounsel.com>; 'Kevin Goldman' <kgoldman@hycounsel.com>; 'Bill Hare' <bill@miplaw.com>
**Subject:** Symbology _ Discord (FRE 408)

Dear Matt,

Please see the attached letter correspondence with proposal enclosure.

Best regards,

Renita

**Renita S. Rathinam**

<image001.jpg>

5335 Wisconsin Ave, NW | Suite 440 | Washington, DC 20015

12 Roszel Road | Suite C104 | Princeton, NJ 08540

Tel (202) 253-4903 | Fax (202) 478-1813 | Email | Web | Directions

---

**From:** Matthew Hawkinson <mhawkinson@hycounsel.com>
**Sent:** Wednesday, June 21, 2023 2:26 AM
**To:** rathinam miplaw.com <rathinam@miplaw.com>
**Cc:** David Yang <dyang@hycounsel.com>; Kevin Goldman <kgoldman@hycounsel.com>; Bill Hare <bill@miplaw.com>
**Subject:** Re: Discord Response to Symbology Patent Assertion and Licensing Offer Letter

Dear Renita,

Please find the attached correspondence.

Thanks,

--Matt

**From:** rathinam miplaw.com <rathinam@miplaw.com>
**Sent:** Tuesday, May 30, 2023 2:08 PM
**To:** Matthew Hawkinson <mhawkinson@hycounsel.com>
**Cc:** David Yang <dyang@hycounsel.com>; Kevin Goldman <kgoldman@hycounsel.com>; Bill Hare <bill@miplaw.com>
**Subject:** Re: Discord Response to Symbology Patent Assertion and Licensing Offer Letter

Dear Matt -

Please see the attached correspondence. We look forward to receiving your further response.

Regards,

Renita

> On 05/08/2023 7:36 AM EDT rathinam miplaw.com <rathinam@miplaw.com> wrote:
>
>
> Matt -
>
> Received with thanks.  We will be back to you.
>
> Best regards,
>
> Renita
>
>> On 05/04/2023 11:29 PM EDT Matthew Hawkinson <mhawkinson@hycounsel.com> wrote:
>>
>>
>> Dear Ms. Rathinam,
>>
>> I understand that you recently contacted Ms. DiMuzio again about this matter. I refer you to my email below, and have reattached the original correspondence for your convenience.
>>
>> Best regards,
>>
>> --Matt
>>
>> **From:** Matthew Hawkinson
>> **Sent:** Wednesday, April 12, 2023 7:41 PM
>> **To:** rathinam@miplaw.com <rathinam@miplaw.com>
>> **Cc:** David Yang <dyang@hycounsel.com>; Kevin Goldman <kgoldman@hycounsel.com>
>> **Subject:** Discord Response to Symbology Patent Assertion and Licensing Offer Letter

Dear Ms. Rathinam,

Please find the attached correspondence in response to your letter to Discord dated February 15, 2023.

Best regards,

--Matt

**Matt Hawkinson**

Hawkinson Yang LLP

(213) 634-0369 | mhawkinson@hycounsel.com

📄 **20231005 Exhibit B (proposal)- FRE 408.pdf**
61 KB

**EXHIBIT B: LIST OF SYMBOLOGY AND RFID PATENTS AND APPLICATIONS**

| U.S. Patent / Application Number | Title of Patent and First Named Inventor |
|---|---|
| 7,992,773 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 8,424,752 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 8,651,369 | "System and method for presenting information about an object on a portable device" <br> Leigh Rothschild |
| 8,936,190 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 9,582,689 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 9,582,689 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 9,378,398 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| 9,740,784 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |
| No. 15/492,515 | "System and method for presenting information about an object on a portable electronic device" <br> Leigh Rothschild |

*(Rest of page intentionally left blank)*