# EXHIBIT 55



## FRE 408 Discussions Between Symbology Innovations, LLC and Discord Inc

**rathinam miplaw.com** <rathinam@miplaw.com>  Fri, Nov 3, 2023 at 9:58 AM
To: Matt Warren <matt@warrenkashwarren.com>

Dear Matt --

Following up on our call of last week.

We understand that Discord is concerned about the assertion of other symbology-related technology patents by way of a different Rothschild controlled entity.  As explained, our client, Symbology Innovations, LLC, has confirmed that any Rothschild owned/controlled patent assets related to such technologies and like-technologies that would be potentially assertable against Discord (based on known Discord activities and operations), have indeed been identified and are included in our 10/17/23 proposed SLA, Exhibit B.

To address your broader concern about Discord's future unspecified activities and unspecified assets later acquired or developed by an affiliate entity of our client, we propose in addition to the SLA, entering into a separate stand-alone Covenant Not to Sue ("CNS").  We ask that you propose language at least categorically describing technologies that Discord views as foreseeably of interest. We would be willing to share the full list of patents of which our client is otherwise in control (unrelated to Symbology) – only if Discord has serious interest in entering into discussions on a broader agreement, and of course all subject to the terms of an NDA.

Alternatively, as discussed Friday, we suggest you redline clarifying language in the current proposed SLA for our consideration.

On the different issue of Leigh Rothschild controlled/owned entities and that universe of patented technologies, please confirm that Discord is definitely interested in a global structure whereby Discord takes a license to all of such patents (or perhaps a obtaining a CNS with respect to the same).  If such is of genuine interest, we suggest proceeding as follows: (1) entry into an NDA by appropriate parties (2) identification of patents constituting the current portfolio (3) providing written confirmation of Discord's defined interest(s) and (4) proceeding to negotiation.

In the meantime, we ask that the parties focus on wrapping-up the present SLA negotiation with Symbology.  Again, we are open to considering proposed edits from your end. We can separately continue discussions on a CNS directed to other patented technologies, and look into broader global deals with other entities.  If Discord elects to go forward with either, the parties could take into account any then existing paid-up license consideration.

We hope to receive Discord's response to our 10/17 proposal sometime next week, or ask that you kindly specify a reasonable date by which we can expect to receive it.

Best regards,
Renita

> On 10/25/2023 12:47 PM EDT Matt Warren <matt@warrenkashwarren.com> wrote:
>
> Renita—thanks for the email below.  No one at our office is able to open your second attachment.  Could you please re-send it in a more readable format?  Thank you for your time and courtesy in this matter.
>
> Best Regards,
> Matt Warren
>
> --
> Matt Warren      matt@warrenkashwarren.com      +1 (415) 895-2928
>
> On Tue, Oct 24, 2023 at 2:47 PM rathinam miplaw.com <rathinam@miplaw.com> wrote:
>
>> Received with thanks.   Please see the attached letter with enclosures.
>>
>> Best regards,
>> Renita
>>
>>> On 10/20/2023 7:16 PM EDT Denora Guevara <denora@warrenkashwarren.com> wrote:
>>>
>>> Ms. Rathinam:
>>>
>>> Attached please find a letter from Matthew S. Warren.  Please let me know if you do not receive this attachment in good order.
>>>
>>> Sincerely,
>>> Denora Guevara
>>>
>>> --

Denora Guevara     denora@warrenkashwarren.com     (415) 895-2930