# EXHIBIT 56

2261 MARKET STREET, NO. 606
SAN FRANCISCO, CALIFORNIA, 94114

**Warren Kash Warren**

WARRENKASHWARREN.COM
+1 (415) 895 2940

**For Settlement Purposes Only**
**Fed. R. Evid. 408 and Similar Doctrines**

November 17, 2023

**By Electronic Mail**

Renita S. Rathinam
McNeely, Hare & Ware, LLP
5335 Wisconsin Ave, N.W., Suite 440
Washington, D.C., 20015
rathinam@miplaw.com

Re:    Discussions Between Symbology Innovations, LLC and Discord Inc.

Dear Ms. Rathinam:

Thank you for returning my call of yesterday, and for speaking with me today.  I write to confirm our discussion and to propose next steps.

As an initial matter, I should set forth Discord's objectives in our discussions.  As we have discussed both previously and on our call today, Discord has two objectives that it wishes to see in any potential agreement between us.  First, Discord would like to pay a single amount certain in U.S. dollars.  And, second, Discord would like that payment to cover patent peace including all assets owned by Leigh Rothschild companies.  Although other things have changed—Discord hired us as outside counsel, and became a member of Unified Patents—these two objectives have remained, for Discord, the twin lodestars of its efforts.

With those lodestar objectives in mind, we can turn to our discussions.  As I explained on our call, following our previous call on October 27, we reviewed your email of November 3 seeking the best path to achieve our objectives.  As you explained in that email, "any Rothschild owned/controlled patent assets related to such technologies and like-technologies that would be potentially assertable against Discord (based on known Discord activities and operations), have indeed been identified and are included in our 10/17/23 proposed SLA, Exhibit B."  That would seem to indicate that we could achieve Discord's objectives through something along the lines of the proposed agreement you sent on October 17.

Later in the same email, however, you stated that:

> On the different issue of Leigh Rothschild controlled/owned entities and that universe of patented technologies, please confirm that Discord is definitely interested in a global structure whereby Discord takes a license to all of such patents (or perhaps a obtaining a CNS with respect to the same).  If such is of genuine interest, we suggest proceeding as follows: (1) entry into an NDA by appropriate parties (2) identification of patents constituting the current portfolio (3) providing written confirmation of Discord's defined interest(s) and (4) proceeding to negotiation.

This second proposal (like your first proposal) seemed to indicate a path forward under which Discord could achieve its lodestar objectives but (unlike your first proposal) seemed to indicate that this path

Renita S. Rathinam
November 17, 2023
Page 2

would not be through something along the lines of the proposed agreement you sent on October 17. When we spoke today, I explained our understanding of these points, and noted that we were happy to proceed on either path, as long as we worked toward our two lodestar objectives.

You then said something new: that you did not represent the other entities necessary to the second path set forth in your email of November 3, but represented only Symbology, although you could ask Symbology to facilitate further discussions along the lines set forth in the second path of your November 3 email. As I explained, we understood your email of November 3, including the paragraph I have set forth above, to indicate that you were authorized to speak on behalf of the entities sufficient to reach a global deal. We appreciate the fuller understanding we gained from our discussion.

Discord remains interested in a mutually beneficial resolution of this matter. Toward that end, Discord seeks to achieve its two lodestar objectives: payment of a single amount certain, covering patent peace including all assets owned by Leigh Rothschild companies. We are open to various methods of achieving those objectives, and would be willing to explore either or both of the paths in your email of November 3—modification of the proposed agreement you sent on October 17, or a different agreement presumably involving additional entities—as long as the paths we explore lead to completion of Discord's lodestar objectives. Of course, the objective of global peace would fail if Symbology or other Leigh Rothschild companies commenced litigation against Discord, and with it our interest in a mutually beneficial global resolution. We hope it does not come to that but, since you made some indications on our call of potential litigation, I would be remiss not to remind you of our position here as well.

As I discussed on our call, now that we have confirmed Discord's two lodestar objectives, I hope you can confer with your client to determine a path forward that will meet these objectives. Thank you again for your time during the call, and for your continued courtesy in this matter.

Very Truly Yours,

Matthew S. Warren