# EXHIBIT 61



## FRE408 - Discussions Between Discord and Patent Asset Management

1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>                                    Wed, Jan 24, 2024 at 11:12 AM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: ghpam@ghiplaw.com, "Discord Inc." <discord@cases.warrenlex.com>

Thanks Matt, I will give you a call this afternoon.

For purposes of discussion, it is my understanding that Ms. Rathinam provided you an older 2022 chart for Symbology Innovations, LLC.  In addition to that, we have a chart for discussion purposes attached hereto from Display Technologies, LLC.

On Jan 24, 2024, at 11:19 AM, Matt Warren <matt@warrenkashwarren.com> wrote:

Randall:

Thank you for your email yesterday regarding these discussions, which I understand Patent Asset Management has transferred from Ms. Rathinam's firm to yours.  As you suggested in your email, I called you at (415) 568-0553, but got your voicemail.  My direct line is below; I look forward to hearing from you. Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren      matt@warrenkashwarren.com      +1 (415) 895-2928

📄 **20231228 - Display Technologies - US9300723 v. Discord.docx**
2129K

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

# U.S. Patent No. 9,300,723 v. Discord

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [22.P]   A method of transferring a media file from a wireless mobile device to a media system over a communication network, the media system including a security measure, comprising: | Discord ("Company") performs and/or induces others to perform a method of transferring a media file from a wireless mobile device to a media system over a communication network, the media system including a security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Company provides a Discord app which is installed on both the user's mobile device ("media system") and his friend's mobile device ("wireless mobile device"). It features a functionality called Server which serves as a place where users and their friends can exchange text chat ("transferring a media file") within a voice channel, facilitated by a wireless network connection ("a communication network"). Within this voice channel, users can communicate with each other through text-based messages. To communicate through text chat in voice channels, both the user and his friend need to log in ("security measure") to the Discord account.<br><br><br><br>Source: https://discord.com/ |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://discord.com/nitro

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group 🖌️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| |
|---|
| **Mobile clients**<br><br>You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Here are the steps we recommend to resolve the above errors:

1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.
2. Check with your internet service provider and make sure there are no outages in your area.
3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled
4. Check your VPN (Discord only works on VPNs that have UDP)
5. Check with your network admin – If you're on a work/school network, Discord could be blocked!
6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.
   - You're also able to change a voice region in private voice calls

Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.

**Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

9

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [22.1] disposing the media system in an accessible relation to at least one interactive computer network that has a wireless | Company performs and/or induces others to perform the step of disposing the media system in an accessible relation to at least one interactive computer network that has a wireless range structured to permit authorized access to said at least one interactive computer network, wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system. |
|---|---|
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, the Discord app is installed on the user's mobile device ("media system"). Users engage in communication with their friends through a Text Chat feature of the voice channel. When a user utilizes Text Chat, their text chats are transmitted from his mobile device to the friend's mobile device via a wireless internet connection ("interactive |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| range structured to permit authorized access to said at least one interactive computer network, wherein the wireless mobile device within said wireless range, wherein said wireless mobile device is detectable by said media system, | computer network"). Given that the user needs to connect to the wireless internet connection to engage in text chat communication, it is apparent that the user's mobile device maintains an accessible relationship with the interactive computer network.<br><br>Further, the user's mobile device logs in to the router by entering its login credentials ("authorized access") on its mobile device for establishing a wireless connection to the wireless internet ("interactive computer network"). As wireless routers inherently possess a specified range, therefore, it is apparent to a person having ordinary skill in the art that a wireless range is structured to permit authorized access to at least one interactive computer network.<br><br>Furthermore, the user adds his friends to the server so that he can communicate with them through text chat. Subsequently, in text chat, the friend's mobile device ("wireless mobile device") transmits text chats to the user's mobile device ("media system") through the established wireless connection. Given that wireless routers have a defined range and the user's mobile device connects to it before initiating an internet connection, it follows that the user's mobile device communicates with its friend's mobile device. Therefore, upon information and belief, the friend's mobile device is disposed within said wireless range and it is detectable by the user's mobile device. |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

# What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

---

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group 🖊 , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | **Mobile clients** |
|---|---|
| | You can find the text chat in a voice channel on your iOS or Android device by going through the steps below: |
| | 1. Go to the server with the voice channel you want to join and press on the voice channel's name. |
| | 2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI. |
| | 3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously. |
| | For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view. |
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

15

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin – If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [22.2] initially disposing at least one digital media file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range, | Company performs and/or induces others to perform the step of initially disposing at least one digital media file on the wireless mobile device, said media system being structured to detect said wireless mobile device disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, both user's mobile device and his friend's mobile device communicate with each other using text chat in the voice channel. The friend's mobile device ("wireless mobile device") sends the text chat ("initially disposing at least one digital media file") to the user's mobile device. Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device ("media system") is structured to detect its friend's mobile device ("wireless mobile device"). Since, both the user and his friend's mobile devices are connected to a wireless router having a defined range therefore, upon information and belief, the friend's mobile device is disposed within said wireless range. |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

*digital media file*

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

*Friend's mobile device ("wireless mobile device")*

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

17

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Friend's mobile device ("wireless mobile device")

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Here are the steps we recommend to resolve the above errors:

1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.
2. Check with your internet service provider and make sure there are no outages in your area.
3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled
4. Check your VPN (Discord only works on VPNs that have UDP)
5. Check with your network admin – If you're on a work/school network, Discord could be blocked!
6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.
   – You're also able to change a voice region in private voice calls

