# EXHIBIT 62



## Re: FRE408 - 195 patent owned by Display Innovations

1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>                                    Wed, Jan 24, 2024 at 12:37 PM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: ghpam@ghiplaw.com, "Discord Inc." <discord@cases.warrenlex.com>

One more Matt, I am calling you now.

On Jan 24, 2024, at 1:12 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:

Thanks Matt, I will give you a call this afternoon.

For purposes of discussion, it is my understanding that Ms. Rathinam provided you an older 2022 chart for Symbology Innovations, LLC.  In addition to that, we have a chart for discussion purposes attached hereto from Display Technologies, LLC.

<20231228 - Display Technologies - US9300723 v. Discord.docx>

On Jan 24, 2024, at 11:19 AM, Matt Warren <matt@warrenkashwarren.com> wrote:

Randall:

Thank you for your email yesterday regarding these discussions, which I understand Patent Asset Management has transferred from Ms. Rathinam's firm to yours.  As you suggested in your email, I called you at (415) 568-0553, but got your voicemail.  My direct line is below; I look forward to hearing from you.  Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren    matt@warrenkashwarren.com    +1 (415) 895-2928

---

**20231228 - Display Technologies - US8671195 v. Discord.docx**
2841K

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

# U.S. Patent No. 8,671,195 v. Discord

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A digital media communication protocol, comprising: | Discord ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Company provides a Discord app installed on users' devices, featuring a functionality called Server. This serves as a place where users and their friends can exchange text chat within a voice channel, facilitated by a wireless network connection. Within this voice channel, users can communicate with each other through text-based messages. It would be apparent to a person having ordinary skill in the art that the wireless network connection uses a digital media communication protocol to send text chats.<br><br><br>Source: https://discord.com/ |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://discord.com/nitro

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

3

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

# How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

5

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



wireless network connection

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>　- You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.1] at least one media terminal disposed in an accessible relation to at least one interactive computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Discord app is installed on the user's mobile device ("media terminal"). Users engage in communication with their friends through a Text Chat feature of the voice channel. When the user utilizes Text Chat, their text chats are transmitted from his mobile device to the friend's mobile device via a wireless internet connection ("interactive computer network"). Given that the user needs to connect to the wireless internet connection to engage in text chat communication, it is apparent that the user's mobile device maintains an accessible relationship with the interactive computer network. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

9

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.
Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

10

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [1.2] a wireless range structured to permit authorized access to | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device logs in to the router by entering its login credentials ("authorized access") on its mobile device for establishing a wireless connection to the wireless internet ("interactive computer network"). As |
|---|---|

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| said at least one interactive computer network, | wireless routers inherently possess a specified range, therefore, it is apparent to a person having ordinary skill in the art that a wireless range is structured to permit authorized access to at least one interactive computer network. <br><br> **Mobile clients** <br><br> You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below: <br><br> 1. Go to the server with the voice channel you want to join and press on the voice channel's name. <br> 2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI. <br> 3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously. <br><br> For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view. <br><br> Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

13

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



interactive computer network

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br><br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.3] at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal, | Company makes, uses, sells and/or offers to sell at least one media node disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user establishes a connection to the wireless internet by logging into local wireless router. The user adds his friends to its friend list so that he can communicate with them through text chat. Subsequently the user's mobile device ("media terminal") send text chats to his friend's mobile device ("media node") through the established wireless connection. Given that wireless routers have a defined range and the user's mobile device connects to it before initiating an internet connection, it follows that the user's mobile device communicates with its friend's mobile device. Therefore, upon information and belief, the friend's mobile device disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.
Source: https://support.discord.com/hc/en-us/articles/4412085582359

17

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.4]   at least one   digital media   file initially disposed on at least one of said at   least   one media  terminal or said at least one   media node,   said   at least one media terminal   being structured   to detect   said   at least one media | Company makes, uses, sells and/or offers to sell at least one digital media file initially disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal being structured to detect said at least one media node disposed within said wireless range.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") sends ("initially disposed") the text chats ("digital media file"). Discord app also enables the user to add its friends. Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device ("at least one media terminal") is structured to detect its friend's mobile device ("at least one media node"). |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| node disposed within said wireless range, |  |
| --- | --- |
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated) |
| | **Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen. |
| | Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

friend's mobile device
("media node")

