# EXHIBIT 63



## Re: FRE408 - Discussions Between Discord and Patent Asset Management
1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>  Thu, Jan 25, 2024 at 12:30 PM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: ghpam@ghiplaw.com, "Discord Inc." <discord@cases.warrenlex.com>

Hi Matt,

Just following up on our call yesterday. Please send along the NDA and I will work to get it signed on my end.

Be well,
Randy

> On Jan 24, 2024, at 2:42 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:
>
> Matt, I just got voicemail and I see now I missed your call that showed up as coming from Novato, CA, so I apologize for not answering earlier when you called.
>
> I will be available after 4 pm Central, if you want to link up today.
>
> Be well,
> Randy
>
>> On Jan 24, 2024, at 1:12 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:
>>
>> Thanks Matt, I will give you a call this afternoon.
>>
>> For purposes of discussion, it is my understanding that Ms. Rathinam provided you an older 2022 chart for Symbology Innovations, LLC. In addition to that, we have a chart for discussion purposes attached hereto from Display Technologies, LLC.
>>
>> <20231228 - Display Technologies - US9300723 v. Discord.docx>
>>
>>> On Jan 24, 2024, at 11:19 AM, Matt Warren <matt@warrenkashwarren.com> wrote:
>>>
>>> Randall:
>>>
>>> Thank you for your email yesterday regarding these discussions, which I understand Patent Asset Management has transferred from Ms. Rathinam's firm to yours. As you suggested in your email, I called you at (415) 568-0553, but got your voicemail. My direct line is below; I look forward to hearing from you. Thank you for your continued time and courtesy in this matter.
>>>
>>> Best Regards,
>>> Matt Warren
>>>
>>> --
>>> Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928