# EXHIBIT 64



## FRE408 - Display v Discord

**Randall Garteiser** <rgarteiser@ghiplaw.com>                                      Tue, Mar 12, 2024 at 6:05 PM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: Garteiser Honea Patent Asset Management Team <ghpam@ghiplaw.com>

Matt,

The early offer of resolution is $170,000.  I made this offer to Discord on January 24, 2024, so just wanted to follow up and let you know I can leave this open until March 20 and as long as payment can be made before the end of the month (end of Q1).

 **2024.03.06 Master Asset List - PAM .pdf**
142K

**MASTER ASSET LIST – PAM [CONFIDENTIAL]**

**LEIGH M. ROTHSCHILD-INVENTED**

| Patent No. | Title | Assignee |
|---|---|---|
| 8,374,919 | METHOD AND SYSTEM FOR CONDUCTING AN AUCTION OVER A NETWORK | ARIEL INVENTIONS LLC |
| 8,380,581 | METHOD AND SYSTEM FOR CONDUCTING AN AUCTION OVER A NETWORK | ARIEL INVENTIONS LLC |
| 9830389 | SYSTEMS, DEVICES, AND METHODS FOR PROVIDING MULTIDIMENSIONAL SEARCH RESULTS | ARIEL INVENTIONS LLC |
| 8,031,084 | METHOD AND SYSTEM FOR INFRACTION DETECTION BASED ON VEHICLE TRAFFIC FLOW DATA | ARIEL INVENTIONS, LLC |
| 8,799,263 | SYSTEMS, DEVICES, AND METHODS FOR PROVIDING MULTIDIMENSIONAL SEARCH RESULTS | ARIEL INVENTIONS, LLC |
| 9,552,724 | TRAFFIC CITATION DELIVERY BASED ON TYPE OF TRAFFIC INFRACTION | ARIEL INVENTIONS, LLC |
| 10,909,190 | SYSTEMS , DEVICES, AND METHODS FOR PROVIDING MULTIDIMENSIONAL SEARCH RESULTS | ARIEL INVENTIONS, LLC |
| 9,239,158 | BATTERY-CONSERVING FLASHLIGHT AND METHOD THEREOF | BATTERY CONSERVATION INNOVATION, LLC |
| 9,683,729 | BATTERY-CONSERVING FLASHLIGHT AND METHOD THEREOF | BATTERY CONSERVATION INNOVATION, LLC |
| 9,054,860 | DIGITAL VERIFIED IDENTIFICATION SYSTEM AND METHOD | DIGITAL VERIFICATION SYSTEMS, LLC |
| 9,917,834 | DIGITAL VERIFIED IDENTIFICATION SYSTEM AND METHOD | DIGITAL VERIFICATION SYSTEMS, LLC |
| 8,671,195 | DIGITAL MEDIA COMMUNICATION PROTOCOL | DISPLAY TECHNOLOGIES, LLC |
| 9,300,723 | ENABLING SOCIAL INTERACTIVE WIRELESS COMMUNICATIONS | DISPLAY TECHNOLOGIES, LLC |
| 9,448,603 | TRANSFERRING POWER TO A MOBILE DEVICE | ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC . |

