# EXHIBIT 68



## Re: Discussions between Discord and Patent Asset Management
1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>  Thu, Feb 8, 2024 at 3:45 PM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: Garteiser Honea Patent Asset Management Team <ghpam@ghiplaw.com>, "Discord Inc." <discord@cases.warrenlex.com>

Matt,

Respectfully, upon review of your client's edits, Discord had no motivation to resolve its alleged patent infringement with Patent Asset Management, LLC even though we've sent your client charts for Symbology Innovations, LLC and Display Technologies, LLC.

Now, the parties have motivation to resolve this dispute. My client didn't appreciate a 90-day standdown named an NDA.

Be well,
Randy


Display Technologies, LLC v. Discord Inc.
| **Case Number:** | 5:24-cv-00703-NC |
|---|---|
| **Filer:** | |
| **Document Number:** | 5 |

**Docket Text:**
**Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 5/1/2024**


On Jan 31, 2024, at 12:44 PM, Matt Warren <matt@warrenkashwarren.com> wrote:

Randall:

Thanks for taking my call just now. Attached please find the documents we discussed:

1. A revised draft agreement; and
2. A redline showing the changes since your previous draft.

I look forward to your thoughts on these documents. Thank you for your continued time and courtesy in this matter.

Best Regards,
Matt Warren

--
Matt Warren      matt@warrenkashwarren.com      +1 (415) 895-2928
<1.docx><2.pdf>