Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br>Plaintiff,<br><br>v.<br><br>**DISCORD INC.,**<br>Defendants. | **Case No. 3:24-cv-703**<br><br>**Jury Trial Demanded** |

### RULE 7.1 CORPORATE DISCLOSURE

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Display Technologies, LLC, states that Patent

Asset Management, LLC is its parent corporation and that no publicly held corporation

owns 10% or more of its stock.


Dated: April 5, 2024                     Respectfully served,
                                         GARTEISER HONEA, PLLC

                                         */s/ Randall Garteiser*
                                         Randall Garteiser
                                         CA State Bar No. 231821
                                         rgarteiser@ghiplaw.com

Christopher A. Honea
CA State Bar No. 232473
chonea@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**