Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br>    Plaintiff,<br><br>    v.<br><br>**DISCORD INC.,**<br>    Defendants. | **Case No. 3:24-cv-703**<br><br>**Jury Trial Demanded** |

### CERTIFICATE OF INTERESTED ENTITIES

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Patent Asset Management, LLC (parent company of plaintiff, financial interest.)

2. Garteiser Honea, (law firm for plaintiff, financial interest.)

| | |
|---|---|
| Dated: April 5, 2024 | Respectfully served,<br>GARTEISER HONEA, PLLC<br><br>*/s/ Randall Garteiser*<br>Randall Garteiser<br>CA State Bar No. 231821<br>rgarteiser@ghiplaw.com<br>Christopher A. Honea<br>CA State Bar No. 232473<br>chonea@ghiplaw.com<br>**GARTEISER HONEA, PLLC**<br>119 W. Ferguson Street<br>Tyler, Texas 75702<br>Telephone: (903) 705-7420<br><br>**Attorneys for Plaintiff** |