Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br>        Plaintiff,<br>v.<br>**DISCORD INC.,**<br>        Defendants. | Case No. 5:24-cv-703 |

**ORDER DENYING MOTION TO DISMISS BASED ON STANDING (DKT 19) AND SUSTAINING PLAINTIFF'S OBJECTIONS AND DENYING AS MOOT REQUESTS FOR JUDICIAL NOTICE (DKT NO. 21)**

Before the Court is Defendant Discord's motion to dismiss.  Having reviewed the moving papers, the Court finds motion suitable for resolution without a hearing.

It is hereby Ordered:

- Defendant's Motion to Dismiss [Dkt. No. 19] is DENIED without prejudice.

- The Court hereby SUSTAINS Plaintiff Display Technologies' evidentiary objections provided under Civil L.R. 7-3(a), to the Exhibits 1-73 presented to the Court in support of Defendant's Motion [Dkt. No. 20].

- The Court has reviewed but does not rely on Defendant's Request for Judicial Notice [Dkt. No. 21], and thus it is denied as moot.

.