Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-PCP |
| Plaintiff, | **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF STANDING BY DEFENDANT DISCORD INC.** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

I, Francesca M. S. Germinario, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Kash Warren LLP, counsel for defendant Discord Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 74 is a true and correct copy of an email dated April 1, 2024, from Randall Garteiser to Matthew Warren.

3. Attached as Exhibit 75 is a true and correct copy of a letter dated April 3, 2024, from Matthew Warren to Randall Garteiser.

4. Attached as Exhibit 76 is a true and correct copy of an email dated April 10, 2024, from Randall Garteiser to Matthew Warren.

5.  Attached as Exhibit 77 is a true and correct copy of an email dated April 11, 2024, from Randall Garteiser to Matthew Warren.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on April 19, 2024, in San Francisco, California.

_____
Francesca M. S. Germinario