# EXHIBIT 74



## Re: Display Technologies, LLC v. Discord Inc., Case No. 24-703 (N.D. California)
1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>  Mon, Apr 1, 2024 at 8:24 AM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: Garteiser Honea Patent Asset Management Team <ghpam@ghiplaw.com>, "Discord Inc." <discord@cases.warrenlex.com>

Matt,

We may need an extension, good cause is the extensive exhibits your client has filed, which we do not have first hand knowledge of the majority of them.

Just to keep the calendaring straight, your client filed a Motion to Dismiss and an Answer on March 28, 2024.

Display Technologies' Deadline:
**April 11, 2024** - Deadline to file an amended complaint OR opposition to dismiss and Reply to Answer.

Since the hearing date is May 16, 2024, and the Court wants briefing complete by May 2, 2024, we believe that there is time for a 2-week extension to April 25, 2024 and Discord may file its Reply on May 2, 2024.

> On Mar 29, 2024, at 2:49 PM, Randall Garteiser <rgarteiser@ghiplaw.com> wrote:
>
> Matt,
>
> If you want an extension on your filing date, just let me know.
>
>> On Mar 29, 2024, at 10:04 AM, Matt Warren <matt@warrenkashwarren.com> wrote:
>>
>> Randall:
>>
>> Thanks for returning my call just now.  As we discussed, Discord will notice its motion to dismiss for Thursday, May 16.  Thank you for your continued time and courtesy in this matter.
>>
>> Best Regards,
>> Matt Warren
>>
>> --
>> Matt Warren     matt@warrenkashwarren.com     +1 (415) 895-2928