# EXHIBIT 76

## Subject: Breach of Confidentiality due to Discord's filing of confidential settlements agreements with permission and not under seal - Request to redact or withdraw.

 **Randall Garteiser** <rgarteiser@ghiplaw.com>  Wed, Apr 10, 6:53 PM
to Matt Warren, Garteiser Honea Patent Asset Management Team

Matt,

Discord filed a confidential settlement agreement with Valve Corporation and Display Technologies, et al.  Exhibit 69

It is confidential.

Please move to file it under seal and any portions of it that your client cites to in its motion, such as at pages 7 through 9.  Dkt. No. 19.

Similarly, Exhibit 72, states that "*Notwithstanding this paragraph, except where the disclosure is made to a person or entity that is arguably covered by the Releases or Covenants herein, **the disclosing party shall obtain prior consent from the non-disclosing party to disclose the Agreement or its terms**, such consent not being unreasonably withheld with the condition that the person or entity **that is arguably covered by the Release or Covenants herein shall also agree to keep the agreement confidential*.*"

Please confirm your firm takes this breach of confidentiality seriously by confirming receipt of this email.

But if Valve or its agent provided you or your client the agreement with respect to Docket No. 69, then please let us know before you embark on filing more motions without just talking on the phone first.

Be well,
Randy
415.568.0553