# EXHIBIT 77



## Re: Display Technologies, LLC v. Discord Inc., No. 24-703 (N.D. California)
1 message

**Randall Garteiser** <rgarteiser@ghiplaw.com>　　　　　　　　　　　　　　　　　Thu, Apr 11, 2024 at 12:52 PM
To: Matt Warren <matt@warrenkashwarren.com>
Cc: Garteiser Honea Patent Asset Management Team <ghpam@ghiplaw.com>, "Display Technologies, LLC v. Discord Inc." <24-703@cases.warrenlex.com>

Thanks Matt,

I agree with you that Gnome seems too late to claw back.

I'm still checking on the Valve agreement, as they designated it AEO in Texas case.

> On Apr 10, 2024, at 9:32 PM, Matt Warren <matt@warrenkashwarren.com> wrote:
>
> Randy:
>
> Please use our case email address, which I have cc'ed here, as I have consistently used your team email. If you use our case email address, you need not worry about emailing me directly as well.
>
> Turning to the substance of your email, I am confused by your claim. As we noted in paragraph 70 of our declaration, Exhibit 69 is a true and correct copy of Docket No. 1-1 in Valve Corporation v. Rothschild, No. 23-1016 (W.D. Wash.), dated July 7, 2023. It's been filed publicly on PACER for almost a year. We downloaded it from PACER; you can see the telltale double-printed PACER blue text lines once you get past our slipsheet. I checked, and it is still public on PACER as I write this email.
>
> Similarly, as we noted in paragraph 73 of our declaration, Exhibit 72 is a true and correct copy of https://blog.hansenpartnership.com/wp-uploads/2020/09/GNOME_final_agreement_5-20_with_schedules.pdf. It's been public on the internet since at least September 3, 2020. *See* https://web.archive.org/web/20200903235320/https://blog.hansenpartnership.com/wp-uploads/2020/09/GNOME_final_agreement_5-20_with_schedules.pdf. Again, I checked, and it is still public on the Internet as I write this email.
>
> Setting aside for the moment that we served all these documents on you almost two weeks ago so this complaint is awfully late, are you really claiming that we violated a duty of confidentiality by downloading one document from PACER where it's been public for almost a year, and another document from the Web where it's been public for three and a half years, and then using those documents as exhibits? If so, that would be a new one on me.
>
> Best Regards,
> Matt Warren
>
> --
> Matt Warren　　matt@warrenkashwarren.com　　+1 (415) 895-2928
>
>> On Wed, Apr 10, 2024 at 6:54 PM Randall Garteiser <rgarteiser@ghiplaw.com> wrote:
>> Matt,
>>
>> Discord filed a confidential settlement agreement with Valve Corporation and Display Technologies, et al. Exhibit 69
>>
>> It is confidential.
>>
>> Please move to file it under seal and any portions of it that your client cites to in its motion, such as at pages 7 through 9. Dkt. No. 19.

Similarly, Exhibit 72, states that "*Notwithstanding this paragraph, except where the disclosure is made to a person or entity that is arguably covered by the Releases or Covenants herein, **the disclosing party shall obtain prior consent from the non-disclosing party to disclose the Agreement or its terms**, such consent not being unreasonably withheld with the condition that the person or entity **that is arguably covered by the Release or Covenants herein shall also agree to keep the agreement confidential**.*"

Please confirm your firm takes this breach of confidentiality seriously by confirming receipt of this email.

But if Valve or its agent provided you or your client the agreement with respect to Docket No. 69, then please let us know before you embark on filing more motions without just talking on the phone first.

Be well,
Randy
415.568.0553