Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas, 75702
+1 (903) 705-7420

*Attorneys for Plaintiff Display Technologies, LLC*

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>    Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**STIPULATION TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on March 14, 2024, the Court set the Initial Case Management Conference for May 16, 2024, at 1:00 p.m. PDT, and ordered the parties to this action to submit a Joint Case Management Statement by May 2, 2024 (Docket No. 17);

WHEREAS, on March 29, 2024, defendant Discord Inc. moved to dismiss this action (Docket No. 19);

WHEREAS, the Court will hear Discord's motion on May 16, 2024, at 10:00 a.m. PDT;

WHEREAS, the Court's Standing Order provides that "[i]f a defendant files a motion to dismiss that is dispositive of the entire case, the parties can stipulate to move the initial case management conference to the first available date falling no earlier than 21 days after the hearing on that motion";

WHEREAS, Discord has filed such a motion;

WHEREAS, June 6, 2024, is 21 days after the hearing set for Discord's motion, and is available;

WHEREAS, the parties previously stipulated and agreed to extend the time to respond to the Complaint (Docket No. 11), but have not sought any other modifications to deadlines in this matter;

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. The Initial Case Management Conference in this matter shall occur on June 6, 2024;

2. The parties shall submit a Joint Case Management Statement on May 23, 2024;

3. All other deadlines depending on the date of the Initial Case Management Conference shall reset according to the new date of June 6, 2024.

Date: April 25, 2024

*/s/ Randall Garteiser*
Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas, 75702
+1 (903) 705-7420
rgarteiser@ghiplaw.com
chonea@ghiplaw.com

*Attorneys for Plaintiff Display Technologies, LLC*

Respectfully submitted,

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-703@cases.warrenlex.com

*Attorneys for Defendant Discord Inc.*

### SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Dated: April 25, 2024

Matthew S. Warren