UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>    Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

**[PROPOSED] ORDER**

Having reviewed the parties' Stipulation to Reset the Initial Case Management Conference and Related Deadlines, the Court finds good cause for the entry of this Order:

1. The Initial Case Management Conference in this matter shall occur on June 6, 2024;

2. The parties shall submit a Joint Case Management Statement on May 23, 2024;

3. All other deadlines depending on the date of the Initial Case Management Conference shall reset according to the new date of June 6, 2024.

Dated: April ___, 2024

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE