UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>    Defendant. | Case No. 5:24-cv-00703-PCP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO RESET THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES<br><br>*MODIFIED |

## [~~PROPOSED~~] ORDER

Having reviewed the parties' Stipulation to Reset the Initial Case Management Conference and Related Deadlines, the Court finds good cause for the entry of this Order:

1. The Initial Case Management Conference in this matter shall occur on June ~~6~~ 13, 2024;

2. The parties shall submit a Joint Case Management Statement on May ~~23~~ 30, 2024;

3. All other deadlines depending on the date of the Initial Case Management Conference shall reset according to the new date of June ~~6~~ 13, 2024.

Dated: April 29, 2024

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE