Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISCORD INC., <br><br> Defendant. | Case No. 5:24-cv-00703-PCP <br><br> **STATEMENT OF RECENT DECISION UNDER CIVIL L.R. 7-3(d)(2)** <br><br> Hearing Date:  May 16, 2024 <br> Time:          10:00 a.m. PDT <br> Location:      Courtroom 8, 4th Floor |

Under Civil L. R. 7-3(d)(2), defendant Discord Inc. brings to the Court's attention *Intellectual Tech LLC v. Zebra Technologies Corporation*, No. 2022-2207, — F. 4th —, 2024 WL 1897130 (Fed. Cir. May 1, 2024), decided earlier today, after Discord's reply brief.  A copy is attached as Exhibit A.

Date:  May 1, 2024

Respectfully submitted,

_____
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile
24-703@cases.warrenlex.com

*Attorneys for Defendant Discord Inc.*