Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISCORD INC., <br><br> Defendant. | Case No. 5:24-cv-00703-PCP <br><br> **DECLARATION OF FRANCESCA M. S. GERMINARIO IN SUPPORT OF RESPONSE TO SUPPLEMENTAL FILING BY DEFENDANT DISCORD INC.** |

I, Francesca M. S. Germinario, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and an associate at the law firm of Warren Kash Warren LLP, counsel for defendant Discord Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit 78 is a true and correct copy of Docket No. 40 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated January 30, 2024.

3. Attached as Exhibit 79 is a true and correct copy of Docket No. 38-5 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated January 16, 2024.

//

//

4. Attached as Exhibit 80 is a true and correct copy of Docket No. 42 in *Valve Corporation v. Rothschild*, No. 23-1016 (W.D. Wash.), dated February 23, 2024.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2024, in San Francisco, California.

_____
Francesca M. S. Germinario