Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX 75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br>    Plaintiff,<br><br>v.<br><br>**DISCORD INC.,**<br>    Defendants. | **Case No. 5:24-cv-703**<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION FOR RANDALL GARTEISER TO APPEAR REMOTELY AT THE JUNE 13, 2024 CASE MANAGEMENT CONFERENCE**

Plaintiff Display Technologies, LLC files this request to the Court that its counsel Randall Garteiser be permitted to appear remotely at the June 13, 2024 Case Management Conference for the above-captioned case.

On April 29, 2024, the Court scheduled a Case Management Conference for June 13, 2024 (Dkt. 28).

Mr. Garteiser lives in Tyler, Texas, which is currently under a disaster declaration, currently in effect for 14 days and is likely to renew another week. There is reasonable risk that Mr. Garteiser will not be able to travel by June 13.

Plaintiff met and conferred with Discord, which asked to include the following statement: "Discord would prefer to appear in person, but otherwise takes no position regarding plaintiff's request. Beyond this statement, Discord will not file a response to plaintiff's motion."

Dated: June 7, 2024

Respectfully submitted,
GARTEISER HONEA, PLLC

*/s/ Randall Garteiser*
Randall Garteiser
CA State Bar No. 231821
rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorney for Plaintiff**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendant regarding the relief requested in this motion. Counsel for Defendant not not oppose the requested relief.

*/s/ Randall Garteiser*
Randall Garteiser

## CERTIFICATE OF SERVICE

I certify that on June 7, 2024, a true and correct copy of the foregoing document was served on all counsel of record via ECF notification.

*/s/ Randall Garteiser*
Randall Garteiser