Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC** <br> Plaintiff, <br><br> v. <br><br> **DISCORD INC.,** <br> Defendants. | **Case No. 5:24-cv-703** <br><br> **Jury Trial Demanded** |

# ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION
# FOR RANDALL GARTEISER TO APPEAR REMOTELY
# AT THE JUNE 13, 2024 CASE MANAGEMENT CONFERENCE

The Court, having considered Plaintiff Display Technologies, LLC Motion for its counsel Randall Garteiser to appear remotely at the June 13, 2024 Case Management Conference in the above-captioned case, is of the opinion that the Motion should be GRANTED.

It is hereby ORDERED.