Randall T. Garteiser (CA State Bar No. 231821)
 rgarteiser@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DISPLAY TECHNOLOGIES, LLC**<br>　　Plaintiff,<br><br>　　v.<br><br>**DISCORD INC.,**<br>　　Defendants. | **Case No. 5:24-cv-703**<br><br>**Jury Trial Demanded** |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION**

**FOR RANDALL GARTEISER TO APPEAR REMOTELY**

**AT THE JUNE 13, 2024 CASE MANAGEMENT CONFERENCE**

The Court, having considered Plaintiff Display Technologies, LLC Motion for its counsel Randall Garteiser to appear remotely at the June 13, 2024 Case Management Conference in the above-captioned case, is of the opinion that the Motion should be GRANTED. Defendant Discord Inc. may still appear in person. The case management conference will be scheduled for 2:00 pm PT.

　　It is hereby ORDERED.

　　Dated: June 11, 2024

_____
HON. P. CASEY PITTS
U.S. DISTRICT JUDGE