| | |
|---|---|
| Randall Garteiser (State Bar No. 231821)<br>Christopher A. Honea (State Bar No. 232473)<br>rgarteiser@ghiplaw.com<br>chonea@ghiplaw.com<br>GARTEISER HONEA, PLLC<br>119 W. Ferguson Street<br>Tyler, Texas, 75702<br>+1 (903) 705-7420<br><br>*Attorneys for Plaintiff Display Technologies, LLC* | Matthew S. Warren (State Bar No. 230565)<br>Erika H. Warren (State Bar No. 295570)<br>Francesca M. S. Germinario (State Bar No. 326208)<br>24-703@cases.warrenlex.com<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br><br>*Attorneys for Defendant Discord Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>　　Defendant. | ) Case No. 5:24-cv-00703-PCP<br>)<br>) **STIPULATION AND PROPOSED**<br>) **ORDER REQUESTING ENTRY OF**<br>) **PROTECTIVE ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

　　WHEREAS, there is good cause under Rule 26 of the Federal Rules of Civil Procedure for a protective order regarding protection and use of confidential information in this matter;

　　WHEREAS, plaintiff Display Technologies, LLC and defendant Discord Inc. (the "Parties") have based their proposed order on the Northern District's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets;

　　NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

　　1.　　The Parties respectfully request that the Court enter the attached proposed stipulated protective order; and

//

//

//

2. Under Section X of the Court's Standing Order, the Parties attach as Exhibit 1 a redline of the attached proposed stipulated protective order against the Northern District's Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets.

Date: June 26, 2024

| | |
|---|---|
| */s/ Randall Garteiser* | _____ |
| Randall Garteiser (State Bar No. 231821) | Matthew S. Warren (State Bar No. 230565) |
| Christopher A. Honea (State Bar No. 232473) | Erika H. Warren (State Bar No. 295570) |
| rgarteiser@ghiplaw.com | Francesca M. S. Germinario (State Bar No. 326208) |
| chonea@ghiplaw.com | 24-703@cases.warrenlex.com |
| GARTEISER HONEA, PLLC | WARREN KASH WARREN LLP |
| 119 W. Ferguson Street | 2261 Market Street, No. 606 |
| Tyler, Texas, 75702 | San Francisco, California, 94114 |
| +1 (903) 705-7420 | +1 (415) 895-2940 |
| | +1 (415) 895-2964 facsimile |
| *Attorneys for Plaintiff Display Technologies, LLC* | *Attorneys for Defendant Discord Inc.* |

**SIGNATURE ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: June 26, 2024

_____
Matthew S. Warren