| | |
|---|---|
| Randall Garteiser (State Bar No. 231821)<br>Christopher A. Honea (State Bar No. 232473)<br>rgarteiser@ghiplaw.com<br>chonea@ghiplaw.com<br>GARTEISER HONEA, PLLC<br>119 W. Ferguson Street<br>Tyler, Texas, 75702<br>+1 (903) 705-7420<br><br>*Attorneys for Plaintiff Display Technologies, LLC* | Matthew S. Warren (State Bar No. 230565)<br>Erika H. Warren (State Bar No. 295570)<br>Francesca M. S. Germinario (State Bar No. 326208)<br>24-703@cases.warrenlex.com<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br><br>*Attorneys for Defendant Discord Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>    Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**STIPULATION AND PROPOSED ORDER REQUESTING EXTENSION OF DEADLINES** |

WHEREAS, the Court's minute order of June 14, 2024, stated that "Responses to discovery requests must be produced within 21 days and any discovery disputes may be submitted within 14 days thereafter";

WHEREAS, defendant Discord Inc. provided jurisdictional discovery requests on June 17, 2024, and plaintiff Display Technologies, LLC provided responses and objections on July 8, 2024;

WHEREAS, under the Court's minute order of June 14, 2024, the deadline for "any discovery disputes" would therefore be July 22, 2024;

WHEREAS, plaintiff and defendant respectfully submit that a short extension of seven days to this deadline may allow them to resolve some or all issues regarding jurisdictional discovery and thus avoid presentation of those issues to the Court;

//

WHEREAS, in Docket No. 11, the parties stipulated and agreed to extend the time to respond to the Complaint, and in Docket No. 27, the parties stipulated and agreed to move the initial case management conference, but have not sought any other modifications to deadlines in this matter;

WHEREAS, the parties do not believe this extension will disturb other deadlines in this matter;

NOW, THEREFORE, plaintiff and defendant hereby stipulate and agree as follows:

1. Plaintiff and defendant respectfully request that the Court enter an order to extend the deadline set forth in the Court's minute order of June 14, 2024, by one week, to Monday, July 29, 2024.

Date: July 22, 2024

/s/ Randall Garteiser
Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas, 75702
+1 (903) 705-7420

*Attorneys for Plaintiff Display Technologies, LLC*

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

### SIGNATURE ATTESTATION

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date: July 22, 2024

Matthew S. Warren