UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>   Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REQUEST EXTENSION OF DEADLINES** |

Having considered the stipulation filed by plaintiff Display Technologies, LLC and defendant Discord Inc., the Court finds good cause for the entry of this Order and **GRANTS** the stipulation to extend the deadline set forth in the Court's minute order of June 14, 2024, by one week, to Monday, July 29, 2024.

**IT IS SO ORDERED.**

Date:  July __, 2024

                                                                                                    THE HONORABLE P. CASEY PITTS  
                                                                                                    UNITED STATES DISTRICT JUDGE