UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>  Defendant. | Case No. 5:24-cv-00703-PCP<br><br>[PROPOSED] **ORDER GRANTING STIPULATION TO REQUEST EXTENSION OF DEADLINES** |

Having considered the stipulation filed by plaintiff Display Technologies, LLC and defendant Discord Inc., the Court finds good cause for the entry of this Order and **GRANTS** the stipulation to further extend the deadline set forth in the Court's minute order of June 14, 2024, by one additional day, to Tuesday, July 30, 2024. The Court will not grant any further extensions to this deadline.

**IT IS SO ORDERED.**

Date: July 30, 2024

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE