Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-PCP |
| Plaintiff, | **DECLARATION OF MATTHEW S. WARREN IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL BY DEFENDANT DISCORD INC.** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

I, Matthew S. Warren, declare under 28 U.S.C. § 1746:

1. I am an attorney licensed to practice in the State of California, and a partner at the law firm of Warren Kash Warren LLP, counsel for defendant Discord Inc. in this action. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. Exhibit 4, Exhibit 5 and Exhibit 6 to the discovery letter brief contain excerpts from plaintiff's jurisdictional discovery responses. These exhibits include baseless statements irrelevant to the Court's determination of the discovery disputes described in the discovery letter brief.

3. Discord would suffer reputational harm and embarrassment should these baseless statements be publicly disclosed. Sealing the proposed portions of Exhibit 4, Exhibit 5 and Exhibit 6 is a reasonable and necessary means of preventing these irrelevant accusations from unnecessary

disclosure that would only detract from the claims at issue in this matter. The public's understanding of the dispute does not suffer from narrowly tailored redaction of these materials.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2024, in San Francisco, California.

_____
Matthew S. Warren