UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DISCORD INC., <br><br> Defendant. | Case No. 5:24-cv-00703-PCP <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT DISCORD'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

Having considered Defendant Discord Inc.'s Administrative Motion to File Under Seal, the Court finds good cause for the entry of this Order and **GRANTS** Defendant's Administrative Motion to file the following materials under seal:

| Document | Portions of Document to Be Sealed |
|---|---|
| Discovery Letter Brief, Docket No. 54. | Lines 1:21-22, 1:38, 1:41-43, 2:3-5, 3:5-6. |
| Exhibit 4 to the Discovery Letter Brief, Docket No. 54-4. | Line 7:19-21. |
| Exhibit 5 to the Discovery Letter Brief, Docket No. 54-5. | Lines 9:1-3, 10:12-14, 12:4-6, 13:14-16, 15:2-4, 16:9-11, 17:16-18, 19:2-4, 20:6-8, 21:10-12, 22:16-18, 23:21-23. |
| Exhibit 6 to the Discovery Letter Brief, Docket No. 54-6. | Lines 5:17-23, 6:1-2, 7:6-10, 8:3-6, 9:7-11, 10:8-12, 10:20-21, 11:12-16, 12:4-10, 12:20-23, 13:1, 13:14-17, 14:5-8, 14:17-21, 15:7-11, 15:20-23, 16:1, 16:19-22, 17:1. |

**IT IS SO ORDERED.**

Date: _____ \_\_, 2024

_____
THE HONORABLE P. CASEY PITTS
UNITED STATES DISTRICT JUDGE