UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>　　Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**[PROPOSED] ORDER GRANTING MOTION TO COMPEL** |

Having reviewed the parties' joint letter brief in this matter, the Court finds good cause for the entry of this Order, and **GRANTS** Defendant's motion to compel production of information and documents as follows:

Within seven days of this Order, Plaintiff shall search for and collect responsive documents, including as set forth below, from all sources available to it, including without limitation all sources accessible to plaintiff's manager Leigh M. Rothschild, including without limitation all documents in the possession, custody or control of any companies of which Mr. Rothschild is a manager or an ultimate beneficial owner.

Within seven days of this Order, Plaintiff shall produce all documents responsive to Jurisdictional Requests for Production Nos. 1-4, 8-10, and shall provide complete responses to Jurisdictional Interrogatory Nos. 1-3.  Plaintiff shall not make any arguments or rely on any documents to support its claim of standing to bring this action that it does not disclose in response to this Order.

Within seven days of this Order, Plaintiff shall produce all documents responsive to Jurisdictional Requests for Production Nos. 5 through 7, shall provide a complete response to

Jurisdictional Interrogatory No. 4, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Requests for Admission Nos. 1 through 4.

Within seven days of this Order, Plaintiff shall produce all documents responsive to Jurisdictional Requests for Production Nos. 11 through 14, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 5.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 5 and produce all documents responsive to Jurisdictional Request for Production No. 15, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 6.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 6 and produce all documents responsive to Jurisdictional Request for Production No. 16, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 7.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 7 and produce all documents responsive to Jurisdictional Request for Production No. 17, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 8.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory

No. 8 and produce all documents responsive to Jurisdictional Request for Production No. 18, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 9.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 9 and produce all documents responsive to Jurisdictional Request for Production No. 19, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 10.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 10 and produce all documents responsive to Jurisdictional Request for Production No. 20, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 11.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 11 and produce all documents responsive to Jurisdictional Request for Production No. 21, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 12.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 12 and produce all documents responsive to Jurisdictional Request for Production No. 22, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

   Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 13.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 13 and produce all documents responsive to Jurisdictional Request for Production No. 23, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

   Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 14.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 14 and produce all documents responsive to Jurisdictional Request for Production No. 24, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

   Within seven days of this Order, Plaintiff shall serve an unqualified admission or denial of Jurisdictional Request for Admission No. 15.  If plaintiff denies this Request for Admission, within seven days after serving the denial, plaintiff shall provide a complete response to Jurisdictional Interrogatory No. 15 and produce all documents responsive to Jurisdictional Request for Production No. 25, and shall provide a written certification from a responsible officer confirming that it has complied with this paragraph.

   Within three business days of serving any responses to interrogatories or responses to requests for admission, Plaintiff shall provide the required verification.

   **IT IS SO ORDERED.**

Date: _____ __, 2024

                       _____
                       THE HONORABLE P. CASEY PITTS
                       UNITED STATES DISTRICT JUDGE