Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, | Case No. 5:24-cv-00703-PCP |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| DISCORD INC., | |
| Defendant. | |

I, Francesca M. S. Germinario, declare as follows under 28 U.S.C. § 1746:

I am an attorney at Warren Kash Warren LLP and admitted to practice before this Court.  My business address is 2261 Market Street, No. 606, San Francisco, California, 94114.  I certify that, on July 30, 2024, I served true and correct copies of the following documents:

1. Unredacted version of the Joint Discovery Letter Brief regarding Jurisdictional Discovery;

2. Unredacted version of Exhibit 4 to the Joint Discovery Letter Brief regarding Jurisdictional Discovery;

3. Unredacted version of Exhibit 5 to the Joint Discovery Letter Brief regarding Jurisdictional Discovery; and

//

4.  Unredacted version of Exhibit 6 to the Joint Discovery Letter Brief regarding Jurisdictional Discovery.

on counsel for plaintiff Display Technologies, LLC:

> Randall Garteiser
> Christopher A. Honea
> Garteiser Honea, PLLC
> 119 West Ferguson Street
> Tyler, Texas, 75702

by electronic mail to the address ghpam@ghiplaw.com, according to the parties' agreement for electronic service under Fed. R. Civ. P. 5(b)(2)(E).

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2024, in San Francisco, California.

_____
Francesca M. S. Germinario