Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
rgarteiser@ghiplaw.com
chonea@ghiplaw.com
GARTEISER HONEA, PLLC
119 W. Ferguson Street
Tyler, Texas, 75702
+1 (903) 705-7420

*Attorneys for Plaintiff Display Technologies, LLC*

Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com
WARREN KASH WARREN LLP
2261 Market Street, No. 606
San Francisco, California, 94114
+1 (415) 895-2940
+1 (415) 895-2964 facsimile

*Attorneys for Defendant Discord Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DISCORD INC.,<br><br>    Defendant. | Case No. 5:24-cv-00703-PCP<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

WHEREAS, plaintiff Display Technologies, LLC filed this action against defendant Discord Inc. on February 6, 2024;

WHEREAS, plaintiff and defendant have settled this action on terms that do not include, require or contemplate any monetary or equivalent payment by defendant;

NOW, THEREFORE, under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff and defendant hereby stipulate that plaintiff's claims in this action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Date:  July 31, 2024

/s/ Randall Garteiser
Randall Garteiser (State Bar No. 231821)
Christopher A. Honea (State Bar No. 232473)
rgarteiser@ghiplaw.com
chonea@ghiplaw.com

[signature]
Matthew S. Warren (State Bar No. 230565)
Erika H. Warren (State Bar No. 295570)
Francesca M. S. Germinario (State Bar No. 326208)
24-703@cases.warrenlex.com

| | |
|---|---|
| GARTEISER HONEA, PLLC<br>119 W. Ferguson Street<br>Tyler, Texas, 75702<br>+1 (903) 705-7420<br><br>*Attorneys for Plaintiff Display Technologies, LLC* | WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br><br>*Attorneys for Defendant Discord Inc.* |

**SIGNATURE ATTESTATION**

Under Local Rule 5-1(i)(3), I attest that I have obtained concurrence in the filing of this document from the other signatories.

Date:   July 31, 2024            _____
                                                            Matthew S. Warren