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [22.3] structuring a communication link to dispose said media system and said wireless mobile device in a communicat-ive relation with one another via said at least one interactive computer network, | Company performs and/or induces others to perform the step of structuring a communication link to dispose said media system and said wireless mobile device in a communicative relation with one another via said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once connected to the wireless internet, the user initiates the login process to their Discord account using his mobile device ("media system"). This involves entering login credentials such as email and password through the wireless connection ("one interactive computer network"). Further, the user adds his friend so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel ("structuring a communication link") between the user's mobile device and the friend's mobile device ("wireless mobile device").<br><br>**Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



- <u>You can join or create servers for all kinds of communities</u> -- be it a book club 📚, a dance class 💃, a study group ✏️, or <u>just some friends you want to spend time with</u>.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

*user's mobile device ("media system") adds friend*

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

22

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin – If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   – You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [22.4] initiating said communication link by said media system, | Company performs and/or induces others to perform the step of initiating said communication link by said media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel between the user's mobile device and the friend's mobile device ("initiating said communication link by said media system"). |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



### Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.

**Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

Log In to Discord account

media system

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group 🖊, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media system") add friend

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[22.5] transmitting by said wireless mobile device to the media system said at least one digital media file therebetween

</td>
<td>

Company performs and/or induces others to perform the step of transmitting by said wireless mobile device to the media system said at least one digital media file therebetween via said communication link.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, both the user and his friend communicate with each other using text chat in voice channel. The friend's mobile device ("wireless mobile device") sends the text chat ("digital media file") to the user's mobile device ("media system").

</td>
</tr>
</table>

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| via said communication link, and |  |
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated) |
| | **Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen. |
| | Source: https://support.discord.com/hc/en-us/articles/360045138571 (annotated) |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

29

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

|  | **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |
|---|---|

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

31

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | ### Adding A Friend In A Server<br><br>1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.<br><br>2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.<br><br><br>wireless mobile device<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [22.6] wherein said communication link is structured to bypass the security measure of the media system for a limited | Company performs and/or induces others to perform the step of wherein said communication link is structured to bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media system") and the friend's mobile device initially requires to enter login credentials such as an email and a password ("security measure") for login into Discord server. The server does not require both user and his friend to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, both user and |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file to, and displaying the at least one digital media file on, the media system. | his friend's mobile device automatically exchanges data without requiring users to re-enter the email and password ("bypass the security measure of the media system"). Therefore, upon information and belief, the communication link is structured to bypass the security measure of the media system. Furthermore, the friend's mobile device utilizes the communication channel exclusively for transmitting the text chats ("digital media file") to the user's mobile device ("bypass the security measure of the media system for a limited permissible use of the communication link by the wireless mobile device for only transferring the at least one digital media file"). The user's mobile device displays the received text chats.<br><br>**Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

36

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>[24]    The method    of claim    22, wherein    the transmission of the at least one digital    media file    from    the wireless mobile</td>
<td>

Company performs and/or induces others to perform the step of transmission of the at least one digital media file from the wireless mobile device to the media system completely bypasses the security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user's mobile device ("media system") and the friend's mobile device ("wireless mobile device") are not required to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, the devices automatically exchange data without requiring users to re-enter the email and password. The friend's mobile device transmits the text chats in voice channel to the user's mobile device ("bypass the security measure"). Therefore, upon information and belief, the channel created between the user's mobile device and the friend's mobile device bypass the security measure.
</td>
</tr>
</table>

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| device to the media system completely bypasses the security measure. | **Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

*digital media file*

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

43

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[27]      The method        of claim        22, wherein        the communication link is at least one of a peer-to-peer connection, bluetooth connection,
</td>
<td>

Company performs and/or induces others to perform the step of the communication link is at least one of a peer-to-peer connection, bluetooth connection, and a WiFi connection.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the friend's mobile device transmits the text chats to the user's mobile device using the wireless internet connection ("WiFi connection").
</td>
</tr>
</table>

46

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| and a WiFi connection. | <br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated) |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



friend's mobile device transfers text chat to user's mobile device

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin – If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [29]   The method   of claim   22, further comprising presenting   the at   least   one digital   media file   on   a display. | Company performs and/or induces others to perform the step of presenting the at least one digital media file on a display.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device show ("presenting") the received text chats ("digital media file") on its display. |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



presenting the
digital media file

display

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

<table>
<tr>
<td></td>
<td>

**Mobile clients**

You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[30]      The method      of claim      22, wherein  the  at least one digital media  file  is provided by the wireless mobile device.
</td>
<td>

Company performs and/or induces others to perform the step of at least one digital media file is provided by the wireless mobile device.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the friend's mobile device ("wireless mobile device") transmits ("provided") the text chats ("at least one digital media file") to the user's mobile device.
</td>
</tr>
</table>

51

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571 (annotated)

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

53

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

|  | **Mobile clients**

You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

FRE 408 Display Innovations, LLC Owner of U.S. Patent No. 9,300,723, and others.

## 2. List of References

1. https://support.discord.com/hc/en-us/articles/360045138571, last accessed on December 27, 2023.
2. https://support.discord.com/hc/en-us/articles/360057027354, last accessed on December 27, 2023.
3. https://support.discord.com/hc/en-us/articles/360046618751, last accessed on December 27, 2023.
4. https://support.discord.com/hc/en-us/articles/115001310031, last accessed on December 27, 2023.
5. https://support.discord.com/hc/en-us/articles/4412085582359, last accessed on December 27, 2023.
6. https://discord.com/, last accessed on December 27, 2023.
7. https://discord.com/nitro, last accessed on December 27, 2023.