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

23

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



friend's mobile device ("media node")

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[1.5]          a communication link structured to dispose said at least one media terminal and said at least one media node in          a communicative relation     with

</td>
<td>

Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, once connected to the wireless internet, the user initiates the login process to their Discord account using his mobile device ("media terminal"). This involves entering login credentials such as email and password through the wireless connection ("one interactive computer network"). Further, the user adds his friend so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel

</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| one another via said at least one interactive computer network, | ("communication link structured to dispose") between the user's mobile device and the friend's mobile device ("media node").<br><br>**Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group 🖊, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

*user's mobile device ("media terminal") adds friend*



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.6]  said communication link  being initiated by said at least one media terminal, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel between the user's mobile device ("media terminal") and the friend's mobile device ("communication link being initiated by said at least one media terminal"). |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") adds friend



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.7] said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link, and | Company makes, uses, sells and/or offers to said at least one media node and said at least one media terminal being structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, both the user and his friend communicate with each other using text chat in voice channel. The user's mobile device ("media terminal") sends ("transmit") the text chat ("digital media file") to the friend's mobile device ("media node"). |

33

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

35

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | ## Sending Photos And Files<br><br>Want to stay in chat and directly send a photo without opening your camera app?<br><br>1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.<br><br>2. This will let you view your photos within your photo gallery or select the Camera button.<br><br>3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.<br><br>4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [1.8] said communication link is structured to bypass at least one media terminal security measure. | Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") and the friend's mobile device initially requires to enter login credentials such as an email and a password ("security measure") for login into Discord server. The server does not require both the user and his friend to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, both user and his friend's mobile device automatically exchanges data without requiring users to re-enter the email and password ("bypass at least one media terminal security measure"). Therefore, upon information and belief, the communication link structured to bypass at least one media terminal security measure. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.

**Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

38

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

41

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr><td></td><td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the **Add Friend**</u> option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td></tr>
<tr><td>

[6] The digital media communication protocol recited in claim 1 wherein said digital media file is initially disposed on
</td><td>

Company makes, uses, sells and/or offers to sell said digital media file is initially disposed on said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user's mobile device ("media terminal") sends text chats ("digital media file") to the friend's mobile device. Therefore, upon information and belief, the digital media file is initially disposed on the user's mobile device.
</td></tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| said at least one media terminal. | <br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br><br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

digital media file

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | ## Sending Photos And Files<br><br>Want to stay in chat and directly send a photo without opening your camera app?<br><br>1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.<br><br>2. This will let you view your photos within your photo gallery or select the Camera button.<br><br>3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.<br><br>4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [7] The digital media communication protocol recited in claim 6 wherein said at least one media terminal is structured to transmit said at least one digital media file to | Company makes, uses, sells and/or offers to sell said at least one media terminal is structured to transmit said at least one digital media file to said at least one media node via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") sends ("transmit") the text chat ("digital media file") to the friend's mobile device ("media node"). |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| said at least one media node via said communication link. |  |

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

48

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

49

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr><td></td><td>

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td></tr>
<tr><td>

[9] The digital media communication protocol recited in claim 6 wherein said at least one media node is structured to store said at least one digital media file.
</td><td>

Company makes, uses, sells and/or offers to sell said at least one media node is structured to store said at least one digital media file.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the friend's mobile device ("media node") send text chats ("digital media file") received from the user's mobile device using a wireless connection. Therefore, upon information and belief, the friend's mobile device ("media node") store the received text chats.
</td></tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>[17.P] A digital media communication protocol, comprising</td>
<td>