| | | |
|---|---|---|
| 9,871,415 | TRANSFERRING POWER TO A MOBILE DEVICE | ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC |
| 10,454,305 | TRANSFERRING POWER TO A MOBILE DEVICE | ELECTRONIC EDISON TRANSMISSION TECHNOLOGIES, LLC |
| 8,600,337 | COMMUNICATING A SECURITY ALERT | LMR INVENTIONS, LLC |
| 9,380,439 | Device, System and Method for Confidentially Communicating a Security Alert | LMR INVENTIONS, LLC |
| 8,798,544 | WIRELESS COMMUNICATIONS USING COINCIDING MULTIPLE PAIRING CRITERIA | ROTHSCHILD PATENT IMAGING, LLC |
| 10,462,129 | SYSTEM AND METHOD FOR GAINING ACCESS OF DEVICES BASED ON USER'S IDENTITY | NO ASSIGNMENT |
| 10,496,861 | METHOD AND SYSTEMS FOR CREATING A SYMBOLOGY RELATED TO A CAPTURED IMAGE | NO ASSIGNMENT |
| 10,498,732 | DIGITAL VERIFIED IDENTIFICATION SYSTEM AND METHOD | NO ASSIGNMENT |
| 10,552,472 | SYSTEM AND METHOD FOR IDENTIFYING AND TAGGING INDIVIDUALS PRESENT IN AN IMAGE | NO ASSIGNMENT |
| 10,600,101 | SYSTEMS AND METHODS FOR INDICATING THE EXISTENCE OF ACCESSIBLE INFORMATION PERTAINING TO ARTICLES OF COMMERCE | NO ASSIGNMENT |
| 10,706,692 | DEVICE, SYSTEM AND METHOD FOR MOBILE DEVICES TO COMMUNICATE THROUGH SKIN RESPONSE | NO ASSIGNMENT |
| 10,814,661 | METHOD AND SYSTEM FOR VERIFYING AUTHENTICITY OF A DOCUMENT | NO ASSIGNMENT |
| 11,007,450 | SYSTEM AND METHOD FOR IDENTIFYING BUILDING BLOCKS AND THEN DISPLAYING ON A SMART DEVICE THE CORRECT AND/OR ALTERNATIVE WAYS TO ASSEMBLE THE BLOCKS | NO ASSIGNMENT |

| | | |
|---|---|---|
| 11,013,951 | PLATFORM FOR ENABLING OMNIDIRECTIONAL MOVEMENT OF AN EXERCISING MACHINE | NO ASSIGNMENT |
| 11,063,955 | SYSTEM AND METHOD FOR GAINING ACCESS OF DEVICES BASED ON USER'S IDENTITY | NO ASSIGNMENT |
| 7,475,092 | SYSTEM AND METHOD FOR EMBEDDING SYMBOLOGY IN DIGITAL IMAGES AND USING THE SYMBOLOGY TO ORGANIZE AND CONTROL THE DIGITAL IMAGES | QMAGE, INC. |
| 9,547,667 | IMAGE ANNOTATION FOR IMAGE AUXILIARY INFORMATION STORAGE AND RETRIEVAL | QMAGE, INC. |
| 8,200,564 | METHOD AND SYSTEM FOR CREATING AN EQUITY EXCHANGE FUND FOR PUBLIC AND PRIVATE ENTITIES | REAGAN INVENTIONS LLC |
| 8,862,058 | SYSTEMS AND METHODS FOR REDUCING ELECTROMAGNETIC RADIATION EMITTED FROM A WIRELESS HEADSET | REAGAN INVENTIONS, LLC |
| 8,610,372 | BATTERY-CONSERVING FLASHLIGHT AND METHOD THEREOF | BATTERY CONSERVATION INNOVATION, LLC |
| 8,151,180 | SYSTEM AND METHOD OF EMBEDDING SYMBOLOGY IN ALPHABETIC LETTERS AND THEN LINKING THE LETTERS TO A SITE OR SITES ON THE GLOBAL COMPUTER NETWORK | REAGAN INVENTIONS, LLC |
| 8,370,141 | DEVICE, SYSTEM AND METHOD FOR ENABLING SPEECH RECOGNITION ON A PORTABLE DATA DEVICE | REAGAN INVENTIONS, LLC |
| 8,635,298 | SYSTEM AND METHOD FOR LINKING TERRESTRIAL MAIL OVER A NETWORK | REAGAN INVENTIONS, LLC |
| 8,832,542 | SYSTEM AND METHOD OF EMBEDDING SYMBOLOGY IN ALPHABETIC LETTERS AND THEN LINKING THE LETTERS TO A SITE OR SITES ON THE GLOBAL COMPUTER NETWORK | REAGAN INVENTIONS, LLC |