Discord ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Company provides a Discord app installed on users' devices, featuring a functionality called Server. This serves as a place where users and their friends can exchange text chat within a voice channel, facilitated by a wireless network connection. Within this voice channel, users can communicate with each other through text-based messages. It would be apparent to a person having ordinary skill in the art that the wireless network connection uses a digital media communication protocol to send text chats.
</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://discord.com/

Source: https://discord.com/nitro

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:
Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

60

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



wireless network connection

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [17.1] at least one media terminal and at least one media node disposed in an accessible relation with at least one inter active computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal and at least one media node disposed in an accessible relation with at least one inter active computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Discord app is installed on the user's mobile device ("media terminal"). Users engage in communication with their friends through a Text Chat feature of the voice channel. When the user utilizes Text Chat, their text chats are transmitted from his mobile device to the friend's mobile device via a wireless internet connection ("interactive computer network"). Given that the user needs to connect to the wireless internet connection to engage in text chat communication, it is apparent that the user's mobile device and the friend's mobile device disposed in an accessible relation with at least one interactive computer network. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| |
|---|
| **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [17.2] at least one digital media file initially disposed on at least one of said media terminal or said media node, said at least one media terminal structured to detect said at least | Company makes, uses, sells and/or offers to sell at least one digital media file initially disposed on at least one of said media terminal or said media node, said at least one media terminal structured to detect said at least one media node.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") sends ("initially disposed") the text chats ("digital media file"). Discord app also enables the user to add its friends. Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device ("at least one media terminal") is structured to detect its friend's mobile device ("at least one media node").<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| one      media node, | Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)       **digital media file**<br><br>**Mobile clients**<br><br>You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.       user's mobile device ("media terminal")<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated) |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | **Adding A Friend In A Server**

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [17.3]  a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation    with | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said inter active computer network.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, once connected to the wireless internet, the user initiates the login process to their Discord account using his mobile device ("media terminal"). This involves entering login credentials such as email and password through the wireless connection ("one interactive computer network"). Further, the user adds his friend so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| one another via said inter active computer network, | ("communication link structured to dispose") between the user's mobile device and the friend's mobile device ("media node").<br><br>**Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") add friend



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

71

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [17.4] said communication link being initiated by said at least one media terminal, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel between the user's mobile device ("media terminal") and the friend's mobile device ("said communication link being initiated by said at least one media terminal"). |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") adds friend



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [17.5] said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link, wherein | Company makes, uses, sells and/or offers to sell said at least one media node and said at least one media terminal structured to transmit said at least one digital media file therebetween via said communication link.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") utilizes the established communication channel for sending ("transmit") the text chat ("digital media file") to the friend's mobile device ("media node").<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br><br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

80

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[17.6] said communication link is structured to bypass at least one media terminal security measure.
</td>
<td>

Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user's mobile device ("media terminal") and the friend's mobile device initially requires to enter login credentials such as an email and a password ("security measure") for login into Discord server. The server does not require both the user and his friend to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, both user and his friend's mobile device automatically exchanges data without requiring users to re-enter the email and password
</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | ("bypass at least one media terminal security measure"). Therefore, upon information and belief, the communication link structured to bypass at least one media terminal security measure.<br><br>**Logging Into Your Account**<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.<br><br>In the second box, type the password associated with your account!<br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |
|---|---|

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

85

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| |
|---|
| **Mobile clients**<br><br>You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | **Sending Photos And Files**<br><br>Want to stay in chat and directly send a photo without opening your camera app?<br><br>1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.<br><br>2. This will let you view your photos within your photo gallery or select the Camera button.<br><br>3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.<br><br>4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [18] The digital media communication protocol recited in claim 17 further comprising a wireless range structured to permit authorized access to said at | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device logs in to the router by entering its login credentials ("authorized access") on its mobile device for establishing a wireless connection to the wireless internet ("interactive computer network"). As wireless routers inherently possess a specified range, therefore, it is apparent to a person having ordinary skill in the art that a wireless range is structured to permit authorized access to at least one interactive computer network. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| least one interactive computer network. | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>**Adding A Friend In A Server**<br><br>1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.<br><br>2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.<br><br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