| | | |
|---|---|---|
| 9,747,261 | SYSTEM AND METHOD OF EMBEDDING SYMBOLOGY IN ALPHABETIC LETTERS AND THEN LINKING THE LETTERS TO A SITE OR SITES ON THE GLOBAL COMPUTER NETWORK | REAGAN INVENTIONS, LLC |
| 9,936,455 | SYSTEMS AND METODS FOR REDUCING ELECTROMAGNETIC RADIATION EMITTED FROM A WIRELESS HEADSET | REAGAN INVENTIONS, LLC |
| 9,953,494 | DEVICE, SYSTEM AND METHOD FOR MOBILE DEVICES TO COMMUNICATE THROUGH SKIN RESPONSE | REAGAN INVENTIONS, LLC |
| 10,511,907 | SYSTEM AND METHOD FOR ADJUSTING AUDIO PARAMETERS FOR A USER | REAGAN INVENTIONS, LLC |
| 9563600 | SYSTEM AND METHOD FOR MONITORING AND DISPENSING DOSES OF MEDICATION | REAGAN INVENTIONS, LLC |
| 9,378,398 | SYSTEM AND METHOD FOR PRESENTING INFORMATION ABOUT AN OBJECT ON A PORTABLE ELECTRONIC DEVICE | RFID TECHNOLOGY INNOVATIONS, LLC |
| 9,740,784 | SYSTEM AND METHOD FOR PRESENTING INFORMATION ABOUT AN OBJECT ON A PORTABLE ELECTRONIC DEVICE | RFID TECHNOLOGY INNOVATIONS, LLC |
| 10,817,574 | SYSTEM AND METHOD FOR DISCOVERING OBJECTS IN AN ENVIRONMENT | RFID TECHNOLOGY INNOVATIONS, LLC |
| 8,594,341 | SYSTEM AND METHOD FOR SELECTIVELY SWITCHING BETWEEN A PLURALITY OF AUDIO CHANNELS | ROTHSCHILD AUDIO INNOVATIONS, LLC |
| 8,307,089 | SYSTEM AND METHOD FOR STORING BROADCAST CONTENT IN A CLOUD-BASED COMPUTING ENVIRONMENT | ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC |
| 8,856,221 | SYSTEM AND METHOD FOR STORING BROADCAST CONTENT IN A CLOUD-BASED COMPUTING ENVIRONMENT | ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC |
| 8,417,377 | SYSTEM AND METHOD FOR CREATING A PERSONALIZED CONSUMER PRODUCT | ROTHSCHILD CONNECTED DEVICES INNOVATIONS, LLC |
| 8,204,437 | WIRELESS IMAGE DISTRIBUTION SYSTEM AND METHOD | ROTHSCHILD PATENT IMAGING, LLC |
| 8,437,797 | WIRELESS IMAGE DISTRIBUTION SYSTEM AND METHOD | ROTHSCHILD PATENT IMAGING, LLC |