89

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359  Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [19] The digital media communication protocol recited in | Company makes, uses, sells and/or offers to sell said at least one media node is disposable within said wireless range and detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| claim 18 wherein said at least one media node is disposable within said wireless range and detectable by said at least one media terminal. | For example, the user establishes a connection to the wireless internet by logging into local wireless router. The user adds his friends to its friend list so that he can communicate with them through voice chat. Subsequently the user's mobile device ("media terminal") send text chats to his friend's mobile device ("media node") through the established wireless connection. Given that wireless routers have a defined range and the user's mobile device connects to it before initiating an internet connection, it follows that the user's mobile device communicates with its friend's mobile device. Therefore, upon information and belief, the friend's mobile device disposable within said wireless range and detectable by said at least one media terminal. |

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



media node

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

# What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group 🖊, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |
|---|---|

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br><br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [21.P] A digital media communication protocol, comprising: | Discord ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Company provides a Discord app installed on users' devices, featuring a functionality called Server. This serves as a place where users and their friends can exchange text chat within a voice channel, facilitated by a wireless network connection. Within this voice channel, users can communicate with each other through text-based messages. It would be apparent to a person having ordinary skill in the art that the wireless network connection uses a digital media communication protocol to send text chats. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://discord.com/

Source: https://discord.com/nitro

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group 🖊, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

100

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br><br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [21.1] at least one media terminal disposed in an accessible relation to at least one interactive computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Discord app is installed on the user's mobile device ("media terminal"). Users engage in communication with their friends through a Text Chat feature of the voice channel. When the user utilizes Text Chat, their text chats are transmitted from his mobile device to the friend's mobile device via a wireless internet connection ("interactive computer network"). Given that the user needs to connect to the wireless internet connection to engage in text chat communication, it is apparent that the user's mobile device maintains an accessible relationship with the interactive computer network. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

103

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

105

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [21.2] a wireless range structured to permit authorized access to said at least one | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device logs in to the router by entering its login credentials ("authorized access") on its mobile device for establishing a wireless connection to the wireless internet ("interactive computer network"). As |
| --- | --- |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| interactive computer network, | wireless routers inherently possess a specified range, therefore, it is apparent to a person having ordinary skill in the art that a wireless range is structured to permit authorized access to at least one interactive computer network. |
| --- | --- |

**Adding A Friend In A Server**

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the **Add Friend** option</u> to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

**Voice channels** <u>are where you can hang out over voice</u> and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



interactive computer network

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>Here are the steps we recommend to resolve the above errors:

1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.
2. Check with your internet service provider and make sure there are no outages in your area.
3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled
4. Check your VPN (Discord only works on VPNs that have UDP)
5. Check with your network admin - If you're on a work/school network, Discord could be blocked!
6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.
   - You're also able to change a voice region in private voice calls

Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.</td>
</tr>
<tr>
<td>[21.3] at least one media node disposed within said wireless range, said media node including a portable device being detectable by said at least one media terminal,</td>
<td>Company makes, uses, sells and/or offers to sell at least one media node disposed within said wireless range, said media node including a portable device being detectable by said at least one media terminal.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user establishes a connection to the wireless internet by logging into local wireless router. The user adds his friends to its friend list so that he can communicate with them through voice chat. Subsequently the user's mobile device ("media terminal") send text chats to his friend's mobile device (portable) ("media node") through the established wireless connection. Given that wireless routers have a defined range and the user's mobile device connects to it before initiating an internet connection, it follows that the user's mobile device communicates with its friend's mobile device. Therefore, upon information and belief, the friend's mobile device disposable within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the **Add Friend** option to send a Friend Request</u>.