4

| | | |
|---|---|---|
| 8,594,722 | WIRELESS IMAGE DISTRIBUTION SYSTEM AND METHOD | ROTHSCHILD PATENT IMAGING, LLC |
| 9674377 | WIRELESS IMAGE DISTRIBUTION SYSTEM AND METHOD | ROTHSCHILD PATENT IMAGING, LLC |
| 8,798,544 | WIRELESS COMMUNICATIONS USING COINCIDING MULTIPLE PAIRING CRITERIA | ROTHSCHILD PATENT IMAGING, LLC |
| 8,469,270 | SYSTEMS AND METHODS FOR INDICATING THE EXISTENCE OF ACCESSIBLE INFORMATION PERTAINING TO ARTICLES OF COMMERCE | SCANNING TECHNOLOGIES INNOVATIONS, LLC |
| 9,053,498 | SYSTEMS AND METHODS FOR INDICATING THE EXISTENCE OF ACCESSIBLE INFORMATION PERTAINING TO ARTICLES OF COMMERCE | SCANNING TECHNOLOGIES INNOVATIONS, LLC |
| 9,466,078 | SYSTEMS AND METHODS FOR INDICATING THE EXISTENCE OF ACCESSIBLE INFORMATION PERTAINING TO ARTICLES OF COMMERCE | SCANNING TECHNOLOGIES INNOVATIONS, LLC |
| 9,934,528 | SYSTEMS AND METHODS FOR INDICATING THE EXISTENCE OF ACCESSIBLE INFORMATION PERTAINING TO ARTICLES OF COMMERCE | SCANNING TECHNOLOGIES INNOVATIONS, LLC |
| 8,155,887 | COMPUTER VISUALIZED DRUG INTERACTION INFORMATION RETRIEVAL | SECURITY DEFENSE SYSTEM LLC |
| 8,606,503 | DEVICE, SYSTEM AND METHOD FOR REMOTELY ENTERING, STORING AND SHARING ADDRESSES FOR A POSITIONAL INFORMATION DEVICE | GEOGRAPHIC LOCATION INNOVATIONS, LLC |
| 9,261,365 | DEVICE, SYSTEM AND METHOD FOR REMOTELY ENTERING, STORING AND SHARING ADDRESSES FOR A POSITIONAL INFORMATION DEVICE | SOCIAL POSITIONING INPUT SYSTEMS, LLC |
| 11,205,503 | DRUG SUBSTANCE INTERACTION AND GENERIC SUBSTANCE INFORMATION RETRIEVAL | SRR PATENT HOLDINGS, LLC IS APPLICANT |
| 8,346,920 | MANAGING NETWORK RESOURCE REQUESTS | SRR PATENT HOLDINGS, LLC |
| 8,798,640 | LOCATION BASED DATA ACQUISITION | SRR PATENT HOLDINGS, LLC |

| | | |
|---|---|---|
| 11,443,539 | SYSTEM AND METHOD FOR IDENTIFYING AND TAGGING INDIVIDUALS PRESENT IN AN IMAGE | SRR PATENT HOLDINGS, LLC |
| 8,424,752 | SYSTEM AND METHOD FOR PRESENTING INFORMATION ABOUT AN OBJECT ON A PORTABLE ELECTRONIC DEVICE | SYMBOLOGY INNOVATIONS, LLC |
| 8,651,369 | System and Method for Presenting Information About an Object on a Portable Device | SYMBOLOGY INNOVATIONS, LLC |
| 8,936,190 | SYSTEM AND METHOD FOR PRESENTING INFORMATION ABOUT AN OBJECT ON A PORTABLE ELECTRONIC DEVICE | SYMBOLOGY INNOVATIONS, LLC |
| 8,370,141 | DEVICE, SYSTEM AND METHOD FOR ENABLING SPEECH RECOGNITION ON A PORTABLE DATA DEVICE | REAGAN INVENTIONS, LLC |
| 11,543,201 | FIREARM ANALYTIC DEVICE | NO ASSIGNMENT |
| 11,683,645 | SYSTEM AND METHOD FOR ADJUSTING AUDIO PARAMETERS FOR A USER | NO ASSIGNMENT |

**OTHER ASSETS**

| Patent No. | Title | Inventor | Assignee |
|---|---|---|---|
| 7,419,097 | METHOD FOR PROVIDING MOBILE SERVICE USING CODE-PATTERN | Haupt, Kristy A | Coding Technologies LLC |
| 8,540,159 | METHOD FOR PROVIDING MOBILE SERVICE USING CODE-PATTERN | Haupt, Kristy A | Coding Technologies LLC |
| 9,240,008 | METHOD FOR PROVIDING MOBILE SERVICE USING CODE-PATTERN | Jae-Jun Lee, Seoul | Coding Technologies LLC |
| 9,542,499 | METHOD FOR PROVIDING MOBILE SERVICE USING CODE-PATTERN | Jae-Jun Lee, Seoul | Coding Technologies |
| 9,773,071 | METHOD FOR PROVIDING MOBILE SERVICE USING CODE-PATTERN | Jae-Jun Lee et al. | Coding Technologies, LLC |