Source: https://support.discord.com/hc/en-us/articles/360046618751

## What Is A Server?

Discord gives you the power to <u>create an **invite-only** home for your friends</u> or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.
Source: https://support.discord.com/hc/en-us/articles/4412085582359

112

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

**Mobile clients**

You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [21.4] at least one digital media file disposed on at least one of said at least one media terminal or said at least one media node, said at least one media terminal structured to detect said at least one media node, | Company makes, uses, sells and/or offers to sell at least one digital media file disposed on at least one media terminal or said at least one media node, said at least one media terminal structured to detect said at least one media node.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device ("media terminal") sends ("disposed") the text chats ("digital media file"). Discord app also enables the user to add its friends. Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device ("media terminal") is structured to detect its friend's mobile device ("at least one media node").<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

digital media file

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

friend's mobile device ("media node")

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | ### Adding A Friend In A Server<br><br>1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.<br><br>2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.<br><br><span style="color:red">friend's mobile device ("media node")</span><br><br><br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [21.5] a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with | Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once connected to the wireless internet, the user initiates the login process to their Discord account using his mobile device ("media terminal"). This involves entering login credentials such as email and password through the wireless connection ("one interactive computer network"). Further, the user adds his friend so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| one another via said interactive computer network, | ("communication link structured to dispose") between the user's mobile device and the friend's mobile device ("media node").<br><br>## Logging Into Your Account<br><br>If you're on a browser, start by heading to **https://discord.com/login**!<br><br>If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)<br><br>Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.<br><br>**Note: You will need to verify your phone number to your Discord account before using phone number login!**<br>**Click here to learn how to verify your phone number to your Discord account.**<br><br>In the second box, type the password associated with your account!<br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") add friend

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

121

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | Here are the steps we recommend to resolve the above errors: <br><br> 1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works. <br> 2. Check with your internet service provider and make sure there are no outages in your area. <br> 3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled <br> 4. Check your VPN (Discord only works on VPNs that have UDP) <br> 5. Check with your network admin - If you're on a work/school network, Discord could be blocked! <br> 6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override. <br>   - You're also able to change a voice region in private voice calls <br><br> Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors <br><br> Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
|---|---|
| [21.6] said communication link being initiated by said at least one media terminal, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel between the user's mobile device ("media terminal") and the friend's mobile device ("communication link being initiated by said at least one media terminal"). |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

124

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Source: https://support.discord.com/hc/en-us/articles/4412085582359<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [21.7] said at least one digital media file structured to be selectively transmitted between said at least one media node and said at least one media terminal, wherein | Company makes, uses, sells and/or offers to said at least one digital media file structured to be selectively transmitted between said at least one media node and said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, both the user and his friend communicate with each other by selecting the text chat in voice channel. The user's mobile device ("media terminal") utilizes the established communication channel for sending ("transmit") the text chat ("digital media file") to the friend's mobile device ("media node").<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br><br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

128

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr><td></td><td>

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td></tr>
<tr><td>

[21.8] said communication link is structured to bypass at least one media terminal security measure.

</td><td>

Company makes, uses, sells and/or offers to sell said communication link is structured to bypass at least one media terminal security measure.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the user's mobile device ("media terminal") and the friend's mobile device initially requires to enter login credentials such as an email and a password ("security measure") for login into Discord server. The server does not require both the user and his friend to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, both user and his friend's mobile device automatically exchanges data without requiring users to re-enter the email and password ("bypass at least one media terminal security measure"). Therefore, upon information and belief, the communication link structured to bypass at least one media terminal security measure.

</td></tr>
</table>

130

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.

**Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

131

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

134

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| |
|---|
| **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>  1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>  2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>  3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

136

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the</u> **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

</td>
</tr>
<tr>
<td>

[23.P] A digital media communication protocol, comprising:

</td>
<td>

Discord ("Company") makes, uses, sells and/or offers to sell a digital media communication protocol.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, the Company provides a Discord app installed on users' devices, featuring a functionality called Server. This serves as a place where users and their friends can exchange text chat within a voice channel, facilitated by a wireless network connection. Within this voice channel, users can communicate with each other through text-based messages. It would be apparent to a person having ordinary skill in the art that the wireless network connection uses a digital media communication protocol to send text chats.