6

| | | | |
|---|---|---|---|
| 8,617,160 | DYNAMIC INTRAMEDULLARY HARDWARE | Trentice V. Bolar | Distribution Intelligence Systems, LLC |
| 9,402,664 | DYNAMIC INTRAMEDULLARY HARDWARE | Karen Chien et al. | Distribution Intelligence Systems, LLC |
| 7,440,953 | APPARATUS, METHOD AND SYSTEM FOR DIRECTORY QUALITY ASSURANCE | David Sidman - Original Inventor was incorrect | Informative Technology Systems, LLC |
| 8,156,151 | APPARATUS, METHOD AND SYSTEM FOR DIRECTORY QUALITY ASSURANCE | David Sidman - | Information Technology Systems, LLC |
| 7,209,914 | METHOD OF STORING, RETRIEING AND VIEWING DATA | Hans Van Heghe | KNOWLIAH, Belgium |
| 10,888,791 | OUTPUT PRODUCTION | Ronald Charles Krosky et al. | LLC Integrated Technology. 3/23/22 Change of Correspondence Address to 161751 filed |
| 7,522,996 | MAP DISPLAY SYSTEM AND METHOD | Nguyen Tan Quang | Location Based Services LLC |
| 8,270,683 | IMAGE MAPPING TO PROVIDE VISUAL GEOGRAPHIC PATH | Edward K. Y. Jung | Location Based Services LLC |
| 8,311,733 | INTERACTIVE KEY FRAME IMAGE MAPPING SYSTEM AND METHOD | Edward K.Y. Jung | Location Based Services LLC |
| 8,392,114 | Map display system and method | Edward K. Y. Jung | Location Based Servicwa LLC |
| 8,396,001 | INTERACTIVE QUEUED MAPPING METHOD AND SYSTEM | Edward K. Y. Jung | Location Based Services LLC |
| 8,582,827 | IMAGE MAPPING TO PROVIDE VISUAL GEOGRAPHIC PATH | Edward K.Y. Jung | Location Based Services LLC |
| 9,599,486 | IMAGE MAPPING TO PROVIDE VISUAL GEOGRAPHIC PATH | Edward K. Y. Jung et al. | Location Based Services LLC |
| 9,797,737 | MAP DISPLAY SYSTEM AND METHOD | Edward K. Y. Jung et al. | Location Based Services, LLC |
| 9,965,954 | METHOD AND SYSTEM FOR INTERACTIVE MAPPING TO PROVIDE GOAL-ORIENTED INSTRUCTIONS | Edward K. Y. Jung et al. | Location Based Services, LLC Need Address Change |

7

| | | | |
|---|---|---|---|
| 9,185,231 | VENDOR NEUTRAL VOIP INTERFACE DEVICES AND COMPATIBLE PORTABLE PHONES | Preston Hurd Mohinder Gill | Patent Asset Management Advisors, LLC |
| 7,209,914 | METHOD OF STORING, RETRIEVING AND VIEWING DATA | Hans Van Heghe Erik Willemse | Pivot Innovations, LLC |
| 8,818,532 | SYSTEM AND METHOD FOR SELECTIVELY CONTROLLING AND MONITORING RECEPTACLES AND FIXTURES CONNECTED TO A POWER CIRCUIT IN A BUILDING | Richard Vasquez | Qualitative Data Solutions, LLC |
| 9,843,223 | SYSTEM AND METHOD FOR CONTROLLING PHANTOM POWER LOSSES IN A BUILDING | Ricardo Vasquez | Qualatative Data Solutions, LLC |
| 7,650,376 | CONTENT DISTRIBUTION SYSTEM FOR DISTRIBUTING CONTENT OVER A NETWORK, WITH PARTICULAR APPLICABILITY TO DISTRIBUTING HIGH-BANDWIDTH CONTENT | Trevor I. Blumenau | Quantum Technology Innovations LLC |
| 8,938,799 | dtwo | Jen-Wei Kuo | Speech Transcription LLC |
| 8,265,089 | NETWORK COMMUNICATION SYSTEM WITH IMPROVED SECURITY | Joseph McCoy, Joshua White | Touchpoint Projection Solutions, LLC |
| 9,118,712 | NETWORK COMMUNICATION SYSTEM WITH IMPROVED SECURITY | Joseph McCoy, Joshua White | Touchpoint Projection Solutions, LLC |
| 10,454,726 | SYSTEM FOR INCREASING BANDWIDTH AVAILABLE FOR DATA COMMUNICATION | Srirmkumar HARIHARAN Vanamurthy | Watchy Technology Private Unlimited |
| 8,521,766 | SYSTEMS AND METHODS FOR PROVIDING INFORMATION DISCOVERY AND RETRIEVAL | W. Leo Hoarty | Wyoming Technology Licensing, LLC |
| 8,862,615 | SYSTEMS AND METHODS FOR PROVIDING INFORMATION DISCOVERY AND RETRIEVAL | W. Leo Hoarty | Wyoming Technology Licensing, LLC |