</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://discord.com/

Source: https://discord.com/nitro

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group 🖊 , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

142

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



wireless network connection

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

143

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Here are the steps we recommend to resolve the above errors:

1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.
2. Check with your internet service provider and make sure there are no outages in your area.
3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled
4. Check your VPN (Discord only works on VPNs that have UDP)
5. Check with your network admin - If you're on a work/school network, Discord could be blocked!
6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.
   - You're also able to change a voice region in private voice calls

Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors

## Adding A Friend In A Server

1. If you're already in a server and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.1] at least one media terminal disposed in an accessible relation to at least one interactive computer network, | Company makes, uses, sells and/or offers to sell at least one media terminal disposed in an accessible relation to at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the Discord app is installed on the user's mobile device ("media terminal"). Users engage in communication with their friends through a Text Chat feature of the voice channel. When the user utilizes Text Chat, their text chats are transmitted from his mobile device to the friend's mobile device via a wireless internet connection ("interactive computer network"). Given that the user needs to connect to the wireless internet connection to engage in text chat communication, it is apparent that the user's mobile device maintains an accessible relationship with the interactive computer network.<br><br>**Adding A Friend In A Server**<br><br>1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.<br><br>2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.<br><br><br><br>Source: https://support.discord.com/hc/en-us/articles/360046618751 |

145

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | **Mobile clients**<br><br>You can find the <u>text chat in a voice channel on your iOS or Android device</u> by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br><br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [23.2] a wireless range structured to permit authorized access to said at least one | Company makes, uses, sells and/or offers to sell a wireless range structured to permit authorized access to said at least one interactive computer network.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user's mobile device logs in to the router by entering its login credentials ("authorized access") on its mobile device for establishing a wireless connection to the wireless internet ("interactive computer network"). As |
|---|---|

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| interactive computer network, | wireless routers inherently possess a specified range, therefore, it is apparent to a person having ordinary skill in the art that a wireless range is structured to permit authorized access to at least one interactive computer network. |
|---|---|

<div style="margin-left: 2em;">

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the **Add Friend** option</u> to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571

</div>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



interactive computer network

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>   - You're also able to change a voice region in private voice calls<br><br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.3] at least one media node disposed within said wireless range, wherein said at least one media node is detectable by said at least one media terminal, | Company makes, uses, sells and/or offers to sell at least one media node disposed within said wireless range, wherein said at least one media node is detectable by said at least one media terminal.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user establishes a connection to the wireless internet by logging into local wireless router. The user adds his friends to its friend list so that he can communicate with them through voice chat. Subsequently the user's mobile device ("media terminal") receive text chats from his friend's mobile device ("media node") through the established wireless connection. Given that wireless routers have a defined range and the user's mobile device connects to it before initiating an internet connection, it follows that the user's mobile device communicates with its friend's mobile device. Therefore, upon information and belief, the friend's mobile device is disposed within said wireless range and it is detectable by the user's mobile device. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

153

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.
Source: https://support.discord.com/hc/en-us/articles/4412085582359

154

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | **Mobile clients** |
|---|---|
|  | You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:<br><br>1. Go to the server with the voice channel you want to join and press on the voice channel's name.<br>2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.<br>3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.<br><br>For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.<br>Source: https://support.discord.com/hc/en-us/articles/4412085582359 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



interactive computer network

media terminal

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region – If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.4] at least one digital media file disposed on said at least one media node, said at least one media terminal being structured to detect said at least one media node, | Company makes, uses, sells and/or offers to sell at least one digital media file disposed on said at least one media node, said at least one media terminal being structured to detect said at least one media node.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, both user's mobile device and his friend's mobile device communicate with each other using text chat in the voice channel. The friend's mobile device ("media node") sends the text chat ("at least one digital media file disposed on said at least one media node") to the user's mobile device. Therefore, it would be apparent to a person having ordinary skill in the art that the user's mobile device ("media terminal") being structured to detect its friend's mobile device ("media node").<br><br>**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.<br>Source: https://support.discord.com/hc/en-us/articles/360045138571 |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

*digital media file*

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

*friend's mobile device ("media node")*

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

158

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

159

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

<table>
<tr>
<td></td>
<td>

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to <u>select the **Add Friend** option to send a Friend Request</u>.