8

| | | | |
|---|---|---|---|
| 9,824,150 | SYSTEMS AND METHODS FOR PROVIDING INFORMATION DISCOVERY AND RETRIEVAL | W. Leo Hoarty | Wyoming Technology Licensing, LLC |
| 8,224,700 | SYSTEM AND METHOD FOR MANAGING RESTAURANT CUSTOMER DATA ELEMENTS | Andrew Silver | Analytical Technologies, LLC |
| 8,799,083 | SYSTEM AND METHOD FOR MANAGING RESTAURANT CUSTOMER DATA ELEMENTS | Andrew Silver | Analytical Technologies, LLC |
| 9,911,164 | SYSTEM AND METHOD FOR MANAGING RESTAURANT CUSTOMER DATA ELEMENTS | Andrew Silver | Analytical Technologies, LLC |
| 10,783,596 | SYSTEM AND METHOD FOR MANAGING RESTAURANT CUSTOMER DATA ELEMENTS | Andrew Silver | Analytical Technologies, LLC |
| 7,013,127 | Systems and methods for employing "pay-as-you-go" telecommunication services | Wills, Harold S., Steinberg, David A. | Pay As You Go, LLC |
| 8,068,810 | Systems and methods for monitoring "pay-as-you-go" telecommunication services | Wills, Harold S., Steinberg, David A. | Pay As You Go, LLC |
| 8,295,458 | Systems and methods for monitoring "pay-as-you-go" telecommunication services | Wills, Harold S., Steinberg, David A. | Pay As You Go, LLC |
| 8,068,810 | Systems and methods for monitoring "pay-as-you-go" telecommunication services | Wills, Harold S., Steinberg, David A. | Pay As You Go, LLC |
| 10,565,888 | Instruction production | Krosky, Ronald Charles, Clark, Brendan Edward | Wyoming Intellectual Property Holdings, LLC |
| 7,699,558 | Anti-ram system and method of installation | Adler, Richard S., Crawford, John | Barrier Guard Technologies, LLC |
| 8,215,865 | Anti-ram system and method of installation | Adler, Richard S., Crawford, John | Barrier Guard Technologies, LLC |
| 11,468,984 | Device, method and application for establishing a current load level | Schneider, Peter, Huber, Johann, Lorenz, Christopher, Martin-Serrano Fernandez, Diego Alberto | Mobile Health Innovative Solutions, LLC |
| 9,245,403 | Method and device for accessing, controlling and | Geigel, Art, Armenio, Christopher, | Automated Vending, LLC |

9

| | purchasing a product through a dispenser | Muhammad, Abdullah | |
|---|---|---|---|
| 9,959,530 | Method and device for accessing, controlling and purchasing a product through a dispenser | Geigel, Art, Armenio, Christopher, Muhammad, Abdullah | Automated Vending, LLC |

10