friend's mobile device ("media node")

Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.
</td>
</tr>
<tr>
<td>

[23.5] a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with
</td>
<td>

Company makes, uses, sells and/or offers to sell a communication link structured to dispose said at least one media terminal and said at least one media node in a communicative relation with one another via said at least one interactive computer network.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, once connected to the wireless internet, the user initiates the login process to their Discord account using his mobile device ("media terminal"). This involves entering login credentials such as email and password through the wireless connection ("one interactive computer network"). Further, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a
</td>
</tr>
</table>

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| | |
|---|---|
| one another via said at least one interactive computer network, | communication channel ("communication link structured to dispose") between the user's mobile device and the friend's mobile device ("media node"). |

## Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either 1) **your email address** or 2) **phone number** that has been officially verified to your Discord account in the first text box.

> **Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community – a place where you can talk, hang out, and have fun. We call these special places – **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



- You can join or create servers for all kinds of communities -- be it a book club 📚, a dance class 💃, a study group ✏️, or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.

Source: https://support.discord.com/hc/en-us/articles/360045138571

## Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") add friend



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

163

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

|  | |
|---|---|
|  | Here are the steps we recommend to resolve the above errors:<br><br>1. Restart your Modem+Router+Computer – You'd be surprised how often the "turn it off and turn it back on again" trick works.<br>2. Check with your internet service provider and make sure there are no outages in your area.<br>3. Check your Firewall/Antivirus and make sure that Discord is allowlisted/temporarily disabled<br>4. Check your VPN (Discord only works on VPNs that have UDP)<br>5. Check with your network admin - If you're on a work/school network, Discord could be blocked!<br>6. Change the voice region - If you're the admin, temporarily switch to try a different voice region in Voice Channel Settings > Overview > Region Override.<br>    - You're also able to change a voice region in private voice calls<br>Source: https://support.discord.com/hc/en-us/articles/115001310031-Voice-Connection-Errors<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant. |
| [23.6] said communication link being initiated by said at least one media terminal and structured to bypass at least one media terminal security measure, | Company makes, uses, sells and/or offers to sell said communication link being initiated by said at least one media terminal and structured to bypass at least one media terminal security measure.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the user adds his friends so that he can communicate with them through text chat in the voice channel. Consequently, this procedure establishes a communication channel between the user's mobile device and the friend's mobile device ("communication link being initiated by said at least one media terminal").<br><br>The user's mobile device ("media terminal") and the friend's mobile device initially requires to enter login credentials such as an email and a password ("security measure") for login into Discord server. The server does not require both the user and his friend to input the email and password ("security measure") every time they communicate. Instead, the email and password input are necessary during the initial connection process, and thereafter, both user and his friend's mobile device automatically exchanges data without requiring users to re-enter the email and password ("bypass at least one media terminal security measure"). Therefore, upon information and belief, the communication link structured to bypass at least one media terminal security measure. |

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.

user's mobile device ("media terminal") add friend



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

166

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

## What Is A Server?

Discord gives you the power to create an **invite-only** home for your friends or community - a place where you can talk, hang out, and have fun. We call these special places - **servers**, and they look like this:

Source: https://support.discord.com/hc/en-us/articles/360045138571

167

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

- You can join or create servers for all kinds of communities -- be it a book club 📚 , a dance class 💃 , a study group ✏️ , or just some friends you want to spend time with.

## How To Use Text And Voice Channels

Your server is made up of **text channels** and **voice channels**.
Source: https://support.discord.com/hc/en-us/articles/360045138571

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required - just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.
Source: https://support.discord.com/hc/en-us/articles/360045138571

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

## Logging Into Your Account

If you're on a browser, start by heading to **https://discord.com/login**!

If you're on a desktop or mobile device, you can directly open the Discord app on your device! (You can learn more information on downloading the app **here**.)

Once you're at the login page, type in either **1) your email address** or **2) phone number** that has been officially verified to your Discord account in the first text box.

**Note: You will need to verify your phone number to your Discord account before using phone number login! Click here to learn how to verify your phone number to your Discord account.**

In the second box, type the password associated with your account!

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

| [23.7] said media node structured to transmit said at least one digital media file to said media terminal via said | Company makes, uses, sells and/or offers to sell said media node structured to transmit said at least one digital media file to said media terminal via said communication link.

This element is infringed literally, or in the alternative, under the doctrine of equivalents.

For example, both the user and his friend communicate with each other using text chat in voice channel. The friend's mobile device ("media node") sends ("transmit") the text chat ("digital media file") to the user's mobile device ("media terminal"). |
|---|---|

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

| communication link. |  |

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

**Voice channels** are where you can hang out over voice and video. There's no calling or ringing required – just click on a voice channel to enter it. Friends in your server can see you're in there, and pop in to talk, wave hello over video, or share their screen.

Source: https://support.discord.com/hc/en-us/articles/360045138571 (annotated)

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

Using the embedded text chat of voice channels, users can send message content, comment on something being said without interrupting the speaker, and share links, memes, and more, all in the dedicated text chat within the voice channel. This feature also means users don't have to switch to a different text channel while in a voice channel, missing the stream you're actively watching or potentially distracting you from the live conversation happening in the voice channel.

— digital media file

## Where Can I Find The Text Chat In A Voice Channel?

Every voice channel has an associated text chat that users can utilize if their role or the channel has the appropriate permissions. Across all clients, you can access the text chat in a voice channel via a **message bubble icon** by hovering over the voice channel name in the server channel list or in the top-right hand corner of the voice UI (and a swipe-left gesture for mobile!).

Source: https://support.discord.com/hc/en-us/articles/4412085582359 (annotated)

172

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

**Mobile clients**

You can find the text chat in a voice channel on your iOS or Android device by going through the steps below:

1. Go to the server with the voice channel you want to join and press on the voice channel's name.
2. In the following screen that appears, you will see the buttons "Join Voice" and "Join Muted" plus a message bubble icon in the upper right-hand corner of the voice UI.
3. Pressing on the message bubble icon will reveal the text chat without joining the voice call. You can also join voice and see the text chat simultaneously.

For an additional way to access chat, simply swipe left on your phone while in the voice channel to bring the text chat into view.

Source: https://support.discord.com/hc/en-us/articles/4412085582359

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## Sending Photos And Files

Want to stay in chat and directly send a photo without opening your camera app?

1. You can send a photo on the fly to your friends by tapping the **Add File** icon in the bottom left corner.

2. This will let you view your photos within your photo gallery or select the Camera button.

3. If you would like to directly take a photo, select the **Camera** button to open the Camera app within Discord. Then, you will be able to take a photo.

4. Once you have taken or chosen the photo, you will be able to send a message along with the photo to your friends.

Source: https://support.discord.com/hc/en-us/articles/360046618751

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

### Adding A Friend In A Server

1. If you're already in a server, and you'd like to add someone you've become friends with, you can also tap on that person's username in the server list or press on the user's avatar in chat to open their **User Profile**.

media node

2. Once you've opened their profile, you'll be able to select the **Add Friend** option to send a Friend Request.



Source: https://support.discord.com/hc/en-us/articles/360046618751 (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Defendant.

FRE408 Display Innovations, LLC owner of U.S. Patent No. 8,671,195

## 2. List of References

1. https://support.discord.com/hc/en-us/articles/360045138571, last accessed on December 27, 2023.
2. https://support.discord.com/hc/en-us/articles/360057027354, last accessed on December 27, 2023.
3. https://support.discord.com/hc/en-us/articles/360046618751, last accessed on December 27, 2023.
4. https://support.discord.com/hc/en-us/articles/115001310031, last accessed on December 27, 2023.
5. https://support.discord.com/hc/en-us/articles/4412085582359, last accessed on December 27, 2023.
6. https://discord.com/, last accessed on December 27, 2023.
7. https://discord.com/nitro, last accessed on December 27, 